IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION



Dr. Diaeldin Osman

**PLAINTIFF**

v.

CASE ACTION NO.: 2:21-CV-525-RAH-JTA

Dr. Kamal K. Hingorani etl

JURY DEMAND (MARK ONE)

☒ YES    ☐ NO

**DEFENDANT**

## EEOC COMPLAINT

1. Plaintiff resides at  52 Spaniel Ln Pike Road, AL 36064

2. Defendant(s)' name(s) Dr. Kamal K. Hingorani; Dr. Carl Pettis; Dr. Kennedy Wekesa; Dr. Quinton T. Ross, Jr Darrell Hudson; Board of Trustees

   Location of principal office(s) of the named defendant(s) 915 SJackson St, Montgomery, AL 36104

   Nature of defendant(s)' business  Public University

   Approximate number of individuals employed by defendant(s) More than 1000 employees

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4. The acts complained of in this suit concern:

   1. ☐ Failure to employ me.
   2. ☐ Termination of my employment.
   3. ☒ Failure to promote me.
   4. ☒ Other acts as specified below: BIAS IN THE WORKPLACE

5. Plaintiff is:
   A. _X_ Presently employed by the defendant.
   ___ Not presently employed by the defendant. The dates of employment were _____ Employment was terminated because:

   (1) _____ Plaintiff was discharged.
   (2) _____ Plaintiff was laid off.
   (3) _____ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. _____ My race.
   B. _X_ My religion.
   C. _____ My sex.
   D. _X_ My national origin.
   E. _____ Other, as specified below:_____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are)

   Dr. Kamal K. Hingorani (Dean), Male
   College of Business Administration Alabama State University

   Dr. Carl Pettis (Provost of Academics Affairs), Male
   Office of Academics Affairs Alabama State University

   Dr. Kennedy Wekesa (Assistant Provost of Academics Affairs), Male
   Office of Academics Affairs, Alabama State University

   Dr. Quinton T. Ross, Jr. (President), Male
   President's Office Alabama State University

   Darrell Hudson, (President)
   Board of Trustees Alabama state University

   Board of Trustees (Members)
   Alabama state University

8. The alleged discrimination occurred on or about _7 January 2019 - Present_____.

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows:

   a) Dr. Kamal K. Hingorani: tends to quickly recognize the work and contributions of other Colleagues of a race different than mine, and never recognizes my work and contribution t the department, college, university, and community. He regularly and intentionally excludes me from major assignments that are critical to my tenure and promotions including Retention taskforce, and Graduate Teaching assignment.

   b) Dr. Kamal K. Hingorani; Dr Carl Pettis: Dr. Kennedy Wekesa: Dean Provost and Assistant Provost discriminated and retaliated against me because I filed an internal grievance and a complaint with the Equal Employment Opportunity Commission (EEOC). The discrimination and retaliation included:

Denial of my promotion request after becoming aware of my official Internal complaint.

Refusal to give me reasons about the recommendation to reject promotion request when I asked according to the faculty handbook, which should be communicated to me in written form. When I asked the Dean, Provost and Assistant Provost, they refused to communicate this information to me especially after I filed Internal Complaints with Human Resource Grievance Procedure and charge with EEOC.

The Human Resource and Grievance covered up the bias by the Dean and Provost when I filed my grievance. The Provost and Assistant Provost dismissed the grievance I filed and later on denied that he dismissed the grievance which I documented as

c. Dr. Quinton T. Ross, Jr; Darrell Hudson; Board of Trustees: The President of Alabama State University and the President of the Board of Trustees along with the Board of Trustees were aware of the specific facts of this matter failed to take any action as required by the leadership roles. It is my belief that their failure to act/ omission indicates their acceptance of the discrimination and retaliation from the parties involved against me.

10. The alleged illegal activity took place at  915 S Jackson St, Montgomery, AL 36104                            .

11  I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about_____11 May 2021_____.
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received  by me on_____.

12. I seek the following relief:

   i. _X_ Recovery of back pay.
   ii. _X_ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: 8/6/2021

Signature of Plaintiff

52 SPANIEL LANE
PIKE ROAD, AL 36064
601-331-4006

Address & Telephone