# COMPLAINT

## REASONS FOR FILING SUIT (LEGAL CLAIM)

I have been, discriminated against in terms of Title VII of the Civil Rights Act 1964 federal law and retaliated against in my employment as Assistant Professor with Alabama State University, at 915 Jackson Street South, Montgomery, Alabama 36104, based on my religion, national origin, and a retaliation by the office of academic affairs due to my complaint to Human Resource and EEOC Charge. The persons within the Institution that have discriminated and retaliated against me are as follows:

Dr. Kamal Hingorani, Dean college of Business Administration, Alabama state University

Dr. Kennedy S. Wekesa, Assistant vice Provost for academic affairs, Alabama state University

Carl Pettis, Provost for academic affairs, Alabama State University

Dr. Quinton T. Ross Jr., President Alabama State University

Darrell Hudson, President of Alabama State University Board of Trustees

Alabama State University Board of Trustees

## STATEMENT OF FACTS

1. Between January 7, 2019, and continuing to present day, I have been employed as an Assistant Professor with Alabama State University, Montgomery, AL 36104. My duties in this capacity require me to, among other things teach various undergraduate courses, involve in committee assignments (Department, College, and the University), scholarly work and advising students. I have never received a written reprimand, or a notice of adverse action by any supervisor.

2. On several occasions, the Dean has been biased in his treatment towards me, often treating me unfairly and comparing me to other Asian Colleagues because I am the only Muslim and African in the College of Business Administration. New Asian faculty members are treated better than me even when they are newly hired. I asked to be in committees to advance my career in the College, the

Dean did not give me an opportunity to do so, even when I had the specialty needed by the Retention Task Force Committee, other Colleague's with no experience in the field were selected for this Committee by the Dean over me. Additionally, all my requests to be in Committee assignments are not honored by the Dean.

3. I discussed the unfair treatment and discrimination with the Chair, Dr. Dave Thomson, on many occasions and requested to be considered for Graduate Faculty at the College of Business Administration on September 23, 2020, but this request was ignored by the Dean even though I was a Graduate Faculty at my previous employer before I joined Alabama State University. The Dean did not answer my requests when I contacted him by emails, and I observed as other faculty members with less qualifications than me were selected for the Graduate Faculty position. I filed a formal complaint to Provost and Assistant Provost about the unfair treatment after the Dean's behavior became very extreme. I followed up with an application to the Human Resource Grievance Procedure on February 8, 2021, regarding my unfair treatment by Dean Hingorani.

4. The Promotion Committee at College of Business Administration recommend my request for promotion from Assistant Professor to Associate Professor on March 30, 2021. After my official complaint's, the Dean interfered with the promotion process by influencing some committee members to change their votes. This was communicated to me by my Chair Dr. Thomson. As a result, my request for promotion was denied on May 11, 2021.

5. Shortly after my promotion denial, on June 15, 2021, the Dean accused me of self-plagiarizing one of my research papers. The Dean refused to discuss the matter with me and refused to give me feedback regarding the denial of my promotion request. When I asked for a meeting with the Dean, he met me, but he refused to discuss this issue of my denied request, and he denied all my allegations against him stating that the information regarding self-plagiarizing one of my research papers has never been discussed with Dr Dave Thomson, which I have documented, my discussion with Dr. Thomson.

6. I reported the bias towards me by the Dean to the Chair of the department, who then informed me that the Dean interfered with the promotion process by influencing some of the promotion committee

member's votes, however, I was not taken seriously and the bias, discrimination, and retaliation due to my complaints to the Provost and Vice President for Academic Affairs continued. Following the above incidents, I began to experience a great deal of emotional trauma because of all the mistreatment by the Dean while doing my job.

7. The Dean's biased behavior reflects his tendency to favor other Colleagues over me. For example:

   a) He tends to quickly recognize the work and contributions of other Colleagues of a race different than mine, and never recognizes my work and contribution to the department, college, university, and the community.

   b) He regularly and intentionally excludes me from major assignments that are critical to my tenure and promotions including Retention taskforce, and Graduate Teaching assignment.

8. It is my belief that the Dean, Provost and Assistant Provost discriminated and retaliated against me because I filed an internal grievance and a complaint with the Equal Employment Opportunity Commission (EEOC). The discrimination and retaliation included:

   c) Denial of my promotion request after becoming aware of my official Internal complaint.

   d) Refusal to give me reasons about the recommendation to reject promotion request when I asked according to the faculty handbook, which should be communicated to me in written form. When I asked the Dean, Provost and Assistant Provost, they refused to communicate this information to me especially after I filed Internal Complaints with Human Resource Grievance Procedure and charge with EEOC.
   ~~(Exhibit 1-5. Internal Affairs email correspondence)~~ DO
   (Exhibit 6-7. Charge of Discrimination and, Dismissal and Notice of Rights with EEOC)

   e) The Human Resource and Grievance covered up the bias by the Dean and Provost when I filed my grievance. The Provost and Assistant Provost dismissed the grievance I filed and later on denied that he dismissed the grievance which I documented as well.

9. The President of Alabama State University and the President of the Board of Trustees along with the Board of Trustees were aware of the specific facts of this matter failed to take any action as required by the leadership roles. It is my belief that their failure to act/ omission indicates their acceptance of the discrimination and retaliation from the parties involved against me.

## RELIEF REQUESTED

1. I am requesting that my promotion to Associate Professor that was previously recommended on March 30, 2021, but later denied due to interference be recommended again.

2. I am requesting $500,000 in damages for lost wages due to denial of promotion, emotional distress, and the loss of opportunities on other jobs from Dr. Kamal Hingorani, Dean college of Business Administration, Alabama state University; Dr. Kennedy S. Wekesa, Assistant vice Provost for academic affairs, Alabama state University; Carl Pettis, Provost for academic affairs, Alabama State University; Dr. Quinton T. Ross Jr., President Alabama State University; Darrell Hudson, President of Alabama State University Board of Trustees; Alabama State University Board of Trustees. Their business is: 915 Jackson Street South Montgomery Alabama.

3. I am requesting that disciplinary action be taken against Dr. Kamal Hingorani, Dean college of Business Administration, Alabama state University. His business is: 915 Jackson Street South Montgomery Alabama.

4. I am requesting that disciplinary action be taken against Dr. Kennedy S. Wekesa, Assistant vice Provost for academic affairs, Alabama state University. His business: is 915 Jackson Street South Montgomery Alabama.

5. I am requesting that disciplinary action be taken against Carl Pettis, Provost for academic affairs, Alabama State University. His business is: 915 Jackson Street South Montgomery Alabama.

_D_____ 8/6/2021_

Signature and date

52 Spaniel Ln, Pike Road, AL 36064

Address

601 331 4006

Phone Number