**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
ONE CHURCH STREET, ROOM B-110
MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK                                                                            TELEPHONE (334) 954-3600

August 11, 2021

# NOTICE OF DEFICIENCY REGARDING CORPORATE/ CONFLICT STATEMENT

To:     Diaeldin Osman

From:  Clerk's Office

Case Style:     Osman v. Hingorani et al

Case Number:     2:21-cv-00525-RAH-JTA

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1 and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

**No corporate/conflict disclosure statement has been filed by you in this action.**

**This deficiency must be corrected within ten (10) days from this date. Please refer to attachment.**