Case 2:21-cv-00525-RAH-JTA   Document 3-1   Filed 08/11/21   Page 3 of 3

**\*\*SAMPLE NOTICE FORMAT\*\***

**Note:** When E-Filing this pleading, please enter a separate docket entry. The event entry is located on CM/ECF by clicking: **CIVIL > OTHER DOCUMENTS > CORPORATE DISCLOSURE STATEMENT**
A **screen-fillable** Adobe Acrobat PDF form, which can be saved and E-Filed, is available on-line; it is available at http://www.almd.uscourts.gov/docs/CONFLICT_DISCLOSURE_STATEMENT_FILLABLE.pdf

RECEIVED
2021 AUG 23  P 12: 52
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_Northern_ DIVISION

Diaeldin Osman

Plaintiff,

v.

Kamal K. Hingorani

Defendants,

CASE NO. 2:21-CV-525-RAH

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _____, a [Plaintiff/Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |
| | |

Date: Aug 17, 2021

Signature: _____
Counsel: Diaeldin Osman
Counsel for (print names of all parties)
Address, City, State Zip Code: 525 Paniel Lane, Pike Road, AL 36064
Telephone Number: 601-331-4006

Also requires a certificate of Service

From: H. Diaaddin Osman
52 Spaniel Lane
Pike Road, AL 3604
6d-331-4006



7020 0640 0001 9342 7153



U.S. POSTAGE PAID
FCM LETTER
HENRICO, VA
23228
AUG 17, 21
AMOUNT $4.15
R2305M149086-22


36104


1024

To: US District Court
middle District of Alabama
office of Clerk
One Church St Room B-110
Montgomery, AL 36104


Document Mailer