IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

DIAELDIN OSMAN,

    Plaintiff,

v.　　　　　　　　　　　　　　　　CASE NO. 2:21-CV-525-RAH-JTA

Board of Trustees for Alabama State University, et al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Kamal Hingorani_, a Defendant ▼ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✔] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

9/7/2021
Date

/s/ Ramadanah S. Jones
(Signature)

Ramadanah S. Jones
(Counsel's Name)

Alabama State, Hingorani, Pettis, Ross, Wekesa and Hudson
Counsel for (print names of all parties)

P.O. Box 271
Montgomery, Alabama 36102-0271
Address, City, State Zip Code

334-229-1468
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Ramadanah S. Jomes_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __7th_____day of __September_____ 20_21_, to:

Diaeldin Osman

52 Spaniel Road

Montgomery, Alabama 36064

9/7/2021                                                                                  /s/ Ramadanah S. Jones
      Date                                                                                               Signature