## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

DIAELDIN OSMAN
_____, )
                         )
      Plaintiff, )
                         )
                         )
v.                     )    CASE NO. 2:21-CV-525-RAH-JTA
                         )
Board of Trustees for Alabama State University, et al.
_____, )
                         )
      Defendants, )

### CONFLICT DISCLOSURE STATEMENT

      COMES NOW Quinton T. Ross, Jr. , a Defendant ▼ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                   Relationship to Party

_____     _____

_____     _____

_____     _____

_____     _____

9/7/2021                    /s/ Ramadanah S. Jones
_____                   _____
Date                        (Signature)

                       Ramadanah S. Jones
                       _____
                       (Counsel's Name)

                       Alabama State, Hingorani, Pettis, Ross, Wekesa and Hudson
                       _____
                       Counsel for (print names of all parties)
                       P.O. Box 271
                       _____
                       Montgomery, Alabama 36102-0271
                       Address, City, State Zip Code
                       334-229-1468
                       Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, Ramadanah S. Jomes _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 7th _____ day of September _____ 2021, to:

Diaeldin Osman _____

52 Spaniel Road _____

Montgomery, Alabama 36064 _____

_____

_____

_____

9/7/2021 _____                    /s/ Ramadanah S. Jones _____
           Date                                                              Signature