| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.<br><br>Diaeldin Osman<br>52 Spaniel Lane<br>Pike Road, AL 36064<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4838 9032 4365 98 | A. Signature<br>X JJ RT10 C19  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) Diaeldin Osman  C. Date of Delivery 9/11/21<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>21cv525 Oshow 17<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. 7012 3050 0000 4140 9143 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |