IN THE UNITED STATES DISTRICT COURT
FOR THE M IDDLE DISTRICT OF ALABAMA
NORTHERN DISVISION

| | |
|---|---|
| **DIAELDIN OSMAN,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| vs. ) | **CASE NO.:** |
| ) | **2:21-CV-00525-RAH-JTA** |
| ) | |
| **ALABAMA STATE UNIVERSITY** ) | |
| **BOARD OF TRUSTEES, KAMAL** ) | |
| **HINGORANI, CARL PETTIS,** ) | |
| **KENNEDY WEKESA, QUINTON T.** ) | |
| **ROSS, and DARRELL HUDSON** ) | |
| ) | |
| **DEFENDANTS.** ) | |

## NOTICE OF APPEARANCE

**COMES NOW** Kenneth L. Thomas of the Office of General Counsel Alabama State University, and hereby enters his appearance as lead counsel on behalf of Alabama State University Board of Trustees, Kamal Hingorani, Carl Pettis, Kennedy Wekesa, Quinton T. Ross, and Darrell Hudson. Counsel respectfully requests that any and all documents pertaining to these Defendants be served on counsel and otherwise brought to his attention.

                Respectfully Submitted,

                /s/ Kenneth L. Thomas_____
                **KENNETH L. THOMAS (THO043)**

**OF COUNSEL:**

Kenneth L. Thomas, Esq.
Office of the General Counsel
**ALABAMA STATE UNIVERSITY**
P.O. Drawer 271
Montgomery, Alabama 36101-0271

(334) 229-1465 (phone)
kthomas@alasu.edu

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon the following by United States mail, hand delivery or via E-file using the CM/ECF system on this July 14, 2021.

Diaeldin Osman
52 Spaniel Road
Pike Road, Alabama 36064

                                          /s/Kenneth L. Thomas_____
                                          **OF COUNSEL**