IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DIAELDIN OSMAN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) C.A.N.: 2-21-CV-00525-RAH |
| | ) |
| BOARD OF TRUSTEES FOR | ) |
| ALABAMA STATE UNIVERSITY AND | ) |
| KAMAL HINGORANI, | ) |
| | ) |
| DEFENDANTS. | ) |

**ADDITIONAL EVIDENTIARY SUBMISSIONS IN SUPPORT OF ALABAMA STATE UNIVERSITY AND KAMAL HINGORANI'S MOTION FOR SUMMARY JUDGMENT**

**COME NOW** the Defendants Alabama State University ("ASU") and Dr. Kamal Hingorani ("Hingorani") pursuant to Rule 56(a) of the Federal Rules of Civil Procedure and hereby file these additional Evidentiary Submissions in Support of their Motion for Summary Judgment.

25. Deposition of Dr. Thomas Ngo-Ye

26. Emails re Scheduling of Depositions

27. Deposition of Dr. Kamal Hingorani (Bell-Haynes v. ASU)

28. "About the Topic of Race," U.S. Census Bureau, March 1, 2022

Respectfully Submitted,

/s/ Ramadanah M. Salaam-Jones
**KENNETH L. THOMAS (THO043)**
**RAMADANAH M. SALAAM-JONES (SAL026)**
*Attorneys for Alabama State Unviersity and*
*Dr. Hingorani*

**OF COUNSEL:**
Kenneth L. Thomas, Esq.
Ramadanah S. Jones, Esq.

1

Office of the General Counsel
**ALABAMA STATE UNIVERSITY**
P.O. Drawer 271
Montgomery, Alabama 36101-0271
(334) 229-1465 (phone)
kthomas@alasu.edu
rsjones@alasu.edu

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by electronic mail on this the 6th day of January, 2023.

Leslie Ann Palmer
**Palmer Law, LLC**
104 23rd Street South
Suite 100
Birmingham, AL 35233
205-285-3050
Email: leslie@palmerlegalservices.com

Heather Newsom Leonard
**Heather Leonard, PC**
2105 Devereux Circle; Suite 111
Birmingham, AL 35242
205-977-5421
Fax: 205-278-1400
Email: heather@heatherleonardpc.com

/s/ Ramadanah M. Salaam-Jones
**OF COUNSEL**

2