EXHIBIT

DX 25

exhibitsticker.com

# DIAELDIN OSMAN

vs

# ALABAMA STATE UNIVERSITY, et al.

# THOMAS NGO-YE

October 18, 2022




www.alabamareporting.com * 877.478.3376





IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
CIVIL ACTION NUMBER
2:21-cv-525-RAH-JTA

DIAELDIN OSMAN,
Plaintiff,
CERTIFIED COPY
v.
ALABAMA STATE UNIVERSITY AND KAMAL HINGORANI,
Defendants.

DEPOSITION OF THOMAS NGO-YE
OCTOBER 18, 2022
12:27 P.M.

The deposition of Thomas Ngo-Ye was taken before Jordan C. Groves, CCR, on October 18, 2022, by the plaintiff, commencing at approximately 12:27 p.m., at the offices of Alabama Court Reporting, 1019 South Perry Street, Montgomery, Alabama, pursuant to the stipulations set forth herein.

ALABAMA COURT REPORTING, INC.



S T I P U L A T I O N S

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel that the deposition of Thomas Ngo-Ye may be taken before Jordan C. Groves, Certified Court Reporter, Notary Public, State of Alabama at large, at the offices of Alabama Court Reporting, 1019 South Perry Street, Montgomery, Alabama, on October 17, 2022, commencing at approximately 12:27 p.m.

IT IS FURTHER STIPULATED AND AGREED that the signature to and the reading of the deposition by the witness is not waived, the deposition to have the same force and effect as if full compliance had been had with all laws and rules of Court relating to the taking of depositions.

IT IS FURTHER STIPULATED AND AGREED that it shall not be necessary for any objections to be made by counsel to any questions, except as to form or leading questions and that counsel for the parties may make objections and assign grounds at



the time of trial or at the time said deposition is offered in evidence, or prior thereto.

IT IS FURTHER STIPULATED AND AGREED that the notice of filing of the deposition by the Commissioner is waived.



I N D E X

EXAMINATION INDEX


| | PAGE |
|---|---|
| EXAMINATION OF THOMAS NGO-YE BY MS. PALMER | 7 |


EXHIBIT INDEX


| PLAINTIFF'S | | PAGE |
|---|---|---|
| 17 - | (Documents Produced by Dr. Ngo-Ye) | 11 |


PREVIOUSLY MARKED EXHIBITS


| PLAINTIFF'S | | PAGE |
|---|---|---|
| 7 - | (Memorandum Re: Hiring Packet for Assistant Professor of CIS) | 14 |
| 8 - | (Faculty Salary Computation Worksheet 2015-2016) | 16 |




A P P E A R A N C E S

APPEARING ON BEHALF OF THE PLAINTIFF:

Ms. Leslie Palmer
PALMER LAW, LLC
104 23rd Street South, Suite 100
Birmingham, Alabama 35233
Ms. Heather Leonard
HEATHER LEONARD, PC
2105 Devereux Circle
Vestavia Hills, Alabama 35243

APPEARING ON BEHALF OF THE DEFENDANTS:

Ms. Ramadanah S. Jones
Mr. Kenneth Thomas
ALABAMA STATE UNIVERSITY, OFFICE OF GENERAL COUNSEL
P.O. Drawer 271
Montgomery, Alabama 36101



I, Jordan C. Groves, a Certified Court Reporter and a Notary Public for the State of Alabama at Large, acting as Commissioner, certify that on this date, pursuant to the Federal Rules of Civil Procedure and Rules of Civil Procedure and the foregoing stipulation of counsel, there came before me at the offices of Alabama Court Reporting, 1019 South Perry Street, Montgomery, Alabama, commencing at approximately 12:27 p.m. on October 18, 2022, Thomas Ngo-Ye, witness in the above cause, for oral examination, whereupon the following proceedings were had:

COURT REPORTER: Usual stipulations?

MS. JONES: I would like for him to read and sign.

THOMAS NGO-YE,
being first duly sworn, was examined
and testified as follows:

EXAMINATION

BY MS. PALMER:

**Q. Doctor, would you state and spell your**



**name for our court reporter?**

A. Yes. My first name is Thomas, T-h-o-m-a-s. My last name is N-g-o-Y-e.

**Q. And how do you pronounce your last name?**

A. Ngo-Ye.

**Q. Ngo-Ye.**

A. Yes.

**Q. All right. Dr. Ngo-Ye, my name is Leslie Palmer. I'm an attorney, and I represent Dr. Diaeldin Osman in his lawsuit against ASU and Dr. Hingorani.**

**Do you remember working with Dr. Osman?**

A. Yes.

**Q. And before we get started, let me ask you: Have you ever given a deposition before?**

A. No. It's my first time.

**Q. Okay. So I'm going to tell you just a little bit about how the process works. I don't expect this to go very long, but if you need any breaks, feel free to let us know. Okay?**

A. Okay.

**Q. We have a court reporter taking down your testimony today, and so we need to make sure we**



**answer out loud and clearly so that she can take everything down. Okay?**
A. Okay.
**Q. If you don't understand a question that I ask, will you ask me to rephrase it?**
A. Yes.
**Q. And with that, we can understand that if you answer a question, that means that you understood it clearly. Okay?**
A. Okay.
**Q. Are you under the influence of any medications or anything that would prohibit you from giving truthful and accurate testimony today?**
A. No.
**Q. And do you understand that you just took an oath that requires you to tell the truth as you're sitting here today?**
A. Yes.
**Q. And that oath is the same as you would be required to give if you were sitting in a courtroom in front of a judge and jury?**
A. Yes.
**Q. What did you do to prepare for your**



**deposition today?**
A. I look into the documents. I look into the court document, as well as this paper. And also I looking back to the 2021 when Dr. Osman applied for the promotion and on the evaluation work I did including the research paper that I -- he sent me as well as my record of -- this paper shows a record of on this days I evaluate his work. And also the -- my evaluation based on his dossier I evaluate based on the standard. And I put in the numbers and put in the scores and my calculation. So that's a document I reviewed for this, today's deposition.
**Q. Okay.**
MS. JONES: For the record, these are the documents that he brought in response to the subpoena, and if we could just handle it like we did with Dr. Thompson. He did include a document that we gave him, but, I mean, we don't -- it's in evidence, so we don't care about it.
MS. PALMER: Okay. So it's not anything you need to claw back?
MS. JONES: No.



**Q. (BY MS. PALMER) Dr. Ngo-Ye, may I have that record?**
A. Sure.
**Q. Do you need these back?**
A. Yes. After the process, I can have it back.
**Q. Okay. Can we provide you with copies of them? Is that --**
A. Sure.
**Q. And I will remove, if it's okay with you, the subpoena and the court document.**
A. Okay.
**Q. We don't need those.**
A. I don't need this. Okay.
**Q. But these other three documents that you identified, I'm going to mark that as Plaintiff's Exhibit 17, and we will make sure to return a copy of these through Ms. Jones to you, if that's okay.**
A. Okay.

(Whereupon, Plaintiff's Exhibit 17 was marked for identification and copy of same is attached hereto.)



**Q. And we will discuss these here in a minute.**
**Tell me about your educational background.**
A. I have the terminal degree, PhD degree in management information systems, and I'm -- right now I am a tenured associate professor in the department of computer information systems. I'm teaching in the area of -- that I have the expertise.
**Q. When did you obtain your PhD?**
A. In year 2011.
**Q. Where did you obtain that degree from?**
A. I got my degree from University of Wisconsin-Milwaukee.
**Q. It's cold up there.**
A. Yes.
**Q. Where did you attend before the University of Wisconsin-Milwaukee?**
A. Before -- before Wisconsin-Milwaukee, I was at Arizona State University.
**Q. And what degree did you obtain at Arizona State?**
A. I got a master's degree in information

Page 13

management.
**Q. What year did you join Alabama State's faculty?**
A. 2015.
**Q. And who hired you?**
A. The committee -- hiring committee of the Alabama State University College of Business.
**Q. Do you recall how you were recruited to join the faculty at ASU?**
A. I had interview with multiple faculties and of administrators including the dean, associate dean, and faculties in the department. I met with multiple faculties.
**Q. Did you apply for a position at ASU, or did someone come to you and say, "We would like for you to join ASU"?**
A. I applied the position.
**Q. Okay. Did -- so you weren't recruited, you saw a listing and decided to apply?**
A. Yes. Among many, many other jobs I applied.
**Q. Okay. In your application process, did you deal with Dr. Hingorani?**

Page 14

A. Yes. He's -- at that time he was a department chairman.
**Q. Okay. So was he part of your application committee, recruiting committee?**
A. Yes, yes.
**Q. Did you have an interview with him?**
A. Yes, yes. I interviewed with a committee and multiple faculties.
**Q. Do you remember anything in particular about Dr. Hingorani in your experience with him?**
A. I -- my recall is just regular interaction, professional interaction just like with any other faculties.
**Q. I want to show you what we had previously marked as Plaintiff's Exhibit 7.**
A. Okay.
**Q. And this is a letter -- or a memorandum from Dr. Hingorani concerning your hiring.**
**Have you ever seen this before? And you may not have. It may just be part of --**
A. Yeah, I have never seen this document.

(Whereupon, Plaintiff's Exhibit 7 was previously marked for identification and copy of same is attached hereto.)

Page 15

**Q. Okay. What I'm interested in is that that document, which is Exhibit 7, references you joining the university with some credit for your time teaching at Dalton State.**
**Do you see that?**
A. Yes.
**Q. Okay. How did that come to be that you were awarded some time -- some credit for your time at Dalton State? Was that something that you asked for when you interviewed?**
A. Yes. During the interview I asked for their -- for their -- for their -- how do they consider my service work at Dalton State College, and I was answered for that.
**Q. Okay. So did you make that question of Dr. Hingorani? Did you ask Dr. Hingorani that question, do you recall? Or who did you ask?**
A. I asked Dr. Wang as well as Dr. Hingorani and multiple committees.
**Q. Okay.**

Page 16

A. And eventually I was informed.
**Q. Okay. So at that point they decided that in offering you a position, they would give you two years' credit for your four years at Dalton State? Is that what happened?**
A. No. My -- their contract -- actually gave me the contract saying after working at ASU after two years, I'm eligible to apply for tenure and promotion.
**Q. Okay. Was it your understanding that without that agreement you would not have been able to apply for promotion?**
A. What I know is that this is what ASU promised me. I do not know at that time what's ASU's other standards. I only know for me. This is the term I got.

(Whereupon, Plaintiff's Exhibit 8 was previously marked for identification and copy of same is attached hereto.)

**Q. Okay. And I'm going to show you Plaintiff's Exhibit 8. That kind of goes with**

Page 17

**Exhibit 7. This is a salary computation worksheet.**
**And that's your name at the top; correct?**
A. Yes.
**Q. Okay. So this is for the year 2015, 2016.**
**Would this have been your first year?**
A. Yes. 2015 to 2016, that was my first year at ASU.
**Q. Okay. And I see under "Position Status" it says "Probationary first year."**
**So that means it's your first year of employment; right?**
A. Yes.
**Q. Okay. And then under "Supplements," "Teaching experience years: three."**
**So is it your understanding that this is how ASU was documenting the credit that they were going to give you for your teaching experience?**
A. I actually didn't pay attention about this -- this document, so I didn't -- I didn't take notice of this.
**Q. Do you recall when you received your employment contract if it set out specifically the**

Page 18

**number of years' credit you would be given?**
A. I only remember -- recall that after working two years, I'm eligible to apply tenure and promotion. That's the only fact I know, and I didn't concern about anything else.
**Q. Okay. Let's talk a little bit about promotion committees. Since 2015 -- well, let me back up.**
**When you were hired in 2015, were you hired as an assistant professor?**
A. Yes.
**Q. And when did you become an associate professor?**
A. In 2018 -- in the fall semester of 2018.
**Q. Okay. So would that mean that your application for promotion would have been reviewed in the spring of 2018?**
A. Yes.
**Q. Okay. Since 2018 -- since the fall of 2018, since you've been an associate professor, how many promotion committees have you served on?**
A. I don't recall exactly. I have to look into the document.

Page 19

**Q. Okay. Do you recall if there have been any faculty promotions since 2018 that you did not serve on the committee?**
A. That's something I do not know because the assignment is from the college. Faculty only being assigned on the committee. We wouldn't know if they are not being asked to serve.
**Q. Okay. How are you assigned to a committee?**
A. That's something I do not know. It's the administration's -- their right to -- their decision to assign faculty on certain committees. It's not my decision.
**Q. How do you learn that you're going to serve on a promotion committee? How do you become aware of that?**
A. Through -- through the college. The college committee chair contacted me, and I'm being asked. Then I will -- of course I will be on the committee.
**Q. Okay. And once you are appointed to a promotion committee, what happens?**
A. We follow the standard procedure that sets

Page 20

the time to review the applicant's dossier. It's a binder with all the material. And then based on the university handbook, we evaluate each item. And then based on my professional judgment, professional experience, I evaluate and give a score for individual item. Then I do the calculation to arrive on final weighted score and then report this in the committee meeting.
**Q. Okay. Do you recall specifically participating in Dr. Osman's promotion committee?**
A. Yes, I do.
**Q. We heard from Dr. Thompson earlier this morning, and he mentioned that the committee gathered together two separate times.**
**Do you recall that?**
A. Today I do not recall.
**Q. Okay. Do you recall at some point discussing -- the committee discussing anything related to plagiarism allegations with Dr. Osman?**
A. Yes.
**Q. Okay. What can you tell me about that?**
A. Based on my evaluation, looking at the research paper, the document I provide there, I

discover that two research paper both co- -- both first author by Dr. Osman, they -- very, very clearly self-plagiarism. So one paper and the other paper, the most part of the papers, the content the same. Even the writing paragraph -- paragraph is exactly the same. So I discover that self-plagiarism.
**Q. How did you discover that?**
A. Reading through the paper as part of the process to evaluate the dossier. Look at -- look through this document, including research paper, and it's very obvious.
First caught my eye is the title of these two papers. And then I look at the introduction, then the literary review that analyze, result, hypothesis, item by item. The two paper for many, many paragraphs, exactly the same. And the structure and the hypothesis, it's very, very explicit and clear those two papers are self-plagiarism.
So as a professor and researcher, I have to research like many other professors. It's -- this situation is for -- as a researcher,



academia -- we never encounter before.
So of course we do research. We write different papers. Some two papers may share a little bit similarity of literature or a little introduction. But to this extent, so much content, many, many paragraphs exactly the same between two papers, that's something we normally do not encounter, do not see. So that's why the authors there caught my attention.
**Q. Did anybody point that out to you, or that was something you discovered on your own?**
A. I discover on my own.
**Q. Once you discovered that, did you discuss it with anybody?**
A. No. We discussed -- I discussed that in the committee -- in the promotion committee.
**Q. Was that the same promotion committee meeting where you signed the "for" or "against" promotion?**
A. I recall, yes.
**Q. Did you discuss your findings specifically at any time before that meeting with Dr. McNeal?**
A. I do not recall.



**Q. Do you recall whether you discussed your findings before that meeting with Dr. Shin?**
A. I do not recall.
**Q. Do you recall any discussion about your findings at any time with Dr. Hingorani?**
A. I do not recall.
**Q. Did you discuss your findings with Dr. Osman?**
A. No.
**Q. You didn't ask him at any time why he had done this?**
A. No.
**Q. Did you review any documents outside of Dr. Osman's dossier?**
A. I've only looked at the document within the -- within his vitae as well as in the dossier.
**Q. Within his vitae?**
A. Yeah, in the vitae he has, like, a résumé and then from there, of course, at least the publication information.
**Q. Okay. So if Dr. Osman had not included a publication in his dossier but it was listed on his vitae, would you go out and look for it?**



A. Yes, of course. As a professional responsibility in the promotion committee, we have the obligation to double-check just because candidate leaves something on the vitae, we need to double-check, make sure that is published in the journal for real.
**Q. Okay. Did you notice that one of those papers was coauthored by Dr. Thompson?**
A. I didn't notice. I -- only because he's an evaluation for Dr. Osman, where my focus is on Dr. Osman as the author.
**Q. When you went into the promotion committee for Dr. Osman, did you have any preconceived opinion about whether you would approve him or deny him?**
A. No. No.
**Q. Before you looked at the paper-to-paper, did you lean one way or the other towards promoting him or denying him?**
A. No.
**Q. We've heard some information that you changed your vote before the final vote. So it seems as though you may have been leaning towards**



**promoting him, and then before you signed the document, you changed to not promoting him.**
**Do you recall whether you changed your mind at some point?**
A. Today I do not recall. It's more than a year ago. And from my record, I look into my collection of documents, that's what I found, the paper I provide. That's a final -- I recall should be the final ones of score I put.
**Q. Okay.**
A. Okay.
**Q. What was your relationship with Dr. Osman?**
A. We are colleague working for same college, professional relationship.
**Q. Do you any issues with him?**
A. Up until the point of his application for promotion, no. When we see each other in the hallway far away, we do say hi. The regular normal working relationship, colleague up until that point.
**Q. What changed at that point? I'm sorry. Let me ask: Did something change at that point once the promotion committee met?**



A. What I recall is that after that, this year, fast-forward, the -- his application for promotion was March 2021. And then fast-forward one years later, in this year, 2022, in March, there was one incident that when I was walking in the college campus, from far away I heard he -- he's shouting and yelling at me.
**Q. He was far away from you?**
A. Across the street.
**Q. Okay. What was he shouting and yelling at you?**
A. From that distance I heard he mentioned the F-word and also mentioned another faculty's name. That's what I can recall. But from what I heard, the sound, he's very clear. He's aggressive and that he mean...
**Q. And from across the street, could you tell if he was on the phone or if he was directing directly towards you?**
A. It was directing toward me.
**Q. Did he try to approach you in any way?**
A. I was walking, so I didn't stop at the moment.



**Q. Did you make a report of that incident?**
A. Yes. I report to the HR of the university.
**Q. And what occurred after that? What result came from that?**
A. After that they did evaluation. I was told that there was no one way or another way evidence, so they cancel the case.
**Q. On the promotion committees that you have sat on since 2018, can you recall any, other than Dr. Osman, where you did not recommend promotion?**
A. At this moment I cannot recall. I do not know the answer. I have to look into the record that I did.
**Q. Do you recall that at the same time as Dr. Osman's promotion committee there was also a committee for tenure for Dr. Kim?**
A. Yes.
**Q. Were you part of that committee as well?**
A. Yes.
**Q. Do you recall what your vote was with regard to Dr. Kim?**
A. At that time I do not -- today I do not



recall exactly, but I have to look in the record. I -- I remember I think at that time is a "no" vote for Dr. Kim. But I have to double-check with my record.
**Q. If you had voted "no" for Dr. Kim, is there anything that you can recall that stands out as why you would have voted "no" for Dr. Kim?**
A. The only reason that -- after a professional, it goes through the dossier. For each item, I assign a score, then, based on the score, do a calculation. The overall scored below the requirement. That's the only reason for -- that's the only reason. The final decision for individual committee member to support or reject, it's based on the calculation number.
**Q. Based on your individual total score?**
A. Based on each committee member evaluate a candidate's application. Then for each item assign a score. Then do weighted total. Then for that applicant's -- each committee member arrive a final score. Then that final score is a reason to make the decision to support or reject.
**Q. Did you have any conversations with**



Page 29

**Dr. Kakar about Dr. Osman's promotion?**
A. No.
**Q. Did you have any conversations with Dr. Thompson about Dr. Osman's promotion?**
A. No.
**Q. And I think I asked this already, but just to be clear, did you have any conversations with Dr. Hingorani about Dr. Osman's promotion?**
A. No.
**Q. Was there an incident where you had been previously accused of plagiarizing a student conference publication?**
A. No.
**Q. Okay. So if your name came up as someone who after you had become faculty, a student plagiarism may have come to light, you don't recall that incident ever happening with you?**
A. I don't recall.
MS. PALMER: Okay. I think I'm done.
MS. JONES: We don't have any questions.

(At which time, the deposition concluded at approximately 12:54 p.m., Central.)

Page 30

C E R T I F I C A T E

STATE OF ALABAMA
AT LARGE

I hereby certify that the above and foregoing deposition of Thomas Ngo-Ye was taken down by me in stenotype and the questions and answers thereto were transcribed by means of computer-aided transcription; transcribed by me or overseen by me, and that the foregoing represents a true and correct transcript of the testimony given by said witness upon said hearing.

I further certify that I am neither of counsel, nor of kin to the parties to the action, nor am I in anywise interested in the result of said cause.

I further certify that I am duly licensed by the Alabama Board of Court Reporting as a Certified Court Reporter as evidenced by the ACCR number following my name found below.

So certified on this date, November 4, 2022.

/s/ Jordan C. Groves, CCR
Jordan C. Groves, CCR
ACCR #642, Expires 9/30/2023
Commissioner for the State
Of Alabama at Large
My Commission Expires 3/19/2023

### Exhibits

**Hingorani PX-7** 14:15, 23 15:5 17:1

**Hingorani PX-8** 16:18, 23

**Ngo-Ye PX-17** 11:16, 17,21

### #

**#642** 30:21

### 1

**100** 6:5

**1019** 1:21 2:7 7:8

**11** 4:12

**12:27** 1:15,20 2:10 7:9

**12:54** 29:23

**14** 4:17

**16** 4:18

**17** 2:9 4:12 11:17,21

**18** 1:14,18 7:10

### 2

**2011** 12:11

**2015** 13:4 17:5,7 18:7,9

**2015-2016** 4:19

**2016** 17:5,7

**2018** 18:14,17,19,20 19:2 27:10

**2021** 10:4 26:3

**2022** 1:14,18 2:9 7:10 26:4

**2105** 6:8

**23rd** 6:5

**271** 6:13

**2:21-cv-525-rah-jta** 1:5

### 3

**3/19/2023** 30:23

**35233** 6:6

**35243** 6:8

**36101** 6:14

### 4

**4** 30:15

### 7

**7** 4:6,17 14:15,23 15:5 17:1

### 8

**8** 16:18,23

### 9

**9/30/2023** 30:21

### A

**academia** 22:1

**ACCR** 30:13,21

**accurate** 9:13

**accused** 29:11

**acting** 7:3

**action** 1:4 30:10

**administration's** 19:11

**administrators** 13:11

**aggressive** 26:16

**AGREED** 2:2,12,19 3:4

**agreement** 16:11

**Alabama** 1:2,10,20,22, 23 2:6,7,8 6:6,8,12,14 7:3,7,9 13:2,7 30:3,13,22

**allegations** 20:19

**analyze** 21:15

**answers** 30:7

**anywise** 30:11

**APPEARING** 6:3,10

**applicant's** 20:1 28:20

**application** 13:22 14:3 18:16 25:16 26:2 28:18

**applied** 10:5 13:17,21

**apply** 13:14,19 16:8,12 18:3

**appointed** 19:21

**approach** 26:21

**approve** 24:14

**approximately** 1:19 2:9 7:9 29:23

**area** 12:8

**Arizona** 12:20,21

**arrive** 20:7 28:20

**assign** 2:23 19:12 28:10, 19

**assigned** 19:6,8

**assignment** 19:5

**assistant** 4:17 18:10

**associate** 12:6 13:12 18:12,20

**ASU** 8:10 13:9,14,16 16:7,13 17:8,17

**ASU's** 16:15

**attached** 11:23 15:2 16:20

**attend** 12:17

**attention** 17:19 22:9

**attorney** 8:9

**author** 21:2 24:11

**authors** 22:9

**awarded** 15:11

**aware** 19:16

### B

**back** 10:4,22 11:4,6 18:8

**background** 12:3

**based** 10:9,10 20:2,4,22 28:10,15,16,17

**BEHALF** 6:3,10

**binder** 20:2

**Birmingham** 6:6

**bit** 8:18 18:6 22:4

**Board** 30:13

**breaks** 8:20

**brought** 10:16

**Business** 13:7

### C

**calculation** 10:12 20:7 28:11,15

**campus** 26:6

**cancel** 27:8

**candidate** 24:4

**candidate's** 28:18

**care** 10:20

**case** 27:8

**caught** 21:13 22:9

**CCR** 1:18 30:20,21

**Central** 29:23

**certified** 2:5 7:1 30:13, 15

**certify** 7:3 30:5,10,12

**chair** 19:18

**chairman** 14:2

**change** 25:22

**changed** 24:22 25:2,3, 21

**Circle** 6:8

**CIS** 4:17

**Civil** 1:4 7:5

**claw** 10:22

**clear** 21:19 26:15 29:7

**co-** 21:1

**coauthored** 24:8

**cold** 12:15

**colleague** 25:13,19

**collection** 25:7



**college** 13:7 15:16 19:5, 17,18 25:13 26:6

**commencing** 1:19 2:9 7:9

**Commission** 30:23

**Commissioner** 3:6 7:3 30:22

**committee** 13:6 14:4,7 19:3,6,9,15,18,20,22 20:8,10,13,18 22:16,17 24:2,12 25:23 27:16,17, 19 28:14,17,20

**committees** 15:22 18:7, 21 19:12 27:9

**compliance** 2:16

**computation** 4:18 17:1

**computer** 12:7

**computer-aided** 30:7

**concern** 18:5

**concluded** 29:22

**conference** 29:12

**contacted** 19:18

**content** 21:5 22:6

**contract** 16:6,7 17:23

**conversations** 28:23 29:3,7

**copies** 11:7

**copy** 11:17,22 15:2 16:20

**correct** 17:3 30:8

**counsel** 2:3,21,22 6:13 7:6 30:10

**court** 1:1,20,23 2:5,7,17 7:1,7,13 8:1,22 10:3 11:11 30:13

**courtroom** 9:21

**credit** 15:6,11 16:4 17:17 18:1

**D**

**Dalton** 15:7,12,16 16:4

**date** 7:4 30:15

**days** 10:8

**deal** 13:23

**dean** 13:11,12

**decided** 13:19 16:2

**decision** 19:12,13 28:13,22

**Defendants** 1:11 6:10

**degree** 12:4,12,13,21,23

**deny** 24:15

**denying** 24:19

**department** 12:7 13:12 14:2

**deposition** 1:13,17 2:4, 13,14 3:1,5 8:15 10:1,13 29:22 30:6

**depositions** 2:17

**Devereux** 6:8

**Diaeldin** 1:7 8:10

**directing** 26:18,20

**directly** 26:19

**discover** 21:1,6,8 22:12

**discovered** 22:11,13

**discuss** 12:1 22:13,21 23:7

**discussed** 22:15 23:1

**discussing** 20:18

**discussion** 23:4

**distance** 26:12

**DISTRICT** 1:1,2

**DIVISION** 1:3

**Doctor** 7:23

**document** 10:3,12,18 11:11 14:21 15:5 17:20 18:23 20:23 21:11 23:15 25:2

**documenting** 17:17

**documents** 4:12 10:2, 16 11:15 23:13 25:7

**dossier** 10:10 20:1 21:10 23:14,16,22 28:9

**double-check** 24:3,5 28:3

**Drawer** 6:13

**duly** 7:18 30:12

**E**

**earlier** 20:12

**educational** 12:3

**effect** 2:15

**eligible** 16:8 18:3

**employment** 17:12,23

**encounter** 22:1,8

**evaluate** 10:8,10 20:3,5 21:10 28:17

**evaluation** 10:5,9 20:22 24:10 27:6

**eventually** 16:1

**evidence** 3:2 10:20 27:8

**evidenced** 30:13

**examination** 4:3,5 7:11, 21

**examined** 7:18

**Exhibit** 4:10 11:17,21 14:15,23 15:5 16:18,23 17:1

**EXHIBITS** 4:15

**expect** 8:19

**experience** 14:10 17:15, 18 20:5

**expertise** 12:9

**Expires** 30:21,23

**explicit** 21:19

**extent** 22:5

**eye** 21:13

**F**

**F-WORD** 26:13

**fact** 18:4

**faculties** 13:10,12,13 14:8,13

**faculty** 4:18 13:3,9 19:2, 5,12 29:15

**faculty's** 26:13

**fall** 18:14,19

**fast-forward** 26:2,3

**Federal** 7:4

**feel** 8:20

**filing** 3:5

**final** 20:7 24:22 25:8,9 28:13,21

**findings** 22:21 23:2,5,7

**focus** 24:10

**follow** 19:23

**force** 2:15

**foregoing** 7:6 30:6,8

**form** 2:22

**found** 25:7 30:14

**free** 8:20

**front** 9:21

**full** 2:15

**G**

**gathered** 20:14

**gave** 10:19 16:6

**GENERAL** 6:13

**give** 9:20 16:3 17:18 20:5

**giving** 9:13

**grounds** 2:23

**Groves** 1:18 2:5 7:1 30:20,21

**H**

**hallway** 25:18

**handbook** 20:3

**handle** 10:17

**happened** 16:5

**happening** 29:17

**heard** 20:12 24:21 26:6, 12,15

**hearing** 30:9

**Heather** 6:7
**hereto** 11:23 15:2 16:20
**Hills** 6:8
**Hingorani** 1:10 8:11 13:23 14:10,18 15:19,21 23:5 29:8
**hired** 13:5 18:9,10
**hiring** 4:17 13:6 14:18
**HR** 27:2
**hypothesis** 21:16,18

I

**identification** 11:22 15:1 16:19
**identified** 11:16
**incident** 26:5 27:1 29:10,17
**include** 10:18
**included** 23:21
**including** 10:6 13:11 21:11
**INDEX** 4:3,10
**individual** 20:6 28:14,16
**influence** 9:11
**information** 12:5,7,23 23:20 24:21
**informed** 16:1
**interaction** 14:12
**interested** 15:4 30:11
**interview** 13:10 14:6 15:14
**interviewed** 14:7 15:13
**introduction** 21:14 22:5
**issues** 25:15
**item** 20:3,6 21:16 28:10, 18

J

**jobs** 13:20
**join** 13:2,9,16
**joining** 15:6
**Jones** 6:11 7:14 10:15, 23 11:18 29:20
**Jordan** 1:18 2:5 7:1 30:20,21
**journal** 24:6
**judge** 9:21
**judgment** 20:4
**jury** 9:21

K

**Kakar** 29:1
**KAMAL** 1:10
**Kenneth** 6:12
**Kim** 27:17,22 28:3,5,7
**kin** 30:10
**kind** 16:23

L

**large** 2:6 7:3 30:4,22
**LAW** 6:5
**laws** 2:16
**lawsuit** 8:10
**leading** 2:22
**lean** 24:18
**leaning** 24:23
**learn** 19:14
**leaves** 24:4
**Leonard** 6:7
**Leslie** 6:4 8:8
**letter** 14:17
**licensed** 30:12
**light** 29:16
**listed** 23:22
**listing** 13:19
**literary** 21:15
**literature** 22:4
**LLC** 6:5
**long** 8:19
**looked** 23:15 24:17
**loud** 9:1

M

**made** 2:21
**make** 2:23 8:23 11:17 15:18 24:5 27:1 28:22
**management** 12:5 13:1
**March** 26:3,4
**mark** 11:16
**marked** 4:15 11:22 14:15 15:1 16:19
**master's** 12:23
**material** 20:2
**Mcneal** 22:22
**means** 9:8 17:11 30:7
**medications** 9:12
**meeting** 20:8 22:18,22 23:2
**member** 28:14,17,20
**memorandum** 4:17 14:17
**mentioned** 20:13 26:12, 13
**met** 13:13 25:23
**MIDDLE** 1:2
**mind** 25:4
**minute** 12:2
**moment** 26:23 27:12
**Montgomery** 1:21 2:8 6:14 7:8
**morning** 20:13
**multiple** 13:10,13 14:8 15:22

N

**N-G-O-Y-E** 8:3
**Ngo-ye** 1:13,17 2:4 4:5, 12 7:10,17 8:5,6,8 11:1 30:6
**normal** 25:19
**NORTHERN** 1:3
**Notary** 2:6 7:2
**notice** 3:5 17:21 24:7,9
**November** 30:15
**number** 1:4 18:1 28:15 30:14
**numbers** 10:11

O

**oath** 9:16,19
**objections** 2:20,23
**obligation** 24:3
**obtain** 12:10,12,21
**obvious** 21:12
**occurred** 27:4
**October** 1:14,18 2:9 7:10
**offered** 3:2
**offering** 16:3
**OFFICE** 6:12
**offices** 1:20 2:7 7:7
**opinion** 24:14
**oral** 7:11
**Osman** 1:7 8:10,12 10:4 20:19 21:2 23:8,21 24:10,11,13 25:12 27:11
**Osman's** 20:10 23:14 27:16 29:1,4,8
**overseen** 30:8

P

**p.m.** 1:15,20 2:10 7:9 29:23
**P.O.** 6:13
**Packet** 4:17
**Palmer** 4:6 6:4,5 7:22 8:9 10:21 11:1 29:19
**paper** 10:3,6,7 20:23 21:1,3,4,9,11,16 25:8



**paper-to-paper** 24:17
**papers** 21:4,14,19 22:3,7 24:8
**paragraph** 21:5,6
**paragraphs** 21:17 22:6
**part** 14:3,20 21:4,9 27:19
**participating** 20:10
**parties** 2:3,23 30:10
**pay** 17:19
**PC** 6:7
**Perry** 1:21 2:8 7:8
**Phd** 12:4,10
**phone** 26:18
**plagiarism** 20:19 29:16
**plagiarizing** 29:11
**plaintiff** 1:8,19 6:3
**Plaintiff's** 4:11,16 11:16, 21 14:15,23 16:18,23
**point** 16:2 20:17 22:10 25:4,16,20,21,22
**position** 13:14,17 16:3 17:9
**preconceived** 24:13
**prepare** 9:23
**previously** 4:15 14:14 15:1 16:19 29:11
**prior** 3:2
**Probationary** 17:10
**procedure** 7:5 19:23
**proceedings** 7:12
**process** 8:18 11:5 13:22 21:10
**Produced** 4:12
**professional** 14:12 20:4,5 24:1 25:14 28:9
**professor** 4:17 12:6 18:10,13,20 21:21
**professors** 21:22
**prohibit** 9:12
**promised** 16:14
**promoting** 24:19 25:1,2
**promotion** 10:5 16:9,12 18:4,7,16,21 19:15,22 20:10 22:16,17,19 24:2, 12 25:17,23 26:3 27:9, 11,16 29:1,4,8
**promotions** 19:2
**pronounce** 8:4
**provide** 11:7 20:23 25:8
**Public** 2:6 7:2
**publication** 23:20,22 29:12
**published** 24:5
**pursuant** 1:22 7:4
**put** 10:11 25:9

**Q**

**question** 9:4,8 15:18,20
**questions** 2:21,22 29:20 30:6

**R**

**Ramadanah** 6:11
**read** 7:14
**reading** 2:13 21:9
**real** 24:6
**reason** 28:8,12,13,21
**recall** 13:8 14:11 15:20 17:22 18:2,22 19:1 20:9, 15,16,17 22:20,23 23:1, 3,4,6 25:3,5,8 26:1,14 27:10,12,15,21 28:1,6 29:17,18
**received** 17:22
**recommend** 27:11
**record** 10:7,8,15 11:2 25:6 27:13 28:1,4
**recruited** 13:8,18
**recruiting** 14:4
**references** 15:5
**regard** 27:22
**regular** 14:11 25:18
**reject** 28:14,22
**related** 20:19
**relating** 2:17
**relationship** 25:12,14, 19
**remember** 8:12 14:9 18:2 28:2
**remove** 11:10
**rephrase** 9:5
**report** 20:8 27:1,2
**reporter** 2:5 7:2,13 8:1, 22 30:13
**Reporting** 1:21,23 2:7 7:8 30:13
**represent** 8:9
**represents** 30:8
**required** 9:20
**requirement** 28:12
**requires** 9:16
**research** 10:6 20:23 21:1,11,22 22:2
**researcher** 21:21,23
**respective** 2:3
**response** 10:16
**responsibility** 24:2
**result** 21:15 27:4 30:11
**return** 11:17
**review** 20:1 21:15 23:13
**reviewed** 10:12 18:16
**rules** 2:16 7:4,5
**résumé** 23:18

**S**

**salary** 4:18 17:1
**sat** 27:10
**score** 20:6,7 25:9 28:10, 11,16,19,21
**scored** 28:11
**scores** 10:11
**self-plagiarism** 21:3,7, 20
**semester** 18:14
**separate** 20:14
**serve** 19:3,7,15
**served** 18:21
**service** 15:16
**set** 1:22 17:23
**sets** 19:23
**share** 22:3
**Shin** 23:2
**shouting** 26:7,10
**show** 14:14 16:22
**shows** 10:8
**sign** 7:15
**signature** 2:13
**signed** 22:18 25:1
**similarity** 22:4
**sitting** 9:17,20
**situation** 21:23
**sound** 26:15
**South** 1:21 2:7 6:5 7:8
**specifically** 17:23 20:9 22:21
**spell** 7:23
**spring** 18:17
**standard** 10:10 19:23
**standards** 16:15
**stands** 28:6
**started** 8:14
**state** 1:10 2:6 6:12 7:2, 23 12:20,22 13:7 15:7, 12,16 16:5 30:3,22
**State's** 13:2
**STATES** 1:1
**Status** 17:9
**stenotype** 30:6
**STIPULATED** 2:2,12,19 3:4

**stipulation** 7:6

**stipulations** 1:22 7:13

**stop** 26:22

**street** 1:21 2:8 6:5 7:8 26:9,17

**structure** 21:18

**student** 29:11,15

**subpoena** 10:17 11:11

**Suite** 6:5

**Supplements** 17:14

**support** 28:14,22

**sworn** 7:18

**systems** 12:5,7

**T**

**T-H-O-M-A-S** 8:3

**taking** 2:17 8:22

**talk** 18:6

**teaching** 12:8 15:7 17:15,18

**tenure** 16:8 18:3 27:17

**tenured** 12:6

**term** 16:16

**terminal** 12:4

**testified** 7:19

**testimony** 8:23 9:13 30:8

**thereto** 3:2 30:7

**Thomas** 1:13,17 2:4 4:5 6:12 7:10,17 8:2 30:6

**Thompson** 10:18 20:12 24:8 29:4

**time** 3:1 8:16 14:1 15:7, 11,12 16:14 20:1 22:22 23:5,10 27:15,23 28:2 29:22

**times** 20:14

**title** 21:13

**today** 8:23 9:13,17 10:1 20:16 25:5 27:23

**today's** 10:13

**told** 27:7

**top** 17:3

**total** 28:16,19

**transcribed** 30:7

**transcript** 30:8

**transcription** 30:7

**trial** 3:1

**true** 30:8

**truth** 9:16

**truthful** 9:13

**U**

**understand** 9:4,7,15

**understanding** 16:10 17:16

**understood** 9:9

**UNITED** 1:1

**university** 1:10 6:12 12:13,17,20 13:7 15:6 20:3 27:3

**Usual** 7:13

**V**

**Vestavia** 6:8

**vitae** 23:16,17,18,23 24:4

**vote** 24:22 27:21 28:3

**voted** 28:5,7

**W**

**waived** 2:14 3:6

**walking** 26:5,22

**Wang** 15:21

**weighted** 20:7 28:19

**Wisconsin-milwaukee** 12:14,18,19

**work** 10:6,9 15:16

**working** 8:12 16:7 18:3 25:13,19

**works** 8:18

**worksheet** 4:19 17:2

**write** 22:2

**writing** 21:5

**Y**

**year** 12:11 13:2 17:5,6,7, 10,11 25:6 26:2,4

**years** 16:4,8 17:15 18:3 26:4

**years'** 16:4 18:1

**yelling** 26:7,10

