

**Ramadanah Salaam-Jones** <rsjones@alasu.edu>

## Re: Depositions and Discovery
1 message

---

**Ramadanah Salaam-Jones** <rsjones@alasu.edu>  Thu, Sep 22, 2022 at 2:53 PM
To: Leslie Palmer <Leslie@palmerlegalservices.com>
Cc: Heather Leonard <heather@heatherleonardpc.com>, Kenneth Thomas <kthomas@alasu.edu>, Tamara Venice <tvenice@alasu.edu>

> Thank you.
>
> Yes, Drs. Pettis, Carr and Hingorani will be the 30(b)(6) representatives. Can Dr. Hingorani's 30(b)(6) deposition and his deposition as a defendant be done on the same day?
>
> Just a note, Dr. Prater retired from ASU last year. I have contact information for Kiser and Prater and I am working on the rest.
>
> - Sara Kiser
> - Tammy Prater
>
> On Thu, Sep 22, 2022 at 2:41 PM Leslie Palmer <Leslie@palmerlegalservices.com> wrote:
>
>> Good afternoon,
>>
>> First, please follow this sharepoint link to access discovery documents from Plaintiff: OSMAN Production Folder.
>>
>> Regarding deposition dates, I'm awaiting confirmation but between your availability, my availability, and Heather's availability, it's looking like we will need to schedule Osman on Friday October 14.
>>
>> I will also be preparing notices for:
>>
>> - ASU 30(b)(6) Monday, October 17 – you had previously stated that this would be Pettis, Carr, and Hingorani, please confirm.
>> - Dr. Kakar, Monday, October 17
>> - Dr. Hingorani, Tuesday, October 18
>> - Dr. Ngo-Ye, Tuesday, October 18
>> - Dr. Thompson, Tuesday, October 18
>>
>> Obviously, Hingorani, Carr, and Pettis are contact care of your office. Though you have not indicated that you represent Kakar, Ngo-Ye, or Thompson, you have requested that contact be through your office as well, but are requiring a subpoena. As previously requested, please provide contact information for these individuals or state whether you will be able to accept service of the subpoenas. I do not believe that Rule 4.2 requires us to refrain from contacting these individuals unless you represent them, and that their contact information is discoverable and required under Rule 26.
>>
>> Aside from Dr. Thompson, it is my understanding that the other committee members are not current managers, do not have any managerial responsibility for the university, were not the decision maker in this instance, and are in position to make any admissions or bind the company. Accordingly, they are not contemplated under Rule 4.2. If you represent them individually, please let me know. Otherwise, please provide per Rule 26 and per our discovery request the contact information, including last known address and phone number for:
>>
>> - Dr. Sara Bliss Kiser
>> - Dr. Tammy Prater
>> - Dr. Sontachi Suwanakul
>> - Dr. LaWanda Edwards

- Dr. Bob McNeal
- Dr. Sun Gi Chun
- Dr. Sangheon Shin

Though we are already planning to depose them, the same would apply to Dr. Ngo-Ye and Dr. Kakar.

Leslie


Leslie Palmer

104 23rd Street South, Suite 100

Birmingham, AL 35233

Phone: (205) 285-3050

E-Mail: leslie@palmerlegalservices.com

Rate me on Google


Pronouns: She/Her

See why I list my pronouns


Confidentiality Notice:  This email and any attachments thereto may contain privileged information.  If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies.  Any disclosures, copying, distribution, or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

---

**From:** Ramadanah Salaam-Jones <rsjones@alasu.edu>
**Date:** Wednesday, September 21, 2022 at 9:01 AM
**To:** Leslie Palmer <Leslie@palmerlegalservices.com>
**Cc:** Heather Leonard <heather@heatherleonardpc.com>, Kenneth Thomas <kthomas@alasu.edu>, Tamara Venice <tvenice@alasu.edu>
**Subject:** Re: Depositions and Discovery


Good morning,

I will take Dr. Osman's deposition in Montgomery as the case is pending in the middle district.  I use a conference room here at ASU.  I can check to see if that same conference room is available for you to depose ASU administrators and the professors.