Page 1

1        IN THE UNITED STATES DISTRICT COURT

2          FOR THE MIDDLE DISTRICT OF ALABAMA

3               NORTHERN DIVISION

4     CASE NUMBER:  2:21-cv-00018-ECM

5     DR. JANEL BELL-HAYNES,

6                 Plaintiff,

7        vs.

8     ALABAMA STATE UNIVERSITY,

9                 Defendant.

10

11

12        DEPOSITION OF KAMAL HINGORANI

13

14        * * * * * * * * * * *

15        The Deposition of Kamal Hingorani was

16    taken down and reported by Virginia Denese

17    Barrett, Court Reporter and Commissioner for the

18    State of Alabama at Large, on the 30th day of

19    August, 2022, commencing at approximately

20    1:00 p.m., at the Law Library of the Alabama

21    Education Association, 422 Dexter Avenue,

22    Montgomery, Alabama  36104.

23        * * * * * * * * * * *

**EXHIBIT**

DX 27

Page 2

1  S T I P U L A T I O N
2      IT IS STIPULATED AND AGREED by and
3  between the parties through their respective
4  counsel, that the deposition of Kamal Hingorani
5  may be taken before Virginia Denese Barrett,
6  Commissioner, at the Law Library of the Alabama
7  Education Association, 422 Dexter Avenue,
8  Montgomery, Alabama  36104, on the 30th day of
9  August, 2022.
10      IT IS FURTHER STIPULATED AND AGREED that
11  the signature to and the reading of the
12  deposition by the witness is waived, the
13  deposition to have the same force and effect as
14  if full compliance had been had with all laws and
15  rules of Court relating to the taking of
16  depositions.
17      IT IS FURTHER STIPULATED AND AGREED that
18  it shall not be necessary for any objections
19  except as to form or leading questions, and that
20  counsel for the parties may make objections and
21  assign grounds at the time of the trial, or at
22  the time said deposition is offered in evidence,
23  or prior thereto.

Page 3

1      IT IS FURTHER STIPULATED AND AGREED that
2  the notice of filing of the deposition by the
3  Commissioner is waived.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 4

1          EXAMINATION INDEX
2  EXAMINATION BY:              PAGE:
3  Ms. McGowan              6
4  Ms. Jones            180
5  Ms. McGowan          182
6
7          EXHIBIT INDEX
8  PLAINTIFF'S EXHIBITS:          PAGE:
9  Exhibit 1 - Notice of Taking Deposition of      11
10      Kamal Hingorani
11  Exhibit 2 - E-mail from Kamal Hingorani to      12
12      Michael Markus dated 7/22/19
13  Exhibit 3 - ASU File              22
14  Exhibit 4 - E-mail from Marylyn Pettway to     160
15      Le-Quita Booth dated 11/6/14
16
17
18
19
20
21
22
23

Page 5

1          APPEARANCES
2
3  FOR THE PLAINTIFF:
4  Ms. Candis A. McGowan
   WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB, LLC
5  301 19th Street North
   Birmingham, Alabama  35203
6
7  FOR THE DEFENDANT:
8  Mr. Kenneth L. Thomas
   Ms. Ramadanah S. Jones
9  ALABAMA STATE UNIVERSITY
   Office of General Counsel
10  Post Office Box 271
   Montgomery, Alabama  36101
11
12  ALSO PRESENT:
13  Dr. Janel Bell-Haynes
14
15
16
17
18
19
20
21
22
23

2 (Pages 2 - 5)

Page 6

1          KAMAL HINGORANI
2         The witness, having been first duly sworn
3    or affirmed to tell the truth, the whole truth,
4    and nothing but the truth, testified as follows:
5              EXAMINATION
6    BY MS. McGOWAN:
7    Q.   Can you state your name for the record,
8         please?
9    A.   Kamal Hingorani.
10   Q.   And I'm sorry.  That pen is not working.
11   A.   Yeah.
12   Q.   It didn't work yesterday, and I should have
13        thrown it away then.
14   A.   It's K-A-M-A-L, Hingorani,
15        H-I-N-G-O-R-A-N-I.
16   Q.   Dr. Hingorani.  Am I saying it correctly?
17   A.   Perfect.  Yeah.
18   Q.   I butchered it a lot yesterday, and I
19        apologize for that.
20   A.   No.
21   Q.   Well, I apologize.  I'll try my best.  And
22        correct me if I get it wrong today.  My name
23        is Candis McGowan, and I'm one of the

Page 7

1    attorneys representing Dr. Bell-Haynes in
2    this matter.  Have you ever had your
3    deposition taken before?
4    A.   This is the first time.
5    Q.   First time.  I will be asking you a series
6         of questions, and the court reporter is
7         going to take down everything you say --
8    A.   Uh-huh.
9    Q.   -- and that I say.  So we're going to need
10        to make sure we don't talk on top of each
11        other.
12   A.   Uh-huh.
13   Q.   And, also, if the answer is yes or no, can
14        you say yes or no so she can write that down
15        instead of a head shake or an uh-huh or
16        something like that?
17   A.   Uh-huh.
18   Q.   Because she's going to need a verbal
19        response.
20   A.   Okay.
21   Q.   Can we have an agreement that if you do not
22        understand my question, you'll ask me to
23        repeat or rephrase the question?

Page 8

1    A.   Sure.
2    Q.   Can we also have an agreement that if you
3         don't hear me, because sometimes I tend to
4         mumble and talk softly, that you'll ask me
5         to repeat it?
6    A.   Yes, ma'am.
7    Q.   Can we further have an agreement that if you
8         don't ask me to repeat or rephrase the
9         question, you've heard my question, you
10        understand it and you're giving me the best
11        possible answer?
12   A.   That's correct.  Yeah.
13   Q.   What is your job title?
14   A.   I'm the dean of the College of Business
15        Administration at Alabama State University.
16   Q.   And how long have you been -- the short for
17        that is COBA, right?
18   A.   COBA.
19   Q.   C-O-B-A.  How long have you been the dean of
20        COBA?
21   A.   I think from 2016.  So six years.
22   Q.   Who did you replace?
23   A.   Dr. Le-Quita Booth.

Page 9

1    Q.   What departments are in the College of
2         Business?
3    A.   We have three departments.  On the first
4         floor we have accounting and finance.  On
5         the second floor we have -- we have CIS.  On
6         the third floor we have -- it's called
7         business administration, but it includes
8         management and marketing.  These are the
9         academic departments.  And then we have a
10        small business development center on the
11        first floor that reports to the dean, too.
12   Q.   A small business development center?
13   A.   Uh-huh.  That is on the first floor.
14   Q.   Have you had those three departments in COBA
15        since you've been dean?
16   A.   It has been forever.  There have been no
17        changes.
18   Q.   Out of which department did you come?
19   A.   CIS.
20   Q.   So what did you do to prepare for the
21        deposition today?
22   A.   You know, I read the thing that was -- she
23        gave me a copy.  And I tried to refresh, if

Page 10

1    I could, you know.  And that's all I did.
2 Q.   How did you try to refresh?
3 A.   Think.  Basically think over what happened
4      maybe in the 2018/2019 time frame.
5 Q.   Did you look at any documents other than
6      the -- I think you're looking at the
7      complaint.  Is that what that is?
8 A.   That is -- that is the complaint I read and
9      just tried to recollect my -- my thoughts
10     and what happened during that period based
11     on this.
12 Q.  Is that the only document you reviewed?
13 A.  I might have seen some of my E-mails.
14 Q.  And what E-mails did you see?
15 A.  Like -- you know, like there was a -- there
16     was something about a grievance committee
17     that was -- that I did not know anything
18     about.  So I was trying to see if there's
19     something in my correspondence about
20     grievance.
21         MS. JONES:  And, Candis, we have a
22     copy of that E-mail that he reviewed.
23         MS. McGOWAN:  All right.  When we take

Page 11

1      a break, I want to mark this in as an
2      exhibit.
3          (Whereupon, Plaintiff's Exhibit
4             Number 1 was marked for
5             identification and attached to
6             the Original transcript.)
7 Q.   Let me go ahead and show you what I'm
8      marking as Exhibit 1 which is your
9      deposition notice.  Have you seen that?
10 A.  I've seen that.  I've seen it.
11 Q.  All right.
12         MR. JONES:  She's about to give you a
13     bunch of documents.
14 Q.  I'm going to give you a bunch.
15 A.  Okay.  Thank you.
16         MS. JONES:  And these will go with the
17     court reporter.
18         MS. McGOWAN:  Correct.
19 Q.  So instead of remarking a bunch of this
20     stuff over here, we're going to save some
21     trees and we're going to re-look at
22     documents that were marked yesterday.  We
23     may add some new ones.  So we'll need to

Page 12

1      refer to those as -- before you leave, those
2      will be the Pettis documents and this will
3      be Hingorani.  Did I say that right?
4 A.   Uh-huh.  If you find it difficult, just call
5      me Dr. H.
6 Q.   Dr. H.  I just want to make sure I'm saying
7      it right.
8 A.   Okay.
9 Q.   I think that's going to be the best way
10     where it won't be so confusing.  If I refer
11     you back to a document, I will call it
12     by the number and the deposition it was in.
13     How about that?  Okay?
14 A.  That's fine with me.
15 Q.  All right.  So we're going to mark as
16     Exhibit 2 to your deposition this E-mail
17     that you're producing.
18         (Whereupon, Plaintiff's Exhibit
19            Number 2 was marked for
20            identification and attached to
21            the Original transcript.)
22 Q.  And it's an E-mail stream with a Bates stamp
23     ASU RFPD 002025.

Page 13

1          MS. McGOWAN:  Has that been produced
2      before today?
3          MS. JONES:  I just E-mailed it today.
4          MS. McGOWAN:  Okay.  Okay.
5 Q.   All right.  And are those the only
6      documents -- did you look at any other
7      E-mails?
8 A.   Nothing.
9 Q.   Okay.  Any other documents?
10 A.  (Witness shaking head in the negative.)
11 Q.  Did you talk about this --
12         MS. JONES:  You've got to give a
13     verbal --
14 A.  Sorry.  No.  No.  No.  I'm sorry.  No.
15 Q.  That's all right.
16 A.  Okay.
17 Q.  She may get on to you.
18 A.  Oh, no.  I'll be careful.  Sorry.
19 Q.  Did you talk to anybody about your
20     deposition?
21 A.  No, ma'am.  No.  Just this is secret.
22     Nobody knows that I'm coming here.
23 Q.  Did you talk to anyone about the claims in

Page 14

1    this case?
2    A.   No, ma'am.  This is confidential.
3    Q.   Were you aware that Dr. Bell-Haynes had
4         filed a lawsuit?
5    A.   Yes.
6    Q.   How were you aware?
7    A.   When I got this.
8    Q.   When did you get that?
9    A.   To the best of my knowledge, I got a copy of
10        this maybe thirty days back.
11   Q.   So until you got the deposition notice, you
12        did not know there was a lawsuit?
13   A.   No.
14   Q.   Did you know that Dr. Bell-Haynes had filed
15        an EEOC charge alleging discrimination into
16        denial of her tenure --
17   A.   No.
18   Q.   -- and in her terminal contract?
19   A.   No.
20   Q.   Have you -- since you've learned about the
21        EEOC -- about her lawsuit, have you
22        discussed any of the facts regarding her
23        denial of tenure with anyone?

Page 15

1    A.   No, ma'am.  No.
2    Q.   Have you discussed any of the facts about
3         giving her the terminal contract with
4         anyone?
5    A.   I don't give the terminal contract.  But no,
6         I have not.  This is not under my direction.
7         It is done by the provost.  So I have not
8         done anything about that.
9    Q.   Speaking of terminal contracts, when you
10        have someone in your department, how do you
11        keep up -- that's on a tenure track, how do
12        you keep up with when they need to apply for
13        tenure?
14   A.   You know, we don't have a good process in
15        the college.  But in the provost office, we
16        have a person who has been there for a long
17        time, Ms. Pettway.  So if there's any -- any
18        -- you know, I maintain a file on every
19        faculty, but sometimes it may not be direct.
20        So I call her every -- at least every year
21        just to make sure, you know, who's going to
22        get terminal contract or who is on the --
23        sorry.  Not the terminal contract.  On the

Page 16

1    last year for applying for tenure.  So, you
2    know, they have to apply.  Otherwise, then
3    there's an issue.  So we go around to
4    Ms. Pettway in the provost's office.
5    Q.   And what is Ms. Pettway's job?
6    A.   She's the executive assistant to the
7         provost.
8    Q.   Let's go through your educational
9         background, starting with what year did you
10        graduate from high school?
11   A.   High school?  1974.
12   Q.   From where?
13   A.   From India.
14   Q.   From India?
15   A.   Uh-huh.
16   Q.   Then what did you do after you graduated
17        from high school?
18   A.   I did my B.S. in civil engineering from the
19        Indian School of Technology which is one of
20        the premiere schools in India.  Number one
21        or number two school in India.
22   Q.   And your B.S. was in engineering?
23   A.   Civil engineering.

Page 17

1    Q.   Civil engineering.  What year did you
2         receive your B.S.?
3    A.   1979.  It's a five-year program in India.
4    Q.   After you received your B.S., what did you
5         do?
6    A.   I worked for the government of India for
7         fourteen years in very high senior manager
8         position.  I was career bureaucrat for
9         fourteen years.
10   Q.   You were a what?
11   A.   I was a bureaucrat for the government of
12        India.
13   Q.   Okay.  Do you know what department you were
14        in?
15   A.   In the Indian Survey Service of Engineers.
16   Q.   And that was fourteen years did you say?
17   A.   (Witness nodding head in the affirmative.)
18        I'm sorry.  '79.  Thirteen years.
19   Q.   Thirteen years?
20   A.   Uh-huh.
21   Q.   So that brings us up to?
22   A.   '92.
23   Q.   What happened in 1992?

5 (Pages 14 - 17)

Page 18

1   A.   You know, I had sort of a personal issue.
2        My son was born in 1987 -- '86. He was born
3        with a congenital heart issue. They did a
4        surgery on him when he was three days old.
5        And then -- and then I was advised that one
6        of the best surgeons in the world is
7        Dr. Kirklin --
8   Q.   Birmingham.
9   A.   -- in UAB. So I said, Okay. One way to
10       come here is to do your Ph.D. So I did my
11       MCAT -- GMAT, scored very high and Auburn
12       University accepted me directly into the
13       Ph.D. program without a Master's.
14  Q.   Without a Master's?
15  A.   (Witness nodding head in the affirmative.)
16  Q.   Okay. Was that -- which program at Auburn
17       were you in?
18  A.   It was called MIS. You get a degree in
19       management, but if you look at your
20       transcript, it says management information
21       systems.
22  Q.   That was through the School of Business?
23  A.   (Witness nodding head in the affirmative.)

Page 19

1        MR. JONES: Say yes.
2   A.   I'm sorry. Yes. I'm so sorry.
3        MS. JONES: That's okay. It's your
4        first time.
5   A.   Yes. Yes.
6   Q.   What year did you start Auburn?
7   A.   I started in '92. Graduated -- in January
8        of '92. Graduated in May of '95.
9        MS. McGOWAN: Off the record.
10       (Off-the-record discussion)
11  Q.   So when you graduated from Auburn in May of
12       '92, you had your --
13  A.   '95.
14  Q.   '95. You had your Ph.D. in management
15       information systems?
16  A.   Yes.
17  Q.   What was your emphasis? Was there an
18       emphasis in your management information
19       systems?
20  A.   You know, like management itself has --
21       Auburn has two emphasis. One is MIS. One
22       is the organization and behavior. With MIS
23       they don't have any sub-track. No. But,

Page 20

1        you know, to give you a feel of Auburn
2        University when I was there, you know, as
3        a -- as a Ph.D. student, I was in a teaching
4        role similar to a full-time faculty. We
5        teach four courses every year. So I got a
6        lot of teaching experience at Auburn.
7   Q.   When you graduated, what did you do?
8   A.   I was offered a job by the dean of the
9        College of Business here, and I came here
10       and I've been stuck here forever since
11       '95.
12  Q.   And by here, you mean ASU?
13  A.   ASU. Yes, ma'am.
14  Q.   What was your first job at ASU?
15  A.   I started assistant professor of CIS. I
16       think within one year the dean made me the
17       acting chair. And then I've held the
18       position of the acting chair of CIS. I've
19       held the position of acting chair of
20       accounting and finance. I've also held the
21       position of associate dean, and now I'm the
22       dean.
23  Q.   Did you start in -- at ASU in the fall term,

Page 21

1        or when did you start?
2   A.   Fall of '95.
3   Q.   Fall of '95. And the dean at the time,
4        would that have been Dean Booth?
5   A.   No. Dr. Percy. He was the founding dean,
6        and he was there for a number of years.
7   Q.   As the dean of the college, what are your
8        job duties and responsibilities?
9   A.   You know, like the most important function
10       is to make sure that we make progress with
11       the college. And if you look at my critical
12       success factors, what I'm looking for is I
13       want a full complement of faculty, qualified
14       faculty. I want high enrollment. I want
15       high graduation. I want to -- I want to
16       develop strong relationship with community.
17       I would like to get grant from federal and
18       from private agencies. And what we really
19       want is the success of my students. And
20       then I report to the provost. You know,
21       it's a hierarchy. He has his own
22       requirements. But if you look at my
23       critical success factors, I've told you

Page 22

1    that.
2    Q.   Were you employed when -- at ASU when
3         Dr. Bell-Haynes was hired into the College
4         of Business?
5    A.   I cannot answer that, but she has been a
6         colleague for a long time.  She was.  I
7         don't remember the dates.
8    Q.   Were you involved any in her hiring process?
9    A.   In the hiring process, no.
10   Q.   When she was hired in on a tenure track,
11        were you involved in that hiring process?
12   A.   To the best of my knowledge, no.
13            MS. McGOWAN:  Let's go off the record.
14            (Off-the-record discussion)
15            (Whereupon, Plaintiff's Exhibit
16            Number 3 was marked for
17            identification and attached to
18            the Original transcript.)
19   Q.   All right.  Let me show you -- I've got to
20        find these exhibits.  I'm showing you what
21        I'm going to mark as Exhibit 3 to your
22        deposition.  And these are a stack of
23        documents produced by ASU that contain ASU

Page 23

1    -- Bates stamp ASU RFPD 000001 through 103.
2         Do you recognize these documents?
3    A.   Yeah.  I do.  Uh-huh.
4    Q.   Okay.  And what are these?
5    A.   You know, they have some documents about
6         tenure and promotion, some of her salary
7         computation sheets, some of her employment
8         records, hiring process, things of that.
9         It's a big bunch.
10   Q.   Would this be part of her file that's kept
11        in the College of Business Affairs?
12   A.   This one, we should have it.  But this is
13        not -- it's not kept.  No.
14   Q.   So tell me what kind of files you keep on
15        faculty members in COBA?
16   A.   You see, the issue is we keep copies, you
17        know, because nothing is -- none of the
18        contracts or the hiring process ends at the
19        dean level.  You're basically sending
20        recommendations to the provost.  So we are
21        just keeping copies.  But, you know, if you
22        tell me if I can produce this from my
23        office, no.  I would have to go to HR or go

Page 24

1    to the provost's office to find this.
2    Q.   So if your attorney represented that these
3         Bates numbers came from her file in COBA,
4         would you have any reason to dispute that?
5    A.   No.  You know, it would be, you know, a
6         surprise that it's there for her because
7         many of the faculty we don't have that
8         documentation.  But if it's coming from my
9         office, I'd be very pleased.  Yeah.
10   Q.   All right.  Let me have you go down towards
11        the bottom.  If you look up at the top,
12        there are little Bates numbers on the top
13        right-hand corner.  Do you see that
14        numbering at the top that says ASU RF --
15   A.   Yeah.
16   Q.   Go to the end where -- it's almost like two
17        or three pages from the end.  It's Bates
18        number 99.
19   A.   99.  Yes.
20   Q.   Do you see that?
21   A.   One second.  I'm at 98.  99, yes.
22   Q.   All right.  And this is a new hire request
23        form?

Page 25

1    A.   Uh-huh.
2    Q.   And this was when Dr. Bell-Haynes was hired
3         in as assistant professor of marketing?
4    A.   Uh-huh.
5    Q.   And that would have been -- this was signed
6         in November of 2013.  Were you part of the
7         search committee?  Your name is listed
8         there.
9    A.   I am listed as number one.  Yeah.  Yeah.
10        You know, this is the document.  Yes.  I
11        might be involved, but I have no
12        recollection of this.
13   Q.   You don't recall being on her search
14        committee?
15   A.   It doesn't come to my mind.
16   Q.   Have you sat on search committees?
17   A.   Many of them.
18   Q.   Is it possible you were on her search
19        committee and you just don't recall that?
20   A.   That could be.  You know, if my name is
21        here, I don't doubt the validity of this
22        document.  If my name is there, I'm a part
23        of the search committee.

7 (Pages 22 - 25)

Page 26

1  Q.   Okay.
2  A.   I'm not -- I'm not questioning the -- the
3       authenticity of this document.
4  Q.   In 2013 -- in November of 2013, what was
5       your job position at ASU?
6  A.   2013, you know, I told you I -- I was the --
7       this would have been Dr. Booth was the dean.
8       I was the chair -- the chair of the CIS
9       department.  And then, you know, the
10      accounting and finance, and sometime there I
11      was also the associate dean.  I don't recall
12      in 2013.  But I was definitely the chair of
13      the CIS.
14 Q.   And in 2013 when you were chair of the CIS,
15      did you have department chair meetings in
16      COBA?
17 A.   Yes.
18 Q.   Was Dr. Bell-Haynes also a chair of her
19      department?
20 A.   Uh-huh.  Yeah, she was.
21 Q.   Do you know whether Dr. Bell-Haynes was an
22      acting chair or the chair?
23 A.   She was the acting chair as far as I know.

Page 27

1  Q.   Do you know if she ever became the permanent
2       chair?
3  A.   You know, I was acting chair forever, you
4       know, and you have to -- the policy of the
5       university is that the chair position has to
6       be advertised.  The chair position was never
7       advertised.  That is my recollection.  So,
8       you know, if you don't advertise the chair
9       position separately, then I think you are
10      the acting chair.
11 Q.   Do you know if the chair position was
12      advertised when she was hired in --
13 A.   No.
14 Q.   -- as an assistant professor?
15 A.   To my recollection, no.
16 Q.   Let's talk about COBA right now.  How many
17      students are currently enrolled?
18 A.   You know, the enrollment is always a dicey
19      figure, you know, because students come and
20      go.  If you really want to know the size of
21      the college, you should see the graduation.
22      Undergraduate, the level of graduation
23      always around hundred students a year at

Page 28

1       peak.  At peak time we used to graduate two
2       hundred students a year.  You can multiply
3       it by six.  That is the average -- average
4       time for graduation.  You could say six
5       hundred.  But, you know, I don't believe in
6       all those data because students come and go.
7       Retention is an issue.  So graduation is a
8       good indicator of how many students we have,
9       and we are graduating close to a hundred
10      students a year.
11 Q.   How -- when you said it peaked at two
12      hundred, how long ago was that?
13 A.   You know, if you look at the university,
14      per se, we had an enrollment of fifty-five
15      hundred.  Now we are around four thousand.
16      So it's not unique to the College of
17      Business.  We have seen declining enrollment
18      in ASU as in other universities.  You know,
19      if you look at the data, Auburn and Alabama
20      are doing fine, but most of the other
21      schools are struggling with enrollment.
22 Q.   And how long has enrollment been around four
23      thousand?

Page 29

1  A.   COVID and all impacted us the last two or
2       three years.
3  Q.   The last two or three years.  In the fall
4       2018/2019 time frame, how many faculty
5       members were in COBA?
6  A.   You know, that is a very difficult question
7       for me to answer 2018.  I don't have the
8       data.  But hiring in the College of Business
9       is very difficult.  We cannot match the
10      market rates.  We are understaffed.  We have
11      a lot of vacant positions.  We have a lot of
12      positions that got frozen because, you know,
13      we didn't fill them up.  So I think now --
14      today I can tell you.  I don't know about
15      2018.  Today we've got twenty-four faculty
16      and we have a lot of adjuncts who are
17      supporting us.
18 Q.   In the department of -- the business
19      administration department, today how many
20      faculty members are in there?
21 A.   I can count.  We can count.  We have McNeal,
22      Zaino, Kiser, Johnson, Kim Smith.  Then we
23      have -- now we hired -- now we hired one.

1    H. Kim.  Then we have Liu and we have
2    Bajestani.  Eight.  Eight.
3  Q.   Eight.  And that is today?
4  A.   Uh-huh.
5  Q.   Of those eight, how many are female?
6  A.   How many are female?  Kim Smith is female.
7    Michelle Johnson is female.  And H. Liu is a
8    female, too.
9  Q.   Who?
10  A.   Liu, L-I-U.  She is a female.  Three of them
11    are female.  Oh, I missed one other person.
12    Charlie Hardy.  Hardy is one more, you know.
13  Q.   Is he a male?
14  A.   He's a male.  Yeah.
15  Q.   So when was -- how long -- have any of these
16    individuals that are currently faculty
17    members been hired since January of 2020?
18  A.   2020?  Three of them.  H. Liu, Kim and
19    Bajestani.
20  Q.   Can you spell that for the record?
21  A.   B-A-J-E-S-T-A-N-I.
22  Q.   Out of these nine faculty members, how many
23    are African American?

1  A.   Okay.  Michelle Johnson is African American.
2    Charlie Hardy is African American.  Kim
3    Smith is African American.  Three of them.
4  Q.   When -- how long has Kim Smith been in the
5    department?
6  A.   She's been there, you know, long before I
7    became the dean.
8  Q.   So she's been there a while?
9  A.   Uh-huh.  As well as Michelle Johnson.  And
10    Liu I told you was hired recently.
11  Q.   So there's been three hired recently?
12  A.   Yeah.
13  Q.   Charlie Hardy, how long has he been there?
14  A.   A long time, you know.  He's been there a
15    long time.
16  Q.   Have there been any African American faculty
17    members hired since Dr. Bell-Haynes left?
18  A.   You know, unfortunately we made an offer to
19    one African American, Dr. McGriff, but that
20    contract fell through.  But, you know, to
21    tell you about business school and African
22    American faculty, we had hired I think when
23    Janel was faculty an African American.  And,

1    you know, there's a shortage of African
2    American faculty.  He was -- he was forced
3    away.  You know, they offered him
4    twenty-five thousand dollars extra.  So, you
5    know, he was on tenure track, but he just
6    left us and he just gave me one-day notice
7    and said I am going.  So to bring in an
8    African American in business, it's -- it's
9    very difficult.
10  Q.   And how long has there been a shortage of
11    African American faculty in business?
12  A.   For a long, long time.  And, you know,
13    the -- it's not only now with African
14    American.  It's now spreading.  Like we
15    don't have the -- the big universities are
16    not generating enough Ph.D.s, and the
17    faculty are dying much faster than the
18    production of new faculty.
19  Q.   Has the number of -- since Dr. Bell-Haynes
20    left, has the number of faculty members, not
21    the adjunct, but full-time faculty numbers
22    decreased or increased in the college?
23  A.   You know, like to tell you, very frankly,

1    you know, today I have -- if you go to the
2    website, I've got two positions of CIS which
3    have been open for more than a year.  I've
4    got a position in accounting.  I have a
5    position in marketing, and I also have a
6    position in economics.  Five positions where
7    we're looking for faculty.  And then I have
8    a lot of frozen positions which -- which
9    will -- you know, like we have started a new
10    MBA program in the college.  And so, you
11    know, if you have a new program, you need
12    more faculty.  So I expect in the new budget
13    and also the frozen positions will be
14    reinstated.  So we'll have a lot of faculty
15    positions.  But they're very difficult to
16    hire.
17  Q.   So has the number declined or increased in
18    faculty members?
19  A.   You know, I told you like in CIS and all,
20    there's a crisis.  We've lost two.  And
21    marketing is a crisis.  We've lost one.
22  Q.   Who is the one you lost in marketing?
23  A.   Marketing, one -- one person who just

1    retired, you know, Dr. McGriff, one-day
2    notice. He says I'm retiring. He just left
3    us. And economics and all, we had a person
4    who left. So we have that vacancy.
5  Q.    Who replaced Dr. Bell-Haynes?
6  A.    Dr. Hell Haynes, no replacement yet. You
7    know, we had a position for her and we had a
8    position for -- for McGriff. I think one of
9    them was frozen, and the other one is still
10    open and it's advertised now.
11  Q.    Are these open positions advertised now?
12  A.    Uh-huh. You can see it on the website.
13    There are five of them in the College of
14    Business.
15  Q.    And are these positions being advertised as
16    probationary?
17  A.    Tenure track.
18  Q.    Tenure track?
19  A.    Now, the -- you know, we have cleaned up a
20    lot of things in Alabama State University.
21    You know, anybody that was hired, even if
22    they're Ph.D., was temporary. Even me. But
23    now with the new administration and all,

1    they said that, you know, they have to come
2    on tenure track. So we have cleaned up a
3    lot of things. HR has become very strong
4    now.
5  Q.    When you say your HR has become strong, was
6    there an issue with HR before?
7  A.    When I joined, HR, it was a one-person
8    organization. And, you know, now it's a --
9    it's a -- it's a very full-fledged -- you
10    know, it's clearly demarcated what has to be
11    done by the deans and what is the HR
12    responsibility.
13  Q.    And when -- before HR became strong, were
14    there mistakes made in paperwork in HR, to
15    your knowledge?
16  A.    No. I don't think so. You know, because
17    many of them, they're on temporary.
18    Everything worked temporary. There was no
19    concept of tenure. They could work until
20    eternity, you know. So now we have -- we
21    have -- you know, we are -- we are, you
22    know, at par with other institutions. We
23    have got policies and procedures that

1    everybody follows.
2  Q.    Approximately how many adjunct professors
3    are there in the College of Business?
4  A.    In the CIS I've got Williams, Watson. I've
5    got Darrington. I've got Forrest Holifield.
6    I've got Ray. Five in CIS.
7  Q.    Five?
8  A.    Yes. And then in management I've got
9    Battle-Hodge. She's a lawyer.
10    Battle-Hodge. I think that's the only one
11    we have in that department. In accounting
12    and finance, we have -- we have Gorman. We
13    have Wang. Two. And in -- we have -- you
14    know, if you look at the schedule this
15    time around, the normal teaching load is
16    four. But many of my faculty are teaching
17    six classes. Because I don't like adjunct
18    -- you know, we pay adjunct only two
19    thousand eighty-eight a course which is
20    lower than what you get by flipping burgers.
21    So we have a lot of overload which is
22    something I don't like. But most of the
23    faculty are teaching six classes.

1  Q.    In the whole college -- well, let's -- in
2    the College of -- how many -- in the CIS
3    department, how many faculty members are
4    female?
5  A.    CIS, adjunct. You know, we have only three
6    faculty in CIS. All of them are men. All
7    of them are not American born. Okay. But
8    they are U.S. citizens now. And adjuncts
9    are all, you know, all Americans, all
10    African American. I tend to -- I try to
11    find African American adjuncts. I make it a
12    point if I can get an African American,
13    because, you know, we would like the faculty
14    to look like our students, you know.
15    They'll feel a little more comfortable.
16  Q.    In the accounting and finance, how many
17    faculty members are there?
18  A.    Now we have -- accounting and finance. Oh,
19    there's so many. In accounting, you know,
20    which is a critical thing, we have one, two
21    three. Finance we are fully staffed. We
22    have two faculty. In economics we have one,
23    two, three. And one of them left us. So

10 (Pages 34 - 37)

1    we've got only two now.  And then what we
2    have -- you know, we are actually very
3    lucky, you know.  I am blessed, you know.
4    We have two professors who retired, Ph.D.
5    and all, from the College of Business, and
6    they teach as adjuncts.
7  Q.   And that's in accounting?
8  A.   One is in finance and one is in -- one is in
9    CIS.  They teach three courses for me.  And
10    they're really qualified, you know.  So that
11    saves the day.
12  Q.   Who are the three that retired that still
13    teach as adjunct?
14  A.   We had -- the third one has now dropped out.
15    But one is Jiin Wang.  He just retired.
16    He's in Montgomery.  Jiin Wang.  Wang is a
17    professor of finance.  He works in Tuskegee.
18    He retired, works for Tuskegee and then also
19    adjuncts for us.  And then we had one,
20    Bakir, who retired from business
21    administration.  He used to teach.  But now
22    because of his health reasons, he has
23    dropped out.  But, you know, we are lucky it

1    worked out that way.
2  Q.   In the college, the three faculty members
3    you have in accounting, how many of those
4    are females?
5  A.   One is female.
6  Q.   Who is that?
7  A.   Ms. Bradford.  Bradford.
8  Q.   Bradford.  B-R-A-D-F-O-R-D?
9  A.   That's correct.  Yeah.
10  Q.   The faculty in finance, how many of those
11    are female?
12  A.   Faculty in finance?  No.  None.  We had one
13    who bolted out and went to Georgia.  No
14    female after that.
15  Q.   Okay.  In economics, how many?
16  A.   No females.
17  Q.   And what department is Dr. Kiser?
18  A.   She is business administration.
19  Q.   Of the three accounting faculty members, are
20    any of those African Americans?
21  A.   Two of them are African American.  One of
22    them is of South Korean descent.
23  Q.   The faculty, the two faculty in finance?

1  A.   Both of them are Korean descent, but they
2    are American citizens.
3  Q.   What about in economics?
4  A.   In economics, one is -- one is Thailand --
5    from Thailand and the other one is from
6    China.  They're international, you know.
7    And then we had an African American who
8    bolted to Delaware State.  I told you that.
9  Q.   That's the one that went to Georgia?
10  A.   No.  He went to Delaware State.
11  Q.   Delaware State.  What are the job duties of
12    a department chair at ASU?
13  A.   To lead the department.  You know, like --
14    you know, like you'd be surprised.  The
15    College of Business, if you look at the
16    faculty handbook, it's considered as a unit.
17    Like every department in other colleges are
18    departments.  But the way the business
19    school is structured and all, all the three
20    departments and the dean office are one
21    unit, you know.  It's in the faculty
22    handbook.  And the chair responsibility is
23    to make sure that -- is to make sure that

1    the faculty work, that we have the full
2    complement of faculty.  Okay.  Full
3    complement of faculty to work closely with
4    the dean to move the college forward, write
5    the annual reports of the faculty and then,
6    you know, do the class scheduling and all.
7    And, you know, the budget.  You know, if you
8    look at the budget of a department, the
9    discretionary budget of a department is
10    maybe a thousand dollars.  You know, how to
11    spend a thousand dollars maybe.
12  Q.   What are the job duties of an assistant
13    professor?
14  A.   You know, assistant professor has to teach
15    four classes.  And, you know, we divide
16    between teaching, research and citizenship.
17    So you teach four classes.  You have to do
18    -- you know, for tenure and all, you have to
19    make sure that you do good research.  And
20    then community service.  Sorry.
21    Citizenship, that is working with the
22    community.  The main thing they have to do
23    is advisement of students.  That's one of

1   the major roles.  Every faculty has around
2   twenty advisees.  They're supposed to handle
3   them and get them toward graduation.  And
4   then, you know, community service and
5   departmental committees.
6   Q.   You said you're graduating about a hundred
7        students a year out of the college.  How
8        many different degrees are there?
9   A.   We have five undergraduate.  One is
10       accounting, finance, CIS, management and
11       marketing.  And I think -- will you want the
12       breakdown?
13  Q.   No.  You don't have to break it down
14       between --
15  A.   Five majors.
16  Q.   Okay.  And you said you're starting an MBA
17       program?
18  A.   Yeah.  Started one in the fall.  You know,
19       like every college is now part of something
20       called KPMG, Master's of accounting, data
21       and analytics.  And KPMG has committed seven
22       hundred and fifty thousand dollars for the
23       program.  And we are the only university in

1   the state of Alabama.  So this is also a new
2   thing we are doing this year.
3   Q.   And when did you become a part of KPMG?
4   A.   The program started this fall.
5   Q.   Okay.
6   A.   But, you know, it took us one and a half
7        years to convince them that we are good and
8        they need to reach out to us.
9   Q.   Since you've been dean of the college, how
10       many faculty members have been granted
11       tenure?
12  A.   Tenure?  Okay.  So in CIS, Thomas Ngo-Ye got
13       tenure.  Kakar got tenure.  K-A-K-A-R.  He
14       got tenure.  In accounting and finance, Kim
15       got tenure.  Thompson got tenure.  Four.
16       And I think on the third floor McNeal got
17       tenure.  So five of them.
18  Q.   McNeal?
19  A.   Uh-huh.
20  Q.   How many -- since you've been dean of the
21       college, how many have been denied tenure?
22  A.   Denied tenure?  Like Kim was denied tenure
23       for one year and he got tenure this year.

1   So his first application was denied by the
2   provost.  Now, the decision making is at the
3   provost level.  Most of our college
4   recommendations are getting split nowadays.
5   So Kim got denied one year, and then he got
6   promoted.  Thompson got tenure.  Ngo-Ye got
7   tenure.  McNeal got tenure.  And there was
8   one, Gittens, he was denied tenure this
9   year.  Gittens.
10  Q.   Spell that for the record.
11  A.   G-I-T-T-E-N-S.  He was a professor --
12       assistant professor of economics.
13  Q.   Any others since you've been dean that were
14       denied tenure?
15  A.   Not to my knowledge.
16  Q.   Other than Dr. Bell-Haynes?
17  A.   Yes.
18  Q.   How many African Americans have been denied
19       tenure in the college?
20  A.   African American?  Now, you know -- you
21       know, like Gittens is one who was denied,
22       but he was from the Caribbean.  You know,
23       and I don't know if you really care about,

1   you know, if you're African American or a
2   person who comes from, say, the Caribbean.
3   But he was one.
4   Q.   Any others?
5   A.   Her.
6   Q.   So two?
7   A.   Uh-huh.
8   Q.   What about Osman?
9   A.   Osman never applied for tenure.  No.
10  Q.   Is he still there?
11  A.   No.  He also bolted out.  He resigned.
12  Q.   What did he teach?
13  A.   Accounting.
14  Q.   Do you know why he never applied for tenure?
15  A.   Why he didn't apply?  Because I think, you
16       know, he didn't have the years, you know,
17       that -- that is required for applying for
18       tenure.
19  Q.   How many years are required before applying?
20  A.   I'd have to read the faculty handbook.  I
21       think it's five years, four or five.
22  Q.   All right.  Let's look at --
23  A.   You know, they come with the probationary

Page 46

1   track with number of years and then they say
2   I think --
3   Q.   Look at -- in that stack of documents right
4        there, there's going to be Number 2.
5   A.   Oh, yeah. Faculty handbook. Yeah.
6   Q.   All right. And this is Exhibit Number 2 to
7        Pettis' depo?
8   A.   Uh-huh. They have a nice sheet. You know,
9        we have another document called the -- which
10       has a sheet to it. They say how many years.
11       I'll have to read this.
12  Q.   Do you mean another policy? Is that what
13       you're saying?
14  A.   There's another book that goes in the --
15  Q.   Evaluation book?
16  A.   Yeah. Evaluation book. You know, at the
17       end they have that check list. And that
18       gives you --
19  Q.   Let's look at Exhibit Number 5 in that
20       stack. Is this what you're looking for?
21  A.   Yeah. Yes. And they have a check list.
22  Q.   And this is Exhibit 5 to Pettis' deposition.
23  A.   I don't see the list here. You know, they

Page 47

1   have a check list.
2   Q.   Let's see if I can help you.
3   A.   Sorry. You know, it's written here. I'll
4        have to find it. We are in the age of
5        computers. We do a search. Now in a
6        printed document, oh, my God, where is it?
7        I think fifth year, you know. The fourth or
8        fifth year. Finish fourth year and then --
9   Q.   Flip down to 3-10.
10  A.   3-10. Thank you. Thank you.
11  Q.   3.4 procedure for tenure review?
12  A.   Uh-huh.
13  Q.   -- while we're in here, under B, it says --
14  A.   Yes, ma'am.
15  Q.   In that section under B, tenure review --
16       let's see.
17  A.   They say after the sixth year you're
18       mandatory. You have to go to mandatory
19       review.
20  Q.   So let's look at B where the requirements
21       are. You have to have an overall
22       performance rating score of at least 3.0; is
23       that correct?

Page 48

1   A.   Uh-huh.
2   Q.   And has received a score of at least 2.0 on
3        any one of the items five, six, seven or
4        eight --
5   A.   Uh-huh.
6   Q.   -- in the research and creativity assessment
7        forms?
8   A.   Uh-huh.
9   Q.   Pages 77 through 81?
10  A.   Uh-huh.
11  Q.   That is referring back to Exhibit 5,
12       correct?
13  A.   Uh-huh.
14  Q.   All right. Somewhere it says. I think it's
15       four years.
16  A.   Four years.
17  Q.   You have to have at least four years.
18  A.   Fifth year you can apply. Yes, ma'am.
19       That's correct. That's what I recall.
20  Q.   I don't see it in the book, but it's --
21       somewhere it's in there.
22  A.   We need a computer for all of these.
23  Q.   Yes, we do. So the ranking forms that are

Page 49

1   in this book, Plaintiff's Exhibit 5 to
2   Mr. Pettis, those are the forms you use for
3   tenure and promotion?
4   A.   Yeah.
5   Q.   Are the criteria the same for promotion?
6        You have to score at least a 3.0 and obtain
7        a 2 on at least --
8   A.   Uh-huh. Uh-huh.
9   Q.   -- one of these items?
10  A.   Uh-huh.
11  Q.   So it's the same?
12  A.   Uh-huh. Yes. Yes. Sorry.
13  Q.   And then on each of the review processes
14       that --
15  A.   Yes, ma'am. Sorry.
16  Q.   They have directions on how you're supposed
17       to evaluate, correct?
18  A.   Yes. That's correct. Yeah.
19  Q.   And those directions are to be followed by
20       all the people evaluating?
21  A.   All the members of the committee. Yes.
22  Q.   Who selects the members of the committee?
23  A.   Members of the committee? It depends, you

1   know, like if you are tenured.  I told you
2   that the unit is -- you have a unit.  So the
3   -- all tenured faculty of the College of
4   Business are members, and the dean has the
5   choice of selecting one external reviewer,
6   one external which we generally select from
7   within the university.
8   Q.   All right.  So if someone applies for tenure
9   within the College of Business, it's all the
10  tenured faculty members, not just the
11  tenured out of their department?
12  A.   No.  All the --
13  Q.   All?
14  A.   All the departments.  All three departments.
15  Q.   And then the dean selects an external one?
16  A.   Yes, ma'am.
17  Q.   But that external candidate has to have
18  tenure, too, correct?
19  A.   Generally, you know, we select somebody who
20  is tenured, someone who is respected in the
21  institution, the rank of professor.  You
22  know, somebody who knows more than --
23  Q.   What is the role of the department chair in

1   the tenure process?
2   A.   You know, department -- you know, like it
3   depends.  In a tenure committee and all,
4   generally what we do is the senior most
5   member is assigned to be the chair.  The
6   chair has one vote like everybody else has.
7   You know, it's a single vote for faculty.
8   But we give the responsibility of compiling
9   the scores and all to the senior most
10  faculty within the college who is on the
11  committee.  And, you know, like the handbook
12  says that if the tenure of a person who is
13  getting tenured is a chair, then dean is the
14  automatic chair of the committee and he's
15  also a member of the committee.
16  Q.   Is the dean a member of the committee for
17  someone that's not a chair?
18  A.   No.
19  Q.   In the process, how are the individual
20  members supposed to score?
21  A.   You know, the process that we have, in the
22  College of Business is that the dossier
23  which basically consists of three year --

1   you know, two or three binders and is placed
2   in the dean's office.  So every faculty is
3   told that, you know, you should come alone
4   and see the dossier.  You can make any notes
5   you want to.  And then on the day of the --
6   you know, on the day that the committee
7   meets, they have to give their scores, you
8   know.  If they've done it in advance, that
9   also works.  But they write it at that
10  particular time.  That also works.  Every
11  faculty has one single vote.
12  Q.   Does the handbook require that people score
13  individually?
14  A.   Yes.  You know, that is -- you know, all of
15  these members are Ph.D.s.  They are supposed
16  to be -- they are -- you expect them to be
17  honest with the profession and take this
18  role very seriously.  In many universities
19  and all, the tenure process is anonymous.
20  You don't even know who is voting yes or no.
21  But here we have the entire document on why
22  a person has voted and what was his
23  reasoning.  And we have a more open system

1   than some of the other universities where
2   tenure is just by anonymous voting.  You
3   don't even know who is voting against or
4   for.
5   Q.   But at ASU it's open?
6   A.   You know, like the issue -- personally I
7   feel, okay, that the members of the -- of
8   the tenure and promotion committee should be
9   honest with the profession and not leak out
10  anything to the faculty.  But that does not
11  happen at ASU.
12  Q.   Are there any rules that prohibit it?
13  A.   No, it's not.  It's just ethics and
14  professional honesty.  No written rules that
15  prevent it.
16  Q.   But the discussions are only supposed to
17  take place in the tenure committee meeting
18  of the voting?
19  A.   You know, there are friends.  You know, you
20  don't control them.  But, you know, if you
21  are honest with the profession, you would
22  keep everything a secret to yourself.  You
23  know, we expect that.  It doesn't really

1   happen in practice.  I would not vouch for
2   that.
3   Q.   But under the process, each member of the
4   tenure review committee is supposed to
5   individually go review and score?
6   A.   Yes.
7   Q.   And they're not supposed to discuss their
8   scores until everyone is together meeting?
9   A.   That's correct.  Yes.  That is expected of
10   them.  You know, like as a professional
11   like, you know, when you -- I don't know,
12   you know.
13   Q.   But that's in the rules, isn't it?  There's
14   no discussion --
15   A.   No.
16   Q.   -- of the scoring until the actual committee
17   meeting?
18   A.   That is very clearly, you know, ingrained in
19   all faculty members that it's supposed to be
20   confidential.  It's not supposed to be
21   leaked out to the person who was being
22   reviewed and things of that sort.
23        MS. JONES:  Can we take a break right

1   here, Candis?
2        MS. McGOWAN:  Sure.
3        MS. JONES:  Thank you.
4        (Brief recess)
5   Q.   So we were talking about the process.  On
6   the -- since you have been dean, have the
7   only tenure review committees you've served
8   on are ones where it was a department chair
9   being considered?
10   A.   Yes.
11   Q.   And what is the role that the dean serves if
12   you're not doing a department chair, if it
13   was just a faculty member?  What is the role
14   of the dean in the process?
15   A.   Can you repeat it?  I didn't get that.  I'm
16   sorry.
17   Q.   On the tenure review process, if it's not --
18   if the person going up for tenure is not a
19   department chair, what is the role of the
20   dean in the process?
21   A.   You know, the committee makes a
22   recommendation to the dean.  The dean then,
23   you know, looks at the recommendation and

1   then makes a recommendation to the provost.
2   And I think the provost makes a decision and
3   then the president approves it.  That is how
4   it works.
5   Q.   Provost makes a recommendation to the
6   president?
7   A.   I think so.  That is my understanding of the
8   system.
9   Q.   Since you have been the dean of COBA, have
10   any of your recommendations on whether to
11   grant tenure or not grant tenure, have any
12   of your recommendations been overruled by
13   the provost?
14   A.   Yes.
15   Q.   How many?
16   A.   You know, there were two cases, both of them
17   split decisions coming from the committee.
18   And -- and what I recommended, he did not
19   accept my recommendation.
20   Q.   Was it on tenure or promotion?
21   A.   One on promotion.  One on tenure.
22   Q.   What was your recommendation on the
23   promotion that he did not accept?

1   A.   It was a split decision.  I had one feeling
2   and he saw the committee.  And he makes --
3   he's the final authority.
4   Q.   But did you recommend against promotion or
5   for promotion?
6   A.   Against.
7   Q.   And did the provost grant the promotion?
8   A.   Yes.  And, you know, I just make a
9   recommendation.  You know, I don't decide
10   whether a person gets promotion otherwise.
11   Q.   And was this person already -- were they
12   already tenured?
13   A.   No.
14   Q.   What department were they in?
15   A.   My recollection is business administration.
16   Q.   Who was this individual?
17   A.   It was I think Dr. Bell-Haynes.
18   Q.   All right.  And then you said on tenure
19   there was one for tenure?
20   A.   Yes.
21   Q.   Did you recommend for tenure or against?
22   A.   I recommended for tenure.
23   Q.   And the provost decided against tenure?

1  A.  Uh-huh.

2  Q.  Who was this individual?

3  A.  His name is Dr. Kim.

4  Q.  Kim, K-I-M?

5  A.  Uh-huh.  Yes, ma'am.

6  Q.  This was -- is this the same Dr. Kim that

7      just got tenure?

8  A.  (Witness nodding head in the affirmative.)

9  Q.  So the first time he was denied?

10 A.  He was denied.

11 Q.  Do you know why he was denied the first

12     time?

13 A.  It was a split verdict.

14 Q.  Do you know what the concern was?

15 A.  The concern that I noticed when the

16     committee sent the recommendation to me

17     was -- was about -- about -- you know, like

18     every faculty has to select some weights for

19     each item.  So the weights were not properly

20     handled by the committee.  That is what I

21     felt, and I wrote that in that.

22 Q.  When you say weights not properly handled,

23     what do you mean by that?

1  A.  You know, like what happens, if you look at

2      that document where you have all those

3      forms, the faculty member who is going for

4      tenure or promotion has to select the items

5      that he wants evaluated.  And each item has

6      a certain amount of weight.  So, you know,

7      that was an issue, the weight.

8  Q.  So you didn't think the weights were

9      adjusted?

10 A.  I thought that they were not properly done.

11 Q.  Who determined the weights?

12 A.  The faculty member.

13 Q.  Did you -- but you recommended tenure and

14     the provost said no for this person, right?

15 A.  He doesn't write to me.  You know, I make a

16     recommendation and then the only thing I

17     have from the provost is when a final

18     decision is made.  So when Dr. Kim got

19     denied tenure, a copy came to me.  That is

20     the end of the story.

21 Q.  Did you think -- when you said this was a

22     split decision, did you think that his

23     weights should have been done different

1      numbers, or what was your problem with the

2      weights?  I'm sorry.

3  A.  You know, like it came from the committee.

4      The committee reviewed it.  I had -- I went

5      to the committee report, and I felt that,

6      you know, what was being done was -- was

7      what I felt was not correct.  That's what I

8      wrote to the provost.

9  Q.  So you didn't think the committee had

10     correctly weighted?

11 A.  The committee, yeah.  I mentioned something.

12     I don't really remember.  But I know that I

13     recommended that he be granted tenure and he

14     was not.  You know, but he was not in his

15     terminal year.

16 Q.  What is the policy if someone starts in

17     January?  Does that count?  Does

18     their tenure start running then?

19 A.  I'll defer that to the HR and to the

20     provost.  There are not clear guidelines on

21     that.

22 Q.  When Dr. Bell-Haynes applied the first time

23     for tenure, she had four and a half years,

1      correct, of experience?

2  A.  I cannot -- I don't have the data in front

3      of me.  She's been here for a long time.

4      You could verify that.

5  Q.  Dr. Bell-Haynes was hired on the tenure

6      track in January of 2014, correct, as an

7      assistant professor?

8  A.  2014.  Yeah.  Could be.  I don't -- the date

9      should be with you.

10 Q.  And when -- whose responsibility is it when

11     someone is hired as an assistant professor

12     to make sure they're properly credentialed?

13 A.  At that time we didn't have a process in

14     place, but now we have.  We have a very

15     strict credentialing process now.  Like

16     every course, every faculty has to be

17     matched.

18 Q.  And that started in around 2018?

19 A.  You know, I would not know the date, but I

20     know when Dr. Pettis came to the provost

21     office, she was the one who actually started

22     that.  I think, you know, we actually did it

23     for the SACS, you know, reaffirmation and

Page 62

1   during all that process and all.  It was
2   taken very seriously.  Every faculty had to
3   be credentialed.  The dean had to recommend
4   and then the committee had to approve.  And
5   there were a lot of hard ones because in the
6   university, a person could be teaching a
7   long time and they were not credentialed.
8  Q.   And what happened to those individuals?
9  A.   They got some different classes.
10 Q.   They got assigned different classes?
11 A.   (Witness nodding head in the affirmative.)
12      Now it's really strict.  Before you hire
13      somebody, they have to be credentialed.
14 Q.   So if you were -- after the new process went
15      in for the SACS, if you were still teaching
16      the same classes, you were determined
17      credentialed and qualified to teach those
18      classes?
19 A.   You had to do that process all over again,
20      you know, in the beginning of 2018.  So once
21      you are credentialed, it's there forever.
22      So, you know, we have a system where the
23      faculty and the course are matched.

Page 63

1  Q.   When you were doing the SACS credentialing,
2       did you have to submit information from the
3       college on each of the faculty members?
4  A.   (Witness nodding head in the affirmative.)
5  Q.   What was your process in that role?
6  A.   I had to initiate it.  You know, we have to
7       give them the transcript and their degree in
8       their discipline.  And then they were
9       credentialed for teaching.  At that time we
10      didn't have a strong graduate program.  So
11      undergraduate, it's eighteen hours of
12      graduate course work to teach that.  We had
13      to document.
14 Q.   Did you look at what research they were
15      doing?  Was that part of the process?
16 A.   No.  It was based purely on your academics.
17 Q.   When you were the department chair before
18      you became dean and new faculty members were
19      being brought in, was there a meeting with
20      the dean and the faculty members and COBA to
21      discuss the new faculty members and what
22      their salary would be?
23 A.   Yeah.

Page 64

1  Q.   Did you ever have any objection to salaries
2       being offered to new professors coming in?
3  A.   The salary has been a big issue even now
4       because of what the market wants and what
5       our university is willing to pay.  There's
6       no match.  We're losing a lot of faculty who
7       want to come here, and we can't match their
8       salary expectations.
9  Q.   But back when you were the dean -- not the
10      dean but the department chair and Booth was
11      the dean, did you ever object to paying
12      faculty members thinking it was too high and
13      they should be offered less money?
14 A.   No.  You know, at that time what was
15      recommended was generally approved.  And I
16      would always give them salary that the
17      market demanded of them.  And many times
18      they were higher than my salary, also.
19      Because I believe in the -- in the long-term
20      route of ASU.  And, you know, they were just
21      somebody here for a short time.
22 Q.   Do you recall when Dr. Sara Kiser was hired
23      in?  You were a department chair and Dean

Page 65

1       Booth was the dean.
2  A.   Uh-huh.  Yes.
3  Q.   Do you recall objecting to her salary being
4       too high and needing to be lower because she
5       would have been making more than some of the
6       males in the CIS department?
7  A.   No.  I don't recall anything like that.  I
8       have had no objections on salaries.
9  Q.   On the one individual in which you
10      recommended that they get tenure, Dr. Kim,
11      and the provost recommended no tenure, was
12      Dr. Bell-Haynes still at the college or had
13      she already left?
14 A.   I think you were not there.
15 Q.   Prior to this one individual for which you
16      had recommended they get tenure, were you
17      aware of any other professor coming out of
18      the College of Business since you've been
19      employed with ASU that had been denied
20      tenure when the dean of the college had
21      recommended it?
22 A.   You know, that is -- that is -- you know,
23      the provost is the final decision maker.  We

Page 66

1  are just making a recommendation.  So if the
2  provost decides otherwise, it does not hurt
3  me at all.
4  Q.   I'm just asking were you aware of it?
5  A.   No.
6  Q.   Are you aware of -- other than dealing with
7      Dr. Bell-Haynes' promotion, are you aware
8      since you've been employed at AEA -- I mean
9      I'm sorry -- ASU, at ASU, are you aware of
10     any other employee in which the college dean
11     had not recommended tenure where the provost
12     overruled the decision and granted tenure?
13 A.   I don't think so.  I don't remember any such
14     case.  No.
15 Q.   Did you receive -- have you ever received
16     any training on discrimination laws?
17 A.   Yeah.  We have to -- you know, like with the
18     new HR and all, they forced us into a lot of
19     training.  When the new organization came
20     into force, we were told -- we had a lot of
21     work shops.  We were trained.  We have been
22     trained.
23 Q.   Have you had any training other than the

Page 67

1      work shops that ASU has provided?
2  A.   Outside, no.
3  Q.   And do you know about when this took place?
4  A.   I would not be able to recollect it.
5  Q.   Do you know if it's been within the last ten
6      years?
7  A.   Oh, no.  Shorter than that.  Last five or
8      six.
9  Q.   Last five or six years?
10 A.   Uh-huh.
11 Q.   Can someone apply for a promotion and not
12     apply for tenure?
13 A.   Yes.
14 Q.   Can someone apply for tenure and not apply
15     for promotion?
16 A.   Yes.
17 Q.   Currently in the College of Business, do you
18     have any full-time faculty that are not on
19     the tenure track?
20 A.   Full-time, yes.  Many of them.  Like they
21     don't have a terminal degree.  So they are
22     instructors, most of them.  I think
23     all except one.  So we have Bradford who was

Page 68

1      classified -- was classified as assistant
2      professor.  She does not have a terminal
3      degree.  But that is because of some past.
4      You know, with her degree today, if you have
5      to employ her at ASU, she would be an
6      instructor because she does not have a
7      terminal degree.  And then we have Kim
8      Smith, Hardy, Michelle Johnson that they
9      don't have terminal degrees and they are
10     instructors on temporary contracts.
11 Q.   So Kim Smith.  Is it Charles Hardy?
12 A.   Charlie Hardy.
13 Q.   Charlie Hardy.  And who is Johnson?
14 A.   Michelle Johnson.  And even now, you know,
15     like tenure track, Zaino is not on tenure
16     track.
17 Q.   Who is not?
18 A.   Zaino.  The professor in marketing, Zaino,
19     who is a temporary employee, he has a Ph.D.
20 Q.   But he's not on tenure track?
21 A.   No.
22 Q.   So -- but let me back up just a second.  So
23     Kim Smith, Charlie Hardy and Michelle

Page 69

1      Johnson are full-time instructors not on
2      tenure track?
3  A.   Uh-huh.  And same as with Bradford who is an
4      assistant professor.  She is not an
5      instructor, but she is not on -- she's also
6      on a temporary contract.  And then Dr. Zaino
7      also is on temporary contract.
8  Q.   Zaino, spell that.
9  A.   Z-A-I-N-O.  Z-A-I-N-O.
10 Q.   All right.  So Bradford is an assistant
11     professor not on a tenure track?
12 A.   Uh-huh.
13 Q.   I thought an assistant professor had to be
14     on a tenure track?
15 A.   Historical reasoning.  She cannot -- if
16     she -- you know, she does not have a
17     terminal degree.  She just has a Master's
18     and a CPA.  So, you know, she does not -- if
19     we have to hire her today, she would be an
20     instructor.
21 Q.   And Zaino?
22 A.   Zaino is a -- has a Ph.D. in marketing.  And
23     when they hired him, he was put under

Page 70

1  temporary contract. At that time, you know,
2  the provost allowed it. Now we don't do
3  that anymore.
4  Q.   But he's under -- so he's an instructor
5  under --
6  A.   No. He's an associate professor.
7  Q.   Associate under --
8  A.   On a temporary contract. A temporary
9  contract has no tenure requirements.
10 Q.   Do you know when Bradford was hired?
11 A.   She had been here before me, before '95.
12 Q.   What about Zaino?
13 A.   Zaino I think was -- has been here for --
14 since 2014 or maybe 2013, something like
15 that.
16 Q.   When the university went through the
17 re-credentialing, did you have to sign off
18 on what was submitted for the College of
19 Business regarding your faculty and their
20 credentials?
21 A.   Yeah. The college -- only the dean had to
22 sign. Nobody else. It was initiated with
23 the dean and went to the provost office and

Page 71

1  then they credentialed every faculty. I
2  think it was a part of the SACS
3  reaffirmation.
4  Q.   So each faculty member didn't have to sign
5  off? It was just the deans?
6  A.   The first initial was the deans. Even the
7  department chair had no --
8  Q.   And that went to the Department of Academic
9  Affairs?
10 A.   The provost office as we call it. Provost,
11 the vice president of -- you know, either we
12 call them provost or the vice president for
13 academic affairs. Now we have one provost,
14 one associate provost and one assistant
15 provost. Three people. They were only one.
16 Q.   And earlier we marked in as Exhibit Number 2
17 what was represented to your deposition as
18 files that are maintained -- I'm sorry.
19 Exhibit 3. I apologize.
20 A.   Yeah. Yeah.
21 Q.   -- Exhibit 3 which were files maintained in
22 the College of Business. Are you aware, is
23 there a -- are there other files kept on

Page 72

1  faculty members?
2  A.   You know, there's a file for every faculty
3  in the dean's office. But, you know,
4  because a lot of work is being done through
5  E-mails nowadays, you know, we don't move
6  paper as much as we do on using E-mail. So
7  some of the printed documents are not there.
8  If you ask me for a printed document on
9  faculty, you'll not find it, you know,
10 because most of this hiring process and all,
11 everything to the provost office is now done
12 through E-mail and not hard copies.
13 Q.   So if you're making a hiring request for a
14 new employee, you do it all electronically?
15 A.   Through an E-mail. Yeah. You know, we have
16 PDF documents. I sign it. And you might
17 find a better record in my E-mail than maybe
18 on files.
19 Q.   Has anyone asked you to go through your
20 E-mails to search for any information on
21 Dr. Bell-Haynes?
22 A.   No. No one.
23 Q.   Have you done any search on your E-mails for

Page 73

1  any information regarding Dr. Bell-Haynes?
2  A.   No. There's been no case for -- no need for
3  doing anything like that. Yesterday was the
4  first time when we did this. I said I'm not
5  aware of this faculty grievance. So I said
6  let me see in my E-mail.
7  Q.   When you were looking for that faculty
8  grievance, did you find anything else on
9  Dr. Bell-Haynes?
10 A.   I just did faculty grievance as my search.
11 I didn't write Dr. Bell in. You know, I had
12 the recollection that I had not seen
13 anything, and then I came across this. And
14 I -- I told --
15      MS. JONES: Don't talk about what we
16 talked about.
17      THE WITNESS: Okay. Sorry.
18 A.   Yes. This is the -- she's put it on record.
19 Q.   You're pointing to Exhibit Number 2?
20 A.   Uh-huh.
21 Q.   And you just -- when you went in your
22 E-mails and searched, you just put in the
23 search term faculty grievance?

19 (Pages 70 - 73)

Page 74

1   A.   (Witness nodding head in the affirmative.)
2   Q.   You didn't put in Bell-Haynes or Janel?
3   A.   No.
4   Q.   Do you know how many women have applied for
5        tenure in the College of Business in the
6        last ten years?
7   A.   You know, like Kiser was one I remember.
8        Prater.  That's two.  And they were granted
9        tenure.  Dr. Bell-Haynes applied for tenure.
10       And I think that is all.  And previously
11       there was one, an African American when
12       Dr. Vaughn was the -- was the dean.  I
13       remember her.  Dr. Zata (phonetic) was the
14       name.  She was denied tenure then.
15  Q.   That was when who was dean?
16  A.   Dr. Vaughn.  Percy Vaughn.
17  Q.   That was a long time when Dr. Vaughn was
18       there?
19  A.   (Witness nodding head in the affirmative.)
20  Q.   When Dr. Kiser applied for tenure, was
21       Dr. Booth still the --
22  A.   Yes.
23  Q.   -- dean?  When Prater applied for tenure,

Page 75

1        was Dr. Booth the dean or you?
2   A.   No.  I think it was Dr. Vaughn --
3   Q.   Dr. Vaughn.
4   A.   -- if I remember correctly.
5   Q.   Did Dr. Bell-Haynes ever come to you and
6        make any complaints about anything she
7        thought was discriminatory within the
8        college?
9            MS. JONES:  Object to the form.
10  A.   I don't remember anything like that.
11  Q.   Did Dr. Bell-Haynes ever tell you that she
12       thought comments you may have made about the
13       students were not appropriate?
14  A.   No.  I don't remember that.
15  Q.   Did you and Dr. Bell-Haynes ever have any
16       difference of opinions on teaching methods
17       for students?
18  A.   When I was the dean?
19  Q.   Yes.
20  A.   No.
21  Q.   When you were department chair?
22  A.   We were independent.  So we didn't talk
23       about teaching philosophy and things of that

Page 76

1        sort.
2   Q.   When you were dean, did you and
3        Dr. Bell-Haynes have any conflicts about
4        anything?
5   A.   Nothing out of the ordinary.  You know, we
6        work as colleagues.  So nothing that sticks
7        out.  No.
8   Q.   Did you and Dr. Bell-Haynes ever discuss the
9        ability of the black students to learn?
10  A.   We are an HBCU.  That can never be discussed
11       when I'm the dean and when I'm around.  We
12       serve the African American population.  I
13       have been working here for more than
14       twenty-seven years.  I don't understand the
15       context of discussion.
16  Q.   Did you ever discuss the difference of
17       opinion in how you should instruct the black
18       students?
19  A.   No.
20  Q.   Did you ever make a comment that some of
21       these students will just end up being
22       security guards somewhere?
23  A.   No.  You know, when I'm the dean, I would

Page 77

1        like my students to get jobs that
2        commensurate with the degree that we award
3        them.  So, you know, if you are -- if you
4        are looking at, you know, working as a
5        security guard, the issue is with us.  Why
6        would I say anything like that?
7   Q.   Did you ever have any issues with
8        Dr. Bell-Haynes' job performance?
9   A.   No.
10  Q.   Did you have any issues with Dr. Bell's
11       terminal degree?
12  A.   That -- that is -- that became a contention,
13       you know, when we went for that tenure and
14       all.  A majority of us felt or the majority
15       of the committee felt that her terminal
16       degree was not in a teaching discipline, and
17       that is the crux of the problem.
18  Q.   But she was already credentialed through
19       SACS in the credentialing program, correct?
20  A.   You see, I told you that you could be
21       credentialed with eighteen hours of
22       marketing to teach marketing classes.  You
23       know, your terminal degree for tenure is a

Page 78

1   separate issue altogether.
2   Q.   Were you aware she received a post doctorate
3        Bridge degree?
4   A.   I know that.  You know, yeah.  I know that.
5        And Dr. Booth who was the dean also had that
6        same qualification.  And for record and all,
7        she was employed as an instructor and not as
8        -- on tenure track.  And she had a lot of
9        experience.  But she was an instructor.
10  Q.   So you didn't think that Dr. Bell-Haynes
11       held the correct degree?
12  A.   In the tenure committee --
13  Q.   I'm asking you.  You personally?
14  A.   There was no need.  She was hired as
15       assistant professor.  So she was on tenure
16       track.  Like I knew that.  So I cannot -- I
17       had -- there was no issues that I had to
18       deal with.  A decision was made before me.
19  Q.   But when you were on the hiring committee,
20       did you raise that issue when she was hired?
21  A.   No.
22  Q.   Are you aware that there was some concern
23       that Dr. Carr didn't have the appropriate

Page 79

1        degree in his teaching area?
2   A.   Yes, ma'am.  Dr. Prater and all wrote a lot
3        of E-mails to me.  And although she was from
4        University of Alabama, she -- I was
5        surprised that she did not understand how
6        University of Alabama worked.  You know, in
7        the College of Business, you have a
8        management department.  So like me, also, if
9        you look at my degree and all, it says I am
10       a Ph.D. in management, not a Ph.D. in MIS.
11       But my transcript will tell you MIS.  So he
12       also has got a degree Ph.D. in management.
13       But, you know -- and he -- he -- I have got
14       an E-mail on record from the associate dean
15       of the College of Business at University of
16       Alabama that his concentration is in MIS.
17  Q.   And that was from whom?
18  A.   From the associate dean in the College of
19       Business there at that time.  Dr. Prater was
20       writing a lot of E-mails to me questioning
21       -- questioning -- questioning credentialing.
22       And -- I -- I -- that E-mail was sent back to her
23       and then it stopped.  And Dr. Kakar is a

Page 80

1        Tier 1 researcher in the field of MIS.
2   Q.   MIS, for the record, what is that?
3   A.   You know, like -- you know, if you look at
4        the history and all, you know, like history
5        of MIS, it became a part of business school.
6        You know, we used to use the language called
7        COBOL.  So when it was COBOL and all, then
8        the COBOL was not taught in sciences.  So
9        the COBOL became a mainstay in business.  So
10       the MIS department started in the College of
11       Business.  So now, you know, people have --
12       you know, COBOL, nobody uses COBOL.  So MIS
13       is still, you know, a really important
14       discipline in College of Business.
15  Q.   But for the record, that's management
16       information systems?
17  A.   Yes, ma'am.
18  Q.   And management information system is
19       different from an operation system, correct?
20  A.   Yes, ma'am.  Operating -- operations
21       management.
22  Q.   Operations management is different from
23       management information system?

Page 81

1   A.   Uh-huh.  That's correct.  So if you look at
2        Auburn University, they offer Ph.D. in two
3        areas of management.  One is MIS and one is
4        management organizational behavior.
5   Q.   And the organizational behavior, is that
6        more along the lines of operations?
7   A.   That's separate.  You know, they don't have
8        a -- you know, operation management because
9        of the math skills of our students in
10       America and all, that operation management
11       is dying down and they replace with
12       something called supply chain management,
13       making it a little less mathematical.  So if
14       you look at most College of Business, the
15       operation management which was a very
16       mathematical discipline and all is now being
17       replaced with supply chain management.  If
18       you go to the Auburn website, you will not
19       see operations management.  You will see
20       supply chain management.  They're evolving.
21  Q.   Were you involved any in the decision to
22       give Dr. Bell-Haynes the terminal contract?
23  A.   No, ma'am.  No.  Every -- you know, the dean

Page 82

1 ends at making a recommendation. And then
2 it is -- it is in the provost office. We
3 don't get any communication from the provost
4 and our role ends there. And, you know,
5 that is the way the system works.
6 Q.   Were you aware that Dr. Bell-Haynes filed a
7 grievance with the faculty grievance
8 committee over being awarded a terminal
9 contract?
10 A.   Not really. No. I didn't remember that.
11 No. But then there was an E-mail in my
12 account yesterday, and I realized that I was
13 aware.
14 Q.   There was an E-mail what?
15 A.   Yesterday this -- this exhibit here, that I
16 was aware of it.
17 Q.   All right. Is that exhibit relating to the
18 terminal contract grievance or the denial --
19 A.   No. There was a grievance committee
20 meeting. That is all. And they asked me
21 two questions, and I answered them. That's
22 all. I have -- I had no -- I have no
23 indication on what is the grievance. That

Page 83

1 was not -- I never got a copy of the
2 grievance.
3 Q.   Did you ask the -- who asked for the E-mail
4 from the department chair or the dean? Who
5 sent you the E-mail about Dr. Kakar's
6 degree?
7 A.   Dr. Prater.
8 Q.   Okay. But you got it from the University of
9 Alabama. Who did you get the E-mail from?
10 A.   Associate dean at that time of the College
11 of Business Administration. If you want, I
12 can --
13 Q.   Did you ask -- did you ask for the E-mail?
14 A.   I did.
15 Q.   And at the time, were you the dean of the
16 college?
17 A.   Uh-huh. Yes, ma'am. Yeah.
18 Q.   Did you ask for the University of Florida to
19 provide any information about -- such as
20 you'd asked for for Dr. Kakar for
21 Dr. Bell-Haynes' Bridge degree?
22 A.   Bridge -- it's Bridge certificate. It's not
23 a degree. It's a Bridge certificate. I

Page 84

1 know enough of that. You know, it's
2 documented everywhere.
3 Q.   But you didn't ask for any --
4 A.   There was no need to.
5 Q.   Was there any discussion from you with
6 anyone that Dr. Bell-Haynes was being sent a
7 terminal degree -- terminal contract?
8 A.   The only -- you know, the system, the way we
9 make a recommendation, the promotion tenure
10 decision is to be awarded by the Board of
11 Trustees. It is announced there, you know,
12 if a person has been granted tenure or
13 promotion. If your name is not on the -- on
14 the list, you know, it's presumed that
15 you're not. And if it's your terminal year,
16 then it's a terminal contract.
17 Q.   But my question is did anyone have any
18 discussions with you about it?
19 A.   Oh, no. No. No.
20 Q.   Did you ever receive any complaints from
21 anyone about Dr. Bell's job performance?
22 A.   No.
23 Q.   Who had the ultimate -- well, you didn't

Page 85

1 know because you weren't involved. Who
2 assumed Dr. Bell-Haynes' teaching duties
3 after she left the university?
4 A.   After she left the university, you know, we
5 worked through adjuncts. We had one adjunct
6 from Southeast Louisiana. Got a lot of
7 complaints. Then we hired an adjunct from
8 University of -- University of NC -- North
9 Carolina Central University. He taught
10 three classes adjunct. And a lot of misery.
11 Now we have -- we have tried to balance it.
12 We are trying to get rid of adjuncts. So it
13 has been a problem, you know.
14 Q.   So since she left ASU, her classes are being
15 taught by adjuncts?
16 A.   Uh-huh.
17 Q.   Were you aware in her resignation letter
18 that she offered to serve as an adjunct
19 instructor for ASU?
20 A.   No. I was not aware.
21 Q.   Would you be opposed to Dr. Bell-Haynes
22 serving as an adjunct?
23 A.   I think the provost will not allow it.

22 (Pages 82 - 85)

1  Q.  Why do you think that?
2  A.  That is my feeling.
3  Q.  Based on what?
4  A.  You know, we have worked together, like
5      Dr. Pettis and I for many years.  Many, many
6      years we were together at ASU.  And that is
7      what I feel would happen.
8  Q.  Has he told you he didn't want Dr. Bell
9      teaching?
10 A.  You know, the issue is once you're given a
11     terminal contract and all, you generally
12     would not hire faculty back.
13 Q.  But they're eligible for rehire within the
14     university?
15 A.  But there's no precedent.  Like if there's a
16     precedent, you know, in most common
17     organizations including schools like us, we
18     look for a precedent.  If there's no
19     precedent, then we don't -- we don't go
20     there at all.
21 Q.  Do you think Dr. Bell-Haynes is qualified to
22     be an adjunct?
23 A.  For marketing?

1  Q.  Yes.
2  A.  I think so.  Yeah.
3  Q.  And you think the only reason she wouldn't
4      be allowed to be an adjunct is the provost
5      wouldn't allow it?
6  A.  No.  Because we don't -- you know, besides
7      the provost and all, we don't have a
8      precedent of somebody who has been given a
9      terminal contract to come back and teach for
10     us.  There would be a lot of issues.
11 Q.  What kind of issues?
12 A.  I don't know.  But, you know, I generally --
13     you know, I worked in government for years
14     and years.  We looked for precedent.  If
15     there is no precedent, we don't go there.
16 Q.  Who took over Dr. Bell's duties as
17     department chair?
18 A.  I'm the acting chair since she left.
19 Q.  Are there any department chairs currently in
20     the department -- I mean in the College of
21     Business?
22 A.  Yeah.  The accounting and finance has a
23     chair and the CIS has a chair.

1  Q.  They're acting chairs, right?
2  A.  Uh-huh.
3         MS. JONES:  Say yes.
4  Q.  I thought one was open.
5  A.  Yeah.  Yeah.  Both of them are acting
6      chairs.
7  Q.  Have you ever posted the position of
8      department chair since you've been dean?
9  A.  We posted the position of the department
10     chair of business administration.
11 Q.  And did that posting for the department
12     chair include also being a professor?
13 A.  Yeah.  Department chair including sort of a
14     professor in marketing.  You know,
15     different -- it would be like an associate
16     professor in marketing.
17 Q.  Was an offer made to anyone for that
18     position?
19 A.  No.  We did not get anybody who was
20     qualified for that or who had a marketing
21     degree and would meet the requirements of a
22     chair.  No.
23 Q.  Did you serve any -- does the department

1      chair have to be someone in marketing, or
2      could it be in one of the other areas?
3  A.  You know, the -- it was something we could
4      not resolve because of budgetary issues.  It
5      was tied to Janel Bell's position.  You
6      know, bureaucratic hurdles.  These positions
7      have to be tied together.  The chair has to
8      be tied with that marketing position we had.
9  Q.  Are you aware in other universities that
10     department chairs are selected by faculty
11     members?
12 A.  Yeah.
13 Q.  With the dean recommending it --
14 A.  Yeah.
15 Q.  -- from just the internal people?
16 A.  Generally, you know, most of the schools and
17     all, the Tier 1 schools and all, the chairs
18     are on rotation.  You know, they rotate.
19     But we don't have that.  I wish we had that.
20 Q.  Were you a member of Dr. Bell-Haynes' tenure
21     review committee both times she applied for
22     tenure?
23 A.  Yes, ma'am.  Yeah.

Page 90

1  Q.   Were you the chair both times?
2  A.   Yes, ma'am.
3  Q.   When Dr. Kim did not get tenure the first
4        time, did you have any discussions with him
5        about what he needed to do to improve
6        his dossier?
7  A.   Yes.  Yes.  You know, if it is -- it is --
8        it is -- you know -- you know, you have to
9        talk to faculty.
10 Q.   All right.  Did you go to him or did he come
11       to you?
12 A.   I don't remember.  It could be with me.  I
13       generally don't go to the offices of -- you
14       know, we had COVID and all.  So, you know,
15       that whole -- I don't remember did I call
16       him or he call me.  I would not -- it could
17       be either way.  But --
18 Q.   And what did you tell him?
19 A.   I told him, you know, like, you know, it's
20       impossible to hire accounting.  I just told
21       him you should have one more year to go.  So
22       just apply again.  Talk to your department
23       chair, and he'll tell you what -- what

Page 91

1        the -- what the shortfall is, you know.
2        Because hiring accounting faculty is very
3        difficult.
4  Q.   And how did you know this shortfall?
5  A.   I don't -- I didn't know.  I
6        didn't -- you know, I'm not supposed to do
7        that.  I'm, you know, the committee.  The
8        department chair is the guy who is supposed
9        to do that for him.
10 Q.   So the department chair -- was the
11       department chair the person that is supposed
12       to let someone that applied for tenure know
13       what their shortfalls were?
14 A.   Uh-huh.
15 Q.   What if the person that is applying for
16       tenure is the department chair?  Who is
17       supposed to let that person know the
18       shortfalls?
19 A.   The dean.  The dean.
20 Q.   In Dr. Bell's first application for tenure,
21       did you tell her what her shortfalls were?
22 A.   Personally, no.
23 Q.   Why not?

Page 92

1  A.   I had a feeling that she knew the reasons.
2  Q.   And why did you have that feeling?
3  A.   Because there were, you know, like -- that
4        was my personal feeling, that, you know, the
5        dispute or the disputed items, she was aware
6        of that.
7  Q.   But it was your role as dean to tell her
8        what her shortfalls were?
9  A.   You know, you're talking in terms of
10       shortfall, if there are ways of correcting
11       it.  So if the dispute is on a terminal
12       degree which cannot be corrected, it's of no
13       purpose talking to somebody.
14 Q.   Well, could the purpose have been to explain
15       to her that she would never get tenure based
16       on that degree and so maybe she should start
17       looking for employment elsewhere?
18 A.   That could happen.  Yeah.  But I did not do
19       that.
20 Q.   But you didn't do that, did you?
21 A.   No.
22 Q.   In the second or first grievance review of
23       Dr. Bell-Haynes, did anyone tell you they

Page 93

1        were going to record the meeting?
2  A.   No.
3  Q.   Did -- no one said we're going to record
4        this?
5  A.   (Witness shaking head in the negative.)
6  Q.   Did anyone say we're going to make notes of
7        this?
8  A.   No.  No.  No.
9  Q.   In the second review process, did anyone
10       complain about individual faculty members
11       scoring together instead of individually?
12 A.   Not in the meeting.  We have a meeting and
13       all, and I was the chair.  Nobody said
14       anything like that.
15 Q.   In the first meeting did anyone make any
16       complaints about the members scoring
17       together instead of separately?
18 A.   No.
19 Q.   That was not raised as an issue?
20 A.   No.
21 Q.   In any of the -- either of the two, the
22       first or second tenure review commission,
23       did you observe anybody making notes?

24 (Pages 90 - 93)

Page 94

1   A.   You know, faculty and all, recording their
2        scores and all, that's never -- I never
3        assumed anybody was taking down notes.  No.
4   Q.   Did you see anybody with a note pad writing
5        notes?
6   A.   Unh-unh.  No.  I didn't see anything like
7        that.  I was worried on like the discussion
8        and this course coming back to me.  As the
9        chair, my role was to compile the scores and
10       make sure that the decorum of the meeting
11       was maintained.
12  Q.   Do you recall there being any disagreements
13       in the first faculty review?
14  A.   I don't remember what actually happened, but
15       you know, when you have a split decision,
16       there is -- you know, there is a level of
17       contentiousness in the meeting.  I don't
18       remember.  I don't recall.  But, you know,
19       that was -- that was -- it was hotly debated
20       about --
21  Q.   About what?
22  A.   About that terminal degree and all, because
23       some of them felt that it's okay and some of

Page 95

1        them, majority felt it was not okay.
2   Q.   Was that in the first or second?
3   A.   Both.  Both.
4   Q.   Was there anything else discussed?
5   A.   Nothing.  Nothing.  You know, like after the
6        first committee and all, I overheard that --
7        you know, nobody made it formally to me that
8        there were too many international faculty.
9        So they were on -- who I could control.
10       They were external evaluators.  But the next
11       time around, I made sure that the external
12       evaluator was African American.  So to that
13       extent, you know, that decision making which
14       is available to me, in the next round, I
15       made sure that we -- the guy who was in the
16       first committee and for somebody who was
17       good professor, tenured.
18  Q.   Who was --
19  A.   African American.
20  Q.   Who was that?
21  A.   Nikki Robinson.  That is -- nobody actually
22       told me.  But, you know, I don't know.  I
23       must have overheard.  And I said if that is

Page 96

1        an issue, we can correct it.
2   Q.   When you say you overheard there were too
3        many international faculty members, who did
4        you hear saying that?
5   A.   I don't remember, but I had a feeling that
6        that was what the contention.  Some
7        people are --
8   Q.   When you say some people, did
9        Dr. Bell-Haynes complain to you?
10  A.   That was nothing.  No complaint.  We have
11       not discussed any of that.
12  Q.   What about Dr. Prater?  Did she say
13       anything?
14  A.   Nothing.  No.
15  Q.   Dr. Kiser?
16  A.   No.
17  Q.   Anyone else in the department?
18  A.   No one.  You know, we didn't discuss this at
19       all.  But, you know, like in the back of
20       your head, I had that feeling.  I said I
21       need to correct it in the second round.
22  Q.   In the College of Business, are the number
23       of faculty or number of tenured faculty

Page 97

1        members, is it a greater number of
2        international faculty than it is non?
3   A.   You know, like I read a lot.  I look for
4        what is happening in other universities.
5        What is happening in ASU is what is
6        happening in AUM.  You can, you know, see
7        the records.  All the new records are
8        international.  It's very difficult to get
9        -- you know, like there's so much a
10       shortage.  In Montgomery itself, people
11       don't want to come here.  So the only people
12       they're getting, both of our schools, are
13       international faculty.  We a problem.  We
14       want African Americans, you know, who have
15       been trained here, but it's impossible to
16       get one.
17  Q.   But that's not my question.  My question to
18       you is, is the answer yes, that there are
19       more international tenured faculty than non?
20  A.   Yes.  Yes.  Yes.
21          MS. McGOWAN:  Let's take a quick break
22       and then we'll start getting into some
23       documents.

1        (Brief recess)
2   Q.   Okay.  I'm going to have you pull out of
3        that big stack of documents there and find
4        Number 29.  And they should be in numerical
5        order.
6   A.   Yeah.  29.
7   Q.   And it's going to be a big thing with a
8        rubber band around it.
9   A.   29.
10  Q.   Is that it right there?
11  A.   Yeah.
12  Q.   All right.  This is what we marked as
13       Exhibit 29 to Pettis' depo.  And it is a
14       group of documents that were produced to us
15       that are the people that have applied for
16       tenure in the College of Business.
17  A.   College of Business.
18  Q.   And I was going to have you --
19  A.   The first sheet is anything but College of
20       Business.
21  Q.   Do you know what this is on the first sheet?
22  A.   This is signed by the president, and it just
23       tells you the name of the people who were

1        granted tenure.  That is what I see in -- in
2        different colleges.
3   Q.   And that would have been in --
4   A.   '14/'15.
5   Q.   '14/'15?
6   A.   Uh-huh.
7   Q.   Okay.  And do you see anybody that would
8        have been out of the College of Business?
9   A.   No.  There's nothing by College of Business.
10  Q.   All right.  And the next page would be for
11       '15/'16?
12  A.   '15/'16.  None from the College of Business.
13  Q.   None from College of Business.  All right.
14       Next page.
15  A.   '16/'17.  Kiser received.
16  Q.   '16/'17 Kiser?
17  A.   Uh-huh.
18  Q.   All right.  And at the time you were not the
19       dean of the college at that point, were you?
20  A.   I was not.
21  Q.   Okay.  All right.  And then the next sheet I
22       assume is Dr. Kiser's tenure check list?
23  A.   Uh-huh.

1   Q.   And is this the form that you were -- that
2        -- is a tenure check list done for everyone?
3   A.   Uh-huh.  That is the one I was referring to.
4   Q.   Okay.  And it's got a Bates number up at the
5        top that's ASU RFPD 000207.
6   A.   Uh-huh.
7   Q.   And up under it is 91.  Do you see that?
8   A.   Uh-huh.
9   Q.   Is 91 reflective of the page in this what
10       we've marked as Exhibit 5?
11  A.   Yeah.  It is part of that.  Yeah.
12  Q.   All right.  Have -- has this been put on --
13       the tenure review forms used out of this,
14       have they been made electronic now?
15  A.   I think, you know, we have an Excel
16       spreadsheet or something which we have to
17       sign.  But this is -- this is part of the
18       document which the chair I think has to
19       sign, you know, the chair of the committee.
20  Q.   All right.  And at the time Dr. Kiser
21       applied, she was in her tenth year but there
22       was a break of service?
23  A.   Yes.

1   Q.   And come on down to page 211 at the top.
2   A.   Yeah.
3   Q.   And this was the tenure committee for
4        Dr. Kiser?
5   A.   Uh-huh.
6   Q.   It represents one, two, three, four, five --
7        seven people?
8   A.   Uh-huh.
9   Q.   At the time were those the seven people that
10       were faculty members that were tenured in
11       2016?
12  A.   I presume.  Yeah.  I have no idea.  I don't
13       remember.
14  Q.   If there's someone in the college that's
15       tenured and doesn't want to be on the review
16       committee, can they say I don't want to be
17       on it?
18  A.   They do that.  Yeah.  But, you know, like in
19       my case, I've had faculty that I have told
20       them that as a professional, it's a part of
21       your duties and give them a strong
22       reprimand.
23  Q.   All right.  Dr. Prater is in what

26 (Pages 98 - 101)

1    department?
2  A.   Business administration.
3  Q.   And then Dr. -- is it Chun?
4  A.   Chun is CIS.
5  Q.   And --
6  A.   Wang is CIS. Carlos Morrison is an external
7       evaluator. I don't know which college was
8       he in. Let's see. Bakir was in business
9       administration. I was in CIS. Suwanakul
10      was in accounting and finance.
11  Q.   Now, look down at the next page.
12  A.   Yes.
13  Q.   And earlier you were talking about some
14      weighted average.
15  A.   Uh-huh.
16  Q.   Is this the form you were talking about
17      where you --
18  A.   No.
19  Q.   Or the next one down?
20  A.   This is -- this is easy, you know. Let me
21      explain to you what I mean by -- by that.
22  Q.   Back up just a second. Go back up to --
23        MS. JONES: Let her ask a question.

1  Q.   -- page 2013. Who completes this form?
2  A.   This is by the faculty.
3  Q.   The faculty member does this that's being
4       evaluated?
5  A.   Yes, ma'am.
6  Q.   And they determine what percentage?
7  A.   Yes, ma'am.
8  Q.   Can the committee say, well, we think your
9       research range should be higher --
10  A.   No.
11  Q.   -- and increase it? Okay. So the faculty
12      member fills this out and submits it with
13      their application?
14  A.   Uh-huh. Yes, ma'am. Yes, ma'am.
15  Q.   And go back here one page backwards to 2012.
16  A.   Uh-huh.
17  Q.   And those percentage weights there, that
18      comes from, what, the faculty member?
19  A.   Uh-huh. Yes.
20  Q.   Okay. All right. The next one down is for
21      Bob McNeal?
22  A.   Uh-huh. Yes, ma'am.
23  Q.   And this is the information -- this is

1    tenure materials to be submitted to academic
2    affairs. This goes over to the provost?
3  A.   Uh-huh. Yes.
4  Q.   All right. Look at his degree. What's a
5       DIBA?
6  A.   DIBA or DBA.
7  Q.   DIBA. Do you know what that is?
8  A.   I don't know. I've never heard of this
9       before. But we have a DBA. I've heard of
10      that. But DIBA, this is the first time I'm
11      seeing it.
12  Q.   What's a DBA?
13  A.   DBA is something like, you know, some
14      schools instead of awarding Ph.D. awards DBA
15      Doctorate of Business Administration. Like
16      the dean was -- Dean Percy Vaughn was from
17      Texas Tech and his degree was DBA. But they
18      went back and changed all the old DBAs to
19      Ph.D. This is the first time I'm seeing
20      that.
21  Q.   Do you know whose signature this is on the
22      verified by?
23  A.   Jiin Wang.

1  Q.   So would he have been the department chair
2       or the tenure chair --
3  A.   Uh-huh.
4  Q.   Review committee chair?
5  A.   That's correct. That's correct.
6  Q.   All right. Let's go down to -- it's going
7       to be Bates number -- it's kind of got
8       something written over it. So it's going to
9       be 323.
10  A.   Uh-huh.
11  Q.   Is that -- is this a submission form for
12      Dr. Dave Thompson?
13  A.   That's correct.
14  Q.   Okay. Now, the next page down, 324, is a
15      tenure check list for Dr. Bell-Haynes?
16  A.   Uh-huh. Yes, ma'am.
17  Q.   And do you know whose signature that is?
18  A.   Sun-Gi Chun.
19  Q.   And does each person conducting an
20      evaluation fill out one of these, each
21      faculty fill out one of these tenure check
22      lists?
23  A.   If there is no dispute, then only one. But

1    if there's a split verdict or somebody is
2    questioning one of the items, then we get
3    all the faculty to do it.
4  Q.  Under the -- this was signed -- or it's
5    signed in April of -- or March the 29th of
6    2018. So this would have been for the
7    '17/'18 school year tenure cycle?
8  A.  That's correct.
9  Q.  So this would have been her first
10    application?
11  A.  That's correct.
12  Q.  And it says probationary status four and a
13    half years. Do you see that?
14  A.  That's correct. Yeah.
15  Q.  It says she was hired in spring?
16  A.  That's correct.
17  Q.  And where it says affirmative
18    recommendations from, it says collegiate
19    committee. Who is the collegiate -- that's
20    the College of Business committee?
21  A.  Which form?
22  Q.  Right here where it says affirmative
23    recommendations. Right up under four and a

1    half years.
2  A.  Yeah. Collegiate committee in this case, is
3    that person on the --
4  Q.  The tenure committee?
5  A.  Uh-huh.
6  Q.  Okay. All right. And she received an
7    overall tenure performance rating of 3.0 or
8    above, correct?
9  A.  That's correct.
10  Q.  But this evaluator said she didn't have any
11    areas in the three items that are 2 or
12    above, correct, under scholarly writings?
13  A.  That's correct. Yeah.
14  Q.  And then here it says four years at ASU by
15    the end of the current academic year, yes or
16    no. Is that the requirement that they have
17    to be there four years before they can
18    apply --
19  A.  That's correct.
20  Q.  -- for tenure?
21  A.  That's correct.
22  Q.  Okay. And this individual did not feel like
23    she had the required degree?

1  A.  That's correct.
2  Q.  Go down to the ones dated with Bates 330.
3  A.  Uh-huh.
4  Q.  And for these -- these forms appear to have
5    numbers at the bottom. See page 71 and then
6    72?
7  A.  Uh-huh.
8  Q.  But if you look at the faculty evaluation
9    form, it's a different page. Look at
10    Exhibit 5. And if you'll look through that
11    page 78 should be where the research is --
12  A.  That is correct.
13  Q.  -- reviewed.
14  A.  Uh-huh.
15  Q.  What is this form? Do you know where this
16    form came from?
17  A.  Which one?
18  Q.  The one that's in her page.
19  A.  The one you showed me?
20  Q.  Yes. I'm looking at what we've marked in
21    previously with Bates 330.
22  A.  330 is coming from research.
23  Q.  Right. But it's a different form.

1  A.  It's a different form? The way it's printed
2    or the content?
3  Q.  I don't know. Obviously it's different
4    because the page numbers are at the bottom
5    and in the faculty evaluation form, the page
6    number is in the top right-hand corner. And
7    the research numbers are pages 78.
8  A.  This -- I have a feeling somebody has
9    converted this document into -- into a new
10    Word document than what has been used here
11    instead of using, you know, the old one
12    which was done in 1990 -- 1992. So somebody
13    has given the same document, you know.
14  Q.  Would this new document have to be approved?
15  A.  If this is a variation in it, yes.
16  Q.  And who would have to approve any variation
17    to it?
18  A.  The provost.
19  Q.  Can I see that back?
20  A.  Yes.
21  Q.  Thank you. All right. If you look -- let's
22    turn where -- you did evaluate Dr. Bell in
23    her first tenure application, correct?

28 (Pages 106 - 109)

Page 110

1  A.   Yes, ma'am.
2  Q.   Let's look through and see if we can find
3       yours.  All right.  So look at 358.  This is
4       your letter to Dr. Pettis where you don't
5       support --
6  A.   Uh-huh.
7  Q.   -- promotion -- the promotion application?
8  A.   That's correct.  Yes, ma'am.
9  Q.   All right.  Not -- but not the tenure.  This
10      is promotion?
11 A.   Uh-huh.  That's correct.
12 Q.   And you say promotion because she doesn't
13      have the correct degree, correct?  Is that
14      one of the reasons, you said she didn't have
15      the correct degree, the lack of a terminal
16      degree in her teaching field?
17 A.   That's correct.
18 Q.   And then you said there was a lack of
19      intellectual contribution?
20 A.   That's correct.
21 Q.   And you said the only thing she had done was
22      compile an appendix.  Were you aware that
23      there was other work in her dossier?

Page 111

1  A.   This is what stuck out.  You know, like we
2       have to -- when you -- when you apply for
3       promotion, we have to see the work that you
4       do after you are promoted from assistant
5       professor.  Supposedly you're an instructor.
6       So all the work that has been done after you
7       became assistant professor.  So we only
8       sought that work, and the previous work is
9       of no concern to us.
10 Q.   Do you know whether or not previous work had
11      been counted for others such as Dr. McNeal?
12 A.   It should not have been counted.
13 Q.   Let me show you.  Look at what was marked as
14      Exhibit 32 to the Pettis deposition.  It's
15      in that stack.
16          MS. JONES:  I think it's just that one
17      page.  Put everything else back over there.
18 Q.   Do you recall receiving this letter from
19      Dr. --
20 A.   I think I remember seeing this.
21 Q.   And you -- after receiving this, did you
22      still feel that Dr. Bell-Haynes' book was
23      just an appendix and not an appropriate

Page 112

1       academic book?
2  A.   That was my judgment.  Yes.
3  Q.   And your judgment was based on what?
4  A.   On the facts that were presented to me.
5  Q.   What facts were presented to you?
6  A.   I -- you know, she had submitted the thing.
7       It was just a -- it was -- it was not peer
8       reviewed.  It was done for a -- for a third
9       party.  It was just a PowerPoint
10      presentation.  And that was my judgment, and
11      I stick by that.
12 Q.   Because the book was not peer reviewed?
13 A.   Yes.  You know, like when you're an
14      assistant professor and all, we are looking
15      for peer reviewed journals.  They are more
16      important than producing a book.
17 Q.   So you're saying that the only academic
18      research she had after she was hired on the
19      tenure track was this one appendix?
20 A.   That's correct.
21 Q.   And she hasn't done any articles or any
22      presentations or anything else?
23 A.   That is what I recorded.  You know, I don't

Page 113

1       remember everything, but that is signed by
2       me.  So that is my -- my -- my opinion at
3       that time.
4  Q.   And then the next page down would be the
5       promotion committee?
6  A.   Uh-huh.
7          MS. JONES:  What's the Bates number?
8          MS. McGOWAN:  359.  I'm sorry.
9  Q.   And this would be the same reasons given for
10      denial of promotion was the terminal degree
11      and the research?
12 A.   Yes.
13 Q.   So it would be basically the same reasons?
14 A.   Same reasons.
15 Q.   All right.  And this had only four people on
16      it --
17 A.   Yes.
18 Q.   -- that signed it?  Dr. McNeal abstained?
19 A.   Uh-huh.  Because he had -- as far as I can
20      recall, he had heart surgery.  He had got a
21      shunt -- a stent put in.
22 Q.   All right.  And so the requirements for
23      promotion and the requirements for tenure

29 (Pages 110 - 113)

Page 114

1    are basically the same, correct?
2  A.   That's correct.
3  Q.   Did McNeal participate in any other
4      committees at the time?
5  A.   I -- I don't remember.  I don't recall.  I
6      don't know.
7  Q.   Was he in on her tenure decision?  You don't
8      know?
9  A.   I don't recall.  No.
10  Q.   Let's look down at Bates 362.
11  A.   Okay.
12  Q.   And this appears to be the people who scored
13      her on the tenure?
14  A.   Uh-huh.
15  Q.   I don't see Dr. McNeal.
16  A.   He was not.
17  Q.   And then there's no scores for Swan -- how
18      do you say his name?
19  A.   Suwanakul.  You know, like this is my
20      recollection.  You know, I have a feeling
21      that Dr. Suwanakul made a statement that she
22      doesn't have a terminal degree in her field.
23      So I'm not evaluating her.  That is what I

Page 115

1      recall, you know.  That is my recollection.
2  Q.   So he just refused to do any scores?
3  A.   He said that since she didn't have a
4      terminal degree, I'm not -- I'm not
5      evaluating her on any of that.
6  Q.   So did that essentially work out as a zero
7      by him?
8  A.   No.  I don't think so.
9  Q.   So his --
10  A.   It was just the average was only of the
11      people who actually put scores.
12  Q.   Did he vote in her --
13  A.   He did vote.
14  Q.   So if he didn't score her, how could he
15      vote?
16  A.   His contention at that time was that she
17      does not have a degree, terminal degree.  So
18      one of the main requirements is a terminal
19      degree.  So he would deny.  That was his --
20      his way of thinking.
21  Q.   But he still voted without scoring?
22  A.   That's correct.
23  Q.   Does the policy allow that?

Page 116

1  A.   Policy doesn't address this at all.
2  Q.   So go down to Bates 368.  Is this the
3      promotion check list?
4  A.   Uh-huh.
5  Q.   And this is -- is that your signature?
6  A.   That's correct.
7  Q.   All right.  And this represents your opinion
8      as set out in the letter?
9  A.   That's correct.
10  Q.   All right.  Now, the promotion review
11      weights, the next page down, 369, that would
12      have been completed by Dr. Bell?
13  A.   That's correct.
14  Q.   If you look at Bates 374 through 376, this
15      is somebody's review of her for researching
16      activity, but there's no name.  Do you know
17      whose this is?
18  A.   I think it is my writing, if I'm not
19      mistaken.  It looks like my writing.  Looks
20      like my writing.
21  Q.   It looks like your writing?
22  A.   Looks like my writing.
23  Q.   And if you flip on down, there appeared to

Page 117

1      have been -- I think whoever scored this
2      found that she had done some book reviews.
3      Look at number ten.
4  A.   Uh-huh.  That's correct.
5  Q.   So if the score is 2.0, that -- the weighted
6      factor one, would you go the number times
7      one?
8  A.   That's correct.
9  Q.   All right.
10  A.   Multiplied by one.
11  Q.   So there's nothing circled but they gave her
12      a 2.0 there?
13  A.   That's correct.
14  Q.   And then there were some unpublished
15      manuscripts.  There was a 3 circled there.
16      And number four?
17  A.   Say it again, ma'am, please.
18  Q.   Number four.
19  A.   Number four, yeah.
20  Q.   There are --
21  A.   Unpublished, yes.
22  Q.   And then the one above that, presentations
23      before scholarly organizations, she got a 4?

30 (Pages 114 - 117)

Page 118

1   A.   That's correct.
2   Q.   And then on number two, funded external
3        research proposals, what is that?
4   A.   That is -- you know, I remember she got a
5        grant from -- from a company out of
6        Huntsville.  So for that, I -- I give her a
7        2.  It brought some money to the college.
8   Q.   So she did have some research activity other
9        than that one chapter?
10  A.   Yeah.  That's correct.
11  Q.   And if you flip on down to the next page,
12       376.
13  A.   Yes.
14  Q.   It's got asterisk and a double asterisk?
15  A.   Uh-huh.
16  Q.   All right.  And if you go back to the page
17       before, the asterisk is by number seven.
18  A.   That's correct.
19  Q.   Scholarly writings, referred articles in
20       international and national journals.  If you
21       have -- are those the scores you're supposed
22       to get of 3 if you have -- it's weighted a 3
23       if you have one to three articles?

Page 119

1   A.   Uh-huh.
2   Q.   And it's weighted a 5 if you have four or
3        more articles?
4   A.   That's correct.  That's correct.
5   Q.   And then number two for scholarly writings
6        under number eight, the double asterisk,
7        it's weighted 2 for one to three articles
8        and 4 for four or more articles?
9   A.   That's correct.
10  Q.   And then the next one has not given any --
11       it doesn't have a name either, does it, 380?
12       The evaluation on 380.
13  A.   This does not.
14  Q.   And the evaluators are supposed to sign it
15       and date it, correct?
16  A.   Yeah.  That's correct.
17  Q.   And this one is not signed and dated, is it?
18  A.   That's correct.  Yeah.
19  Q.   And then starting at 383 for community
20       service, it doesn't have the name of the
21       evaluator and 384 there's no signing?
22  A.   That's correct.
23  Q.   And this next one down, 385, is this -- this

Page 120

1        is -- are these the scores based upon the
2        evaluator's prior scores, or is this
3        combined?  Do you know what this is?
4   A.   This looks like, you know, previous writing.
5   Q.   You just don't know whose it is?
6   A.   The writing I can't recognize.  It's not
7        signed.  So I would not be --
8   Q.   And then -- so 387, will you look at that
9        page?
10  A.   387.  Yeah.
11  Q.   All right.  And this is Dr. Bell-Haynes'
12       request to the promotion committee on what
13       areas to evaluate her for promotion?
14  A.   That's correct.
15  Q.   Okay.  And then the next group appears to be
16       Tammy Prater's evaluation --
17  A.   That's correct.
18  Q.   -- for promotion?
19  A.   Uh-huh.  That's correct.  She has signed it.
20       Yeah.
21  Q.   She signed it.  Okay.  Let's go to page 392.
22  A.   392.
23  Q.   And Dr. Prater under number six gives her a

Page 121

1        2 for scholarly writings, do you know why,
2        for chapters in the book?
3   A.   Nobody questions.  You know, you can score
4        whatever you want.  Nobody challenges it.
5   Q.   So these scorings on the scholarly work is
6        more of an subjective score based on what
7        the individual evaluator -- how they view
8        the work?
9   A.   That's correct.
10  Q.   It's not an objective scoring?
11  A.   No.  That's correct.
12  Q.   So a person's individual bias could play
13       into the scoring of someone, could it not?
14            MR. JONES:  Object to form.
15  Q.   If they don't feel the work is scholarly
16       enough, that's their individual feeling,
17       correct?
18  A.   That's correct.  Yeah.
19  Q.   All right.  All right.  Look at 407.  And
20       this appears to be --
21  A.   Dr. Kiser.
22  Q.   -- Dr. Kiser's for the promotion?
23  A.   Uh-huh.

31 (Pages 118 - 121)

1  Q.   And if you go on down for research, look at
2      409 and then flip over.  That's Dr. Kiser's
3      scoring for the research, correct?
4  A.   Uh-huh.
5  Q.   For promotion?
6  A.   (Witness nodding head in the affirmative.)
7  Q.   And for scholarly writings unpublished, she
8      gives her a 3 for number four; is that
9      correct?
10 A.   That's correct.
11 Q.   And then scholarly writing chapters and
12     books, she gives her a 2?
13 A.   That's correct.
14 Q.   And for book reviews, she gives her a 2 on
15     number ten?
16 A.   That's correct.
17 Q.   And then awards and prizes for research, she
18     gives her a 2; is that correct?
19 A.   That's correct.
20 Q.   So that was Dr. Kiser's opinion?
21 A.   Uh-huh.  That's correct.
22 Q.   Based upon the information in the dossier?
23 A.   That's correct.

1  Q.   Do you know if Dr. Bell-Haynes put the
2      actual books and articles and stuff in the
3      dossier?
4  A.   Every faculty and all has to put a copy of
5      the article in the dossier.  They do that.
6  Q.   All right.  Look down at 421.  Do you know
7      whose handwriting this is?
8  A.   This says not evaluated.  See promotion
9      check list.  This is -- this looks -- no.
10     You know, to tell you, it looks like Jiin
11     Wang's writing to me -- I don't know -- if I
12     have to guess.
13 Q.   So someone said I'm not evaluating her?
14 A.   One of them said that.  Yeah.
15 Q.   But if you go down, the one behind, that 422
16     is Jiin Wang?
17 A.   That's Jiin Wang.
18 Q.   All right.  And 423, he gives some scores?
19 A.   Uh-huh.  Jiin Wang scored her.
20 Q.   So this can't -- would that have been his
21     writing?  He didn't sign it.
22 A.   Yeah.  You know, I don't know what context
23     this was, if I had to guess.  But he did

1      rate -- he did -- I tried my best as chair
2      to convince Suwanakul to rate her, but he
3      didn't.
4  Q.   Do you remember if that's Suwanakul's
5      writing, or do you think it's Jiin --
6  A.   Which one?
7  Q.   The one that says not evaluated.
8  A.   You're not telling me.
9  Q.   No.  Do you know?
10 A.   Guess?  Guessing, I think it's Jiin Wang's.
11 Q.   You think it's Jiin Wang's?
12 A.   Uh-huh.  Guesstimate.
13 Q.   Okay.  Did Jiin Wang discuss any of his
14     score with you?
15 A.   With me, no.  We just met once, and that's
16     it.
17 Q.   And what would you look for in the category
18     of awards and prizes?
19 A.   I'll have to read it.  I have to see the
20     dossier again.  This is beyond my
21     recollection.
22 Q.   Okay.  But if you were looking at somebody's
23     dossier and you were going to score them on

1      awards and prizes for research, what would
2      you be looking for?
3  A.   Some letter of commendation from making
4      presentation.  Not looking for monetary
5      award.  But if you can show me a letter that
6      says that this was the best paper or a
7      letter of commendation from the -- from the
8      section chair, I would consider that as an
9      award.  That is all.
10 Q.   But you have no recollection of what was in
11     her dossier?
12 A.   But there must have been something for me to
13     give her a score.
14 Q.   All right.  Look at Bates 436.
15 A.   Yeah.
16 Q.   Tenure check list.  This is for Dave
17     Thompson.
18 A.   Uh-huh.
19 Q.   Is that your signature there?
20 A.   That's correct.
21 Q.   And it says the chair of the department is
22     not -- is that N/A not applicable?
23 A.   Yeah.  Because, you know, he's the chair,

32 (Pages 122 - 125)

1    but he's waiting for tenure.
2  Q.   Okay.
3  A.   So he doesn't have to do anything.
4  Q.   Okay.  That's my only question about that.
5    All right.  And then look at page 437.  It's
6    a memo to you from Carl Pettis.  It says
7    here's your six-year probationary faculty
8    members.  It's dated September 5th of 2017
9    given to you as a courtesy.  And it just has
10    Dr. Dave Thompson, Jr.  Did you get one of
11    these with regards to -- a courtesy memo
12    with regards to -- from Dr. Pettis with
13    regards to Dr. Bell-Haynes?
14  A.   No, ma'am.  I don't recall.
15  Q.   You don't recall receiving one?
16  A.   No.
17  Q.   Do you know how many people went through the
18    tenure review process for the '17/'18
19    committee with Dr. Bell-Haynes?
20  A.   I would not know that.
21  Q.   And what information -- look at 562.
22  A.   562.
23  Q.   It's a tenure check list.  That's just the

1    first one I came to.
2  A.   Yeah.
3  Q.   For the probationary status where you check
4    what year the person's in, where does the
5    person filling this out get the information
6    to fill in there?
7  A.   You know, basically when you see the dossier
8    and all, there's a -- there's data.  And we
9    generally, you know, pick up the date of
10    hire from there.
11  Q.   So you look at the date they were hired.  Is
12    that what you do?
13    MS. JONES:  Object to form.
14  A.   Date of hire and -- and we double check with
15    Ms. Pettway, also, the number of years.  But
16    at that time Dr. Shinanol (phonetic) I'm
17    aware, you know, that we did not give any
18    credit for tenure.  So he started from zero
19    years.
20    COURT REPORTER:  I'm sorry.  Dr. what?
21  A.   Dr. Shinanol (phonetic) was not given any
22    credit -- prior credit for tenure.  So he
23    started with the -- you know, when he

1    joined, he was at zero years.
2  Q.   Where did he come from?
3  A.   He -- according to -- he graduated from a
4    university out of Texas on the Mexico
5    border, one of those schools.
6  Q.   So came -- he was an outside hire.  Had he
7    taught somewhere else before he was at ASU?
8  A.   I don't -- I don't recollect.  But I know
9    his Ph.D. came from -- he was -- they change
10    the names so often.
11  Q.   All right.
12  A.   I signed on the date of appointment.
13  Q.   So someone goes and checks when they fill
14    out the tenure check list the date of
15    appointment and somebody signs off on that?
16  A.   Yes, ma'am.
17  Q.   Okay.  And I'm not meaning to get into all
18    of his stuff.  I was just wondering where
19    the information came from for that.
20  A.   But that lady in academic affairs,
21    Ms. Pettway, has very nice records.  I call
22    her and she gives me the information.
23  Q.   She gives you the information.  And is that

1    your process for everyone that's gone
2    through tenure is to check with her --
3  A.   Uh-huh.
4  Q.   -- to get the accurate information for the
5    years?
6  A.   She has all the records, you know, and she
7    can get it quickly.  We cannot get it from
8    HR.
9  Q.   Why is that?
10  A.   That is how we work, you know.
11  Q.   All right.  Let's put this file up before we
12    lose it and get it mixed in with the others.
13  A.   I tell my young faculty every organization
14    has a culture and you cannot change the
15    culture.  You have to live with the culture.
16  Q.   Well --
17  A.   Organizational behavior.
18  Q.   Let me show you what we've previously marked
19    as Exhibit 30.
20    MS. McGOWAN:  I do have an extra one.
21    Have you got it?  I was thinking I had given
22    you one yesterday.
23  Q.   And this is the -- these are -- this is

Page 130

1     Exhibit 30 from Mr. Pettis' depo, and it's
2     documents that have been produced by ASU
3     that contain ASU RFPD 000829 through 923 for
4     the record. Is that correct?
5  A.  That's correct.
6  Q.  And these appear to be scoring sheets for
7     Dr. Bell-Haynes for her -- in March of '19
8     for her promotion application; is that
9     correct?
10 A.  That seems to be correct.
11 Q.  All right. And do you see your scoring in
12    there?
13 A.  Yes, ma'am. That is on page 846, my
14    scoring.
15 Q.  846?
16 A.  Yeah.
17 Q.  All right. That's a chart, right?
18 A.  Yeah.
19 Q.  All right. Let's see if we can find your
20    actual -- well, let's look at this. You
21    recommended that Dr. Bell-Haynes get a
22    promotion, correct?
23 A.  Skip the promotion?

Page 131

1  Q.  No. Look at 843.
2  A.  843. Yeah.
3  Q.  All right. Did you make a recommendation in
4     this letter -- it's a letter of March 15th
5     from you to Dr. Carl Pettis regarding the
6     promotion committee.
7  A.  Yeah. That's correct.
8  Q.  All right. And Dr. Bell-Haynes received a
9     score, an average score. PRS. What is PRS?
10    Promotion review score?
11 A.  Performance rating score, some rating score.
12 Q.  Of 3.5?
13 A.  Uh-huh.
14 Q.  Did you make a recommendation on whether she
15    should receive promotion?
16 A.  Here I have not. You know, I just said I
17    was a member. So my score is reflected
18    here. I did not make any comment on that.
19    But I said whatever is in my score is my
20    recommendation.
21 Q.  Did you go observe Dr. Bell-Haynes teaching
22    in her classroom? Did you --
23 A.  No.

Page 132

1  Q.  -- review her?
2  A.  No.
3  Q.  Is that one of the things that the dean is
4     supposed to do for a department chair when
5     they're up for tenure or promotion?
6  A.  Yeah. I think so.
7  Q.  Is that one of the -- who is supposed to
8     review the teaching performance of the
9     department chair?
10 A.  The dean.
11 Q.  But you didn't go review her?
12 A.  I don't think so. No.
13 Q.  Why didn't you go review her?
14 A.  Teaching was never an issue with her.
15    Teaching was never a disputed item. She was
16    a good instructor. Teaching score was --
17    they were very high.
18 Q.  I'm sorry. I didn't hear what you said.
19 A.  The said the teaching scores were very high.
20 Q.  Now, they appear to be mixed in with the
21    promotion tenure scoring also in this
22    packet. It's not just promotion; is that
23    correct?

Page 133

1  A.  There are two letters I see on her, 843 and
2     844.
3  Q.  844?
4  A.  Uh-huh.
5  Q.  It talks about in the past the deliberations
6     of the tenure committee have been leaked to
7     the candidate. I counseled all members of
8     the confidentiality of this meeting and the
9     need for the members to maintain
10    professional integrity and not to leak
11    information. I am, however, convinced that
12    some members took pictures of some documents
13    and may have also recorded the whole
14    meeting. Where did you get that information
15    from?
16 A.  You know, it's recorded. Whatever I felt I
17    recorded it. It's a written statement
18    signed by me.
19 Q.  So back in April of '19, you were aware that
20    the meeting may have been recorded by
21    someone; is that correct?
22 A.  Previously I had mentioned -- you know, when
23    you asked me a question, I said I did not

34 (Pages 130 - 133)

Page 134

1  know it.  But, you know, this overrules that
2  statement of mine because I have signed this
3  document.  But this is my -- I stick to my
4  written document.
5  Q.  Who do you think recorded the meeting?
6  A.  You know, I cannot tell you that.  No.
7  Q.  Do you have any idea?
8  A.  It would be speculation on my part.
9  Q.  Did anyone tell you they saw someone
10  recording the meeting?
11  A.  No.  Nobody told me.
12  Q.  What made you think that the meeting had
13  been recorded?
14  A.  It was a contentious meeting, you know.
15  There was a lot of split decision.
16  Q.  So in this meeting -- if you'll flip down to
17  845.
18  A.  Yeah.
19  Q.  The tenure committee was a split decision,
20  correct?
21  A.  Uh-huh.
22  Q.  And this is your memo to --
23  A.  Uh-huh.

Page 135

1  Q.  -- Dr. Carl Pettis --
2  A.  Yeah.  Yeah.
3  Q.  -- where you had some people recommending
4  tenure and some not recommending tenure,
5  correct?
6  A.  That's correct.
7  Q.  But it's not signed by everyone.  It's just
8  signed by four people.  Do you know why?
9  A.  This was not signed because he was sick.  It
10  was by all available.  I think I should have
11  -- Dave Thompson, he had some medical
12  issues.  The rest of them would be my
13  oversight.
14  Q.  All right.  If you will go down to 847.
15  A.  Uh-huh.
16  Q.  That is the promotion check list?
17  A.  847.  Yeah.
18  Q.  All right.  And it says please see letter
19  attached.  Is that your signature?
20  A.  That's correct.  Yeah.
21  Q.  And in the promotion check list, it says
22  under research and creativity, it's checked.
23  So that means she met a 2.0 in one of those

Page 136

1  areas on this document here?
2  A.  You know, we have the scores.  We have to
3  review this again.  You know, I cannot -- I
4  would have to, you know.
5  Q.  Well, my question is if you check something
6  on a check list, does that mean that it's
7  been met?
8  A.  You know, it is supported by a table behind
9  it, you know.  That could be -- it was a --
10  I think it was a split decision.  I don't
11  know.  I don't remember.  But if it was a
12  split decision and all, then, you know, we
13  have to go to these scores and understand.
14  Are you with me?  But I have already said,
15  you know, there's an attached letter that
16  goes with it to that extent.
17  Q.  Well, let's look at 850.
18  A.  850.
19  Q.  That appears to be your scoring, correct?
20  No.  No.  That's -- yeah.  That's you.
21  A.  Yeah.  That's right.
22  Q.  All right.  So let's go down to -- these
23  appear to be your promotion scores?

Page 137

1  A.  Uh-huh.
2  Q.  All right.  Look at number 857.
3  A.  857.  Yeah.
4  Q.  This is your probation, your scores for her
5  research and creativity under promotion?
6  A.  Uh-huh.
7  Q.  But this is for '18, not for '19.
8  A.  This was received in March of '19.
9  Q.  But you've dated it March of '18.  Did you
10  -- is this -- did you just resubmit what
11  you --
12  A.  No.  No.  We don't resubmit it.  That would
13  be an error.  I have no idea.  You'd have to
14  give me time to study all of this back, you
15  know.
16  Q.  All right.  And then the next one down is
17  community service and it's also received in
18  in March of '19 and it's dated March the
19  11th of '19.  Well, let's go back and look
20  at your scoring for research.  And page 78
21  is missing.  It goes from 77 -- look at page
22  857.  All right.  It goes from 77 to 79, 80,
23  81 with your signature.  So we don't have

35 (Pages 134 - 137)

Page 138

1   your scores.  Do you know what happened to
2   them?
3   A.   I -- when I submit to the provost, I make
4       sure everything is correct.  You know.  In
5       the process of making copies and all, I --
6       you know, this is --
7   Q.   Do you keep copies in your office?
8   A.   Of these?  Yes.
9   Q.   Can you go back through your copies and see
10      where your scoring sheets from March of '19
11      are --
12  A.   Yeah.
13  Q.   -- in research and get those?
14  A.   Yes.
15  Q.   Thank you.  All right.  Look at 863.
16  A.   863.
17  Q.   And this is -- this is also stamped March of
18      '19, received by the office of the provost.
19      But this is signed.  Nobody dated it.  I'm
20      assuming this is the scoring for her
21      promotion?
22  A.   Uh-huh.
23  Q.   In March of '19?

Page 139

1   A.   Uh-huh.
2   Q.   And she got a score of 3.50?
3   A.   Uh-huh.
4   Q.   And her average score -- do you see up at
5       the top for research and creativity is 2.58?
6   A.   That's correct.
7   Q.   All right.  Is that all of her research and
8       activity scored in?
9   A.   All the items averaged up.
10  Q.   All right.  Of a 2.58?
11  A.   Uh-huh.
12  Q.   But doesn't the criteria say that you just
13      have to have a 2 on one of those items?
14  A.   Yeah.  That is very important.  You have to
15      have one and you have to have at least a 2.
16  Q.   All right.  So if we go back to the check
17      list -- let me see if I can find that now.
18      That is 847.
19  A.   847?
20  Q.   847.  Uh-huh.  And keep your finger on 863,
21      okay, because we're going to toggle between
22      the two.
23  A.   847.  Yeah.  You said the other was 863?

Page 140

1   Q.   863.
2   A.   Yeah.
3   Q.   Do you see it?  All right.  Based on the
4       scores on 863 and looking at the promotion
5       check list on 847 where research and
6       creativity score is checked and then you've
7       got checking of the two scholarly writings
8       at the bottom.
9   A.   Uh-huh.
10  Q.   Are you saying that she met those
11      requirements for promotion?
12  A.   The check mark says yes, but I'll have to,
13      you know, make sure that there was no error.
14      That is what it is.  But if I had that
15      entire table with me, I could state it
16      correctly.  The check mark here is -- what
17      is it?  You know, it's there.  But if you
18      ask me to confirm it, I'll have to see the
19      individual scores.  And I don't think in
20      this document we have everything.
21  Q.   And then if you look at the signatures on
22      847, it appears to be the same as the
23      signatures that are on 863, correct?

Page 141

1   A.   That's correct.
2   Q.   The scoring sheet?
3   A.   Uh-huh.
4   Q.   Okay.  And she was granted a promotion,
5       correct?
6   A.   Yeah.
7   Q.   All right.  If you look down to 864.
8   A.   Uh-huh.
9   Q.   And this is a separate scoring sheet or
10      rating sheet by Dr. Suwanakul?
11  A.   Uh-huh.
12  Q.   And I assume he -- he didn't give her any
13      scores in any of the areas above but he does
14      have a score at the bottom.  I'm assuming
15      that's from his scoring sheets?
16  A.   Yeah.  That's from the scoring sheet.  Yes.
17  Q.   Did he sign the page before?  He did sign,
18      didn't he?
19  A.   Yeah.  He did sign.
20  Q.   And his research and creativity average
21      score was 2.23, correct?
22  A.   That's correct.
23  Q.   So he found she was qualified for promotion?

1   A.   I have that -- I don't know if that item,
2        that particular item of 2 was satisfied or
3        not, you know.
4   Q.   All right.  Let's look at his score of her
5        own research and writing.  That is page 868
6        is where it starts.
7   A.   868.
8   Q.   And the same thing happens.  78 is missing.
9   A.   Oh, my God.
10  Q.   Would you have kept a copy of his scoring?
11  A.   I think so.
12  Q.   All right.  And then Dr. Prater's comes on
13       down and her 78 is there.  Dr. Chun's, his
14       78 is missing.
15  A.   But I think we'll have all of those records.
16  Q.   All right.  So it appears to be that page 78
17       is missing from --
18  A.   From mine, Suwanakul and Chun.
19  Q.   Well, it's missing for everyone but
20       Dr. Prater and Dr. Kiser?
21  A.   Yeah.  We'll look at it.
22  Q.   You'll look and see if you can find those?
23  A.   Yeah.

1   Q.   All right.
2   A.   Promotion in 2019.  Okay.
3   Q.   Correct.  And then look at what was marked
4        as Exhibit 28 --
5   A.   28.
6   Q.   -- to Dr. Pettis.
7   A.   Yes, ma'am.
8   Q.   And this is your letter.  It starts off
9        these are Bates documents that were produced
10       by ASU from the office of provost on
11       Dr. Bell-Haynes' tenure application.  And
12       they contain Bates 680 through 828?
13  A.   That's correct.
14  Q.   And this is your letter saying that she had
15       the lack of a terminal degree, correct?
16  A.   That's correct.
17  Q.   And then you're asking the office of
18       academic affairs to rule on the issue?
19  A.   That's correct.
20  Q.   Then the lack of intellectual contribution,
21       you say they were split on the items six,
22       seven and eight, correct?
23  A.   That's correct.

1   Q.   And were these same items the ones that she
2        was scored on for promotion?
3   A.   I'll have to check.  I don't think it is.  I
4        think it's impossible to make a comment on
5        this.
6   Q.   All right.  So if you look at Dr. Kiser --
7   A.   Page?
8   Q.   Oh, I went back to her promotion in the
9        prior Exhibit Number 30.
10  A.   Okay.
11  Q.   Look at 920.
12  A.   I believe you.  Yeah.
13  Q.   Yeah.  It appears that she's got it circled
14       for five, seven and eight.  And so she was
15       scored on at least seven and eight?
16  A.   Uh-huh.  Yeah.  You know, Kiser and Prater
17       were --
18  Q.   78 is here.  So I can see what she was
19       scored on.
20  A.   Yeah.
21  Q.   Okay.  So is there any other -- is there a
22       different criteria for scoring five, six,
23       seven or eight for a tenure application

1        versus a promotion application?
2   A.   Should not be.
3   Q.   Let's -- but yet for tenure, look down at
4        681.  It was not recommended?
5   A.   Uh-huh.
6   Q.   And this is signed by one, two, three, four,
7        five, six of you, correct?
8   A.   Six denied and three recommended.
9   Q.   Three were for it.  All right.  Are you
10       aware of any faculty member in the -- since
11       you've been on faculty review committees in
12       the College of Business that has come in and
13       been hired in as -- on a tenure track and
14       placed on -- instead of starting at first
15       year, placed on hiring number of years in a
16       tenure track?
17  A.   You know, we had a person we hired in Albany
18       State.  He had a Ph.D. from North Carolina.
19       He had some four or five years of experience
20       at Albany and we started him with zero
21       probationary.
22  Q.   He started zero probationary?
23  A.   Uh-huh.

37 (Pages 142 - 145)

Page 146

1  Q.   But was he given pay for his four prior
2       years of teaching?
3  A.   You know, the way it works out here in the
4       College of Business, you know, in Alabama
5       State University, we have a salary, a
6       minimum salary.  But in the College of
7       Business, the minimum salary is more than
8       that minimum salary.  So when you have
9       something more than that, you know, you have
10      to add the minimum and then add teaching
11      credits.  So it's meaningless for the
12      College of Business.  You don't get any
13      extra money.
14 Q.   But that person came in with four years of
15      prior teaching experience, but he started at
16      zero --
17 A.   Zero.
18 Q.   -- on the tenure track?
19 A.   (Witness nodding head in the affirmative.)
20      And then we hired another person now who
21      worked in Troy for six years, and we, again,
22      started them at zero.
23 Q.   Started in at zero.  Okay.  When was he

Page 147

1       hired?
2  A.   Last year.
3  Q.   Last year.  All right.  So look at Bates
4       689.  And this is your tenure check list for
5       Dr. Bell, correct?
6  A.   Uh-huh.
7  Q.   And it says that she's in her fifth year,
8       correct?
9  A.   Uh-huh.
10 Q.   All right.  Go down to RF -- well, 698.
11 A.   Yes, ma'am.
12 Q.   All right.  And this is overall tenure
13      performance rating?
14 A.   Uh-huh.
15 Q.   Did you prepare this document?
16 A.   Yes.
17 Q.   So her overall rating was a 3.0.  Yes for
18      everybody but Dr. Robertson?
19 A.   Yeah.  He was the external evaluator.
20 Q.   Do you know -- I mean, his scores just came
21      out below 3.0.  Is that why?
22 A.   That is right.
23 Q.   Okay.  Then research and creativity of 2 and

Page 148

1       above, she got that from one, two, three,
2       four people?
3  A.   Uh-huh.
4  Q.   But not from one, two, three, four, five
5       people?
6  A.   That's correct, ma'am.
7  Q.   And what about Mr. Thompson?
8  A.   Thompson is right here.  We've got Dave
9       Thompson.
10 Q.   I know.  But there's no research scoring for
11      him.
12 A.   Where do you see that?
13 Q.   I don't see him listed under -- oh, there he
14      is.  I'm sorry.  I do see him.  I do see
15      him.  I apologize.  I do see that.  All
16      right.  Then teaching field was not an issue
17      for two people, but it was an issue for the
18      others?
19 A.   That's correct.
20 Q.   So everyone signed this?
21 A.   Yes.
22 Q.   All right.  And then here's another copy of
23      your memo to Dr. Pettis, but not everybody

Page 149

1       signed it?
2  A.   That's correct.
3  Q.   Now, Dr. Thompson's scoring sheets are
4       missing --
5  A.   Oh, my God.
6  Q.   -- for research and creativity out of this
7       package.
8  A.   Okay.
9  Q.   This sheet 78 is missing.
10 A.   So you want the promotion thing for
11      everything.  I need to check on that.
12 Q.   I want the promotion and tenure page 78 that
13      are missing.
14 A.   For all of them?
15 Q.   Yes.
16 A.   2019.  78 page.  I'll try to see if I can
17      get that.  Page 78 for both promotion and
18      tenure.
19 Q.   And then if they used that different form
20      and page 78 was another number, whatever
21      that number is.
22 A.   I understand.  You're looking for the
23      scoring of research.

Page 150

1  Q.   Yes.  Yes.
2  A.   Yeah.  I'll make sure I give it to her.
3  Q.   All right.  Let's find yours in here.
4  A.   738.  That's mine.
5  Q.   7 what?
6  A.   734.
7  Q.   All right.  734 is citizenship.  Here we go.
8       Look at 740.
9  A.   740.  Yes, ma'am.
10 Q.   But this does have your scores for her on
11      78?
12 A.   Uh-huh.
13 Q.   Okay.  So for five, you gave her a 5.0; is
14      that correct?
15 A.   Number five?
16 Q.   Yeah.
17 A.   No.  I gave her a 1.
18 Q.   And then you gave her a 1 for seven?
19 A.   Yeah.
20 Q.   And when it says you have to score a 2.0, is
21      that the weighted score or the unweighted
22      score?
23 A.   Unweighted score.

Page 151

1  Q.   And so had she requested for tenure to be
2       scored on all of these categories?  Two,
3       three, five, seven and ten?
4  A.   Uh-huh.  Uh-huh.
5  Q.   Okay.  On eight it's not circled.  Was
6       she -- had she requested to be scored on
7       that?
8  A.   No, ma'am.
9  Q.   All right.
10 A.   Did I make an error?
11 Q.   You gave her a zero.  So would that have
12      brought down your total scores?
13 A.   Let me see, ma'am.  Score was 3 and 1, 4.
14      And 4.  7 and 1, 8.  3 and 1, 4 and 5, 9 and
15      3, 12.  No that -- 12 and 1, 13.  Item
16      number two is 3.  Item number three is 1.
17      That makes it four.  Item number five is 5.
18      That makes it 10.  And 3 is 13.  And I gave
19      her a rating of 12.
20 Q.   All right.  Let's walk back through this
21      because I don't quite understand how it's
22      scored.  Okay.  So walk me through it.
23      You've got number two circled?

Page 152

1  A.   So, you know, like what we do is we have the
2       weighted score on the right.
3  Q.   Correct.
4  A.   And then you have to divide it by the
5       weights on the left.
6  Q.   The weights on the left?
7  A.   Yeah.
8  Q.   So you don't add up the scores that are
9       circled?
10 A.   No.  We just did the weighted score divided
11      by this, by the weights.
12 Q.   Okay.
13 A.   Summation of weights.
14 Q.   Okay.  So 2, 5, 10, 17, 27 shouldn't it be
15      if you're using the score on the --
16 A.   13.  I see 13.
17 Q.   All right.  Walk me how you get 13.
18 A.   9 and 5, 14.  And 9 and 5, 14 and 3, 17.  Do
19      you see that?  You can sometimes -- you get
20      6, 3, 5 and 3.  So that makes it 17.  Do you
21      see that?
22 Q.   I see that one.  But I don't --
23 A.   But here I made a mistake.  I should have --

Page 153

1       no.  Sorry.  3 and 1, 4.  Do you see that?
2       3 and 1, 4, 4 and 5, 9.
3  Q.   Wait.  Wait.  Back up.  Where are you adding
4       the 3?
5  A.   On the left side weights.  You see the
6       weights on the left side.
7  Q.   Okay.
8  A.   So the one that I circled 3, 4 and then 5 is
9       9 and then 3 is 12 and then -- and that 1 is
10      13.  But I've given her 12.  So I made an
11      error, but it is to her benefit, you know.
12 Q.   All right.
13 A.   Do you see that?
14 Q.   So you add up these numbers here?
15 A.   Yeah.  It should be 13, and for some reason,
16      my math --
17 Q.   All right.  And so your 3 that you circled
18      there on number seven --
19 A.   Yeah.
20 Q.   -- that's -- you used the 3 because there
21      were one to three articles?
22 A.   That's right.
23 Q.   Okay.  Got you.  And then the -- for number

39 (Pages 150 - 153)

1   eight, did you score her on that, because
2       you've got a zero circled?
3   A.   No.  That does not count.
4   Q.   That was not counted.  Okay.
5       MS. JONES:  Let's take a short break,
6       please.
7       MS. McGOWAN:  Okay.
8       (Brief recess)
9   Q.   All right.  So the -- we were talking about
10       your averaging.  Those averages are used for
11       the overall average score?
12  A.   In each of the ratings.
13  Q.   In each of the ratings.  So those weighted
14       and non-weighted averages, you take that
15       average and then you average them all
16       together to get the total --
17  A.   That's correct.
18  Q.   -- overall score?  That's why you have the
19       weighting?
20  A.   Yes, ma'am.
21  Q.   So the weighted doesn't affect whether or
22       not you got a 2 on those categories?
23  A.   That's correct.

1   Q.   So if I was looking to see if
2       Dr. Bell-Haynes got a 2 -- and look at Tammy
3       Prater's.  Look at 806.  This is her scoring
4       using the weighting, correct?
5   A.   Yes, ma'am.  Yeah.
6   Q.   All right.  So I was looking to see if she
7       got -- if she scored her a 2, at least a 2
8       on those categories of five, six, seven, or
9       eight.  I couldn't just look at this rating?
10  A.   Yeah.
11  Q.   I would have to actually go to the actual
12       rating sheets?
13  A.   Uh-huh.
14  Q.   All right.  I just wanted to be clear on
15       that.  All right.  But -- so in this tenure
16       application process Suwanakul -- am I saying
17       his name right?
18  A.   Yeah.  That's right.
19  Q.   He actually did rate her this time --
20  A.   Yeah.  I saw that.
21  Q.   -- for the tenure?
22  A.   I saw that.  Yeah.
23  Q.   Where he didn't the last time, correct?

1   A.   That's correct.  Yeah.  I didn't remember
2       that.
3   Q.   Were you aware that Dr. Bell-Haynes filed a
4       grievance over the denial of her tenure?
5   A.   You know, I thought I didn't know anything
6       until yesterday, but then I -- I saw that
7       document in my E-mail previous.
8   Q.   Did --
9   A.   That is the only recollection I have.
10  Q.   Did Dr. -- did the grievance committee
11       request that you be interviewed by them or
12       provide testimony?
13  A.   They asked me question, only one.  I don't
14       know how many grievance committee was there.
15       But one of them sent me two questions, and I
16       replied to both the questions.
17  Q.   But you don't recall them asking you to come
18       sit down and talk with them or provide any
19       information?
20  A.   No.
21  Q.   Are you aware that she filed a grievance for
22       the denial the first time of tenure?
23  A.   No.  I'm not aware, because, you know, it

1       is -- all the grievance committee and
2       faculty body is handled by the provost and
3       not by the dean.  You know, so everything is
4       addressed to the provost.
5   Q.   And in each of the tenure applications
6       Dr. Bell-Haynes received a score of greater
7       than an overall PRS score of over 3,
8       correct?
9   A.   That's correct.  You know, if you look at
10       it, look at what is the academic,
11       citizenship and all, she scored very high.
12  Q.   So other than -- so the issues that she had
13       was objective issues with regards to her
14       degree and to her scholarly?
15  A.   That's correct.
16  Q.   Is there anything that would have prohibited
17       you having the provost determine prior to
18       the process that her degree was not an
19       issue, because in your letter you asked for
20       him to decide?  Is there anything that would
21       have prohibited getting that decision prior
22       to?
23  A.   But, you know, we can't -- you know, like we

40 (Pages 154 - 157)

1    can't -- couldn't have raised it any
2    earlier, you know.
3  Q.   Could you have raised it in the first
4    application?
5  A.    Well, the obligation, you know, the issue
6    was that she was not in her terminal year.
7    So, you know, I was a little less concerned.
8    But this time around since she was on her
9    terminal year, I said I need to record it.
10   And I recorded it.
11 Q.   But she was in her fifth year according to
12   the tenure check list.
13 A.   That is -- you know, ma'am, that was the --
14   you saw it in the record.  That has all been
15   disputed.
16 Q.   But fifth year -- sixth year is your last
17   year to apply, correct?
18 A.   The dispute is about her initial contract
19   with the number of years in the probationary
20   track.  So that was what was the real issue.
21   That is outside my -- my pay grade.
22 Q.   But that dispute came up after her tenure
23   application?

1  A.    No.  When -- when the second tenure
2    application came and all, I researched and
3    all and I wrote to the provost.  You know, I
4    said in a written document, like, you know,
5    you should give her -- she should terminally
6    come as zero, but --
7  Q.   Which document is that?
8  A.   That's here.
9        MR. JONES:  Give her the Bates number.
10 Q.   What number?
11 A.   The first page, you know.
12       MS. JONES:  Give her the number up
13   there.
14 A.   680.
15 Q.   Are we looking at Exhibit 28?
16 A.   Yeah.  Yeah.  Read the last paragraph.
17 Q.   All right.  So you're strongly recommending
18   that she be placed in her fifth year of
19   probationary.
20 A.   That is what is in the document.
21 Q.   Correct.  Okay.
22 A.   That is my -- my -- that was my opinion
23   then, you know, and I recorded it.  You

1    know, I did not hesitate to record it.
2  Q.   All right.  So was that discussed during the
3    committee that there was an issue about what
4    year?
5  A.   (Witness shaking head in the negative.)
6  Q.   You said there was a vote.  Was that
7    something voted on?
8  A.   You know, we talked in the committee, you
9    know, what should it be.  But it was outside
10   our purview.  I think we were getting beyond
11   our -- it was a provost issue.  It does not
12   include us.  But we, you know -- she is a
13   colleague of ours.  So we recorded it.
14 Q.   Were you aware that the dean had -- when she
15   first started working, were you aware that
16   there -- it came up that she was listed as
17   fifth year and that there was an E-mail to
18   the dean saying no, she was just hired?
19 A.   I'm not.  I have no recollection of that.
20   It was with -- you know, she was hired when
21   Dr. Booth was there.  Nothing came to me.
22       (Whereupon, Plaintiff's Exhibit 4
23        was marked for identification

1        and attached to the Original
2        transcript.)
3  Q.   Let me show you what I'm marking as Exhibit
4    4 to your deposition.  And this is an E-mail
5    chain dated back in November of '14.
6  A.   This is done by my predecessor.  I've got no
7    idea, ma'am.
8  Q.   So in this it says Dr. Bell -- if you see
9    down at the bottom, Dr. --
10 A.   Uh-huh.
11 Q.   -- Booth wrote to Ms. Pettway.  Dr. Bell was
12   hired in her position in January 2014 as an
13   associate professor of marketing on
14   probationary status.  Prior to that she was
15   an instructor on temporary full time.
16   Therefore, she's not eligible to apply for
17   tenure.
18 A.   I don't know what -- what she means by that
19   paragraph other than it doesn't really make
20   any sense to me.
21 Q.   Were you aware that Dr. Bell had gotten a
22   letter telling her it was her fifth year
23   and she needed to apply for tenure?

Page 162

1  A.    In 2014?
2  Q.    Yes.  And so to correct that, Dr. Booth sent
3         this to Marylyn --
4  A.    Oh, it was -- in that context, yeah, then it
5         makes a lot of sense.  But I'm seeing it for
6         the first time.
7  Q.    All right.  So if this had been sent -- and
8         it says, Dr. Booth says I was going by the
9         salary computation worksheet.  I will
10        correct the information accordingly.  So
11        according to Dr. Booth, she should have been
12        considered as a new hire in January '14,
13        correct?
14 A.    Ma'am, I have --
15 Q.    That's what it says in this letter, correct?
16           MR. JONES:  Object to form.
17 A.    I --
18           MR. JONES:  Do you know anything other
19        than what you see?
20           THE WITNESS:  No.  No.  I'm clueless
21        on all of this.  I've never seen anything
22        like this.  Such a thing would not happen if
23        I was the dean.

Page 163

1  Q.    Because people coming in there are supposed
2         to start at zero, correct?
3  A.    You know, I have no idea.  You know, I would
4         not -- the issue with, you know, getting --
5         you know, getting a person at a third year
6         when he's coming from outside, we don't know
7         what to count as far as -- as far as -- as
8         far as tenure, the work that is done before
9         to count or not.  But that's why I put them
10        at zero, you know, because it's not
11        correctly resolved.  You understand what I'm
12        saying?
13 Q.    Uh-huh.
14 A.    The work done in the prior university which
15        is giving the person a credit of three
16        years, whether that counts and the faculty
17        comes for tenure, that's still not resolved.
18 Q.    So if she had been hired in with five years
19        probationary, her time for applying would
20        have been way up in 2018, would it not?
21 A.    Yeah.  You know, that is provost.  I've got
22        no idea.  You see Pettway is the record
23        keeper.

Page 164

1  Q.    Who prepares the salary computation sheets?
2  A.    It's done by the chair.  The department
3         chair signs, the dean signs and the provost
4         signs.  Then it goes to budget and all that.
5         So it starts from the first initial of the
6         chair and then the dean and then the
7         provost, and then it goes to budget.  And
8         after that I don't know where it goes.  HR
9         has to sign.
10 Q.    Did anyone -- do you recall anyone in the
11        tenure review committee of the '18/'19 -- in
12        March of '19 saying she was in her -- they
13        thought she was in her sixth year?
14 A.    No.
15 Q.    Everyone felt she was in her fifth year,
16        correct?
17 A.    The fifth year and sixth year definitely.
18        You know how that goes.
19 Q.    Did you think she was in her fifth year?
20 A.    You know, I have to go by records and all.
21        Pettway gave me the records.  I have to go
22        by that.  And that's why I wrote that
23        paragraph at the end there.  The records are

Page 165

1         maintained by the provost office.
2  Q.    But your check list shows fifth year,
3         correct?
4  A.    There was a dispute, you know.  So I
5         expected the provost to look at that.  It
6         was well known there was an issue with the
7         number of years.
8  Q.    Go back to 697.
9  A.    Yes, ma'am.
10 Q.    Do you know whose signature that is?
11 A.    That is the external evaluator.
12 Q.    Okay.  That was the external evaluator's
13        signature?
14 A.    Yeah.
15 Q.    That's not yours?
16 A.    No.  That's not my signature.
17 Q.    All right.  I'm trying to find yours.
18 A.    Mine?
19 Q.    Yeah.  I'm not seeing it.  I'm seeing
20        everybody else's but yours.
21 A.    I've got no idea, ma'am.
22 Q.    That's all right.  But the record would say
23        what it says based on what you thought

42 (Pages 162 - 165)

Page 166

1     looking at the documents?
2  A.   Yeah.
3  Q.   Okay.
4  A.   You know, it's just -- it's signed by me.
5  Q.   All right.  Let me have you look at -- did
6        you yourself take any notes in the -- any of
7        the tenure --
8  A.   No.  I don't -- I don't keep notes.  I
9        just -- I don't have a -- I don't keep -- I
10       don't put anything in pen and paper.  You
11       need to have a super, super sharp memory for
12       handling that job.
13 Q.   Well, the problem is I remember every
14       document I've seen and I know it's here
15       somewhere, but I'm just not putting my hand
16       on it.  And it's already been marked in.
17       I'm going to walk around and pull out the
18       original here and show it to you, if that's
19       okay.
20 A.   Yeah.
21 Q.   Let me show you what was previously marked
22       as Exhibit 33 to Dr. Pettis.  And that --
23       that appears to be some notes dated March 31

Page 167

1        of '18.  Have you seen those before?
2  A.   Where did my -- this was not issued by me
3        but one of the committee members.  I don't
4        do anything like this.  I signed.  So I
5        should be aware of it.
6  Q.   So that -- that would have been -- would
7        have gone in with her 2018 application?
8  A.   Yeah.  Yeah.  I would have -- you know, I
9        should have put this in that correspondence
10       that I had with Dr. Pettis.
11 Q.   All right.  Do you know if it went with the
12       correspondence to Dr. Pettis?
13 A.   Ma'am, I have no idea.  I would have to
14       check my records.
15 Q.   Here we go.  Let me show you what we've
16       marked as -- I'm going to pull these out --
17       19, Exhibit 19.
18 A.   I'm seeing this for the first time.
19 Q.   And this is a grievance that Dr. Bell-Haynes
20       filed regarding her --
21 A.   Uh-huh.
22 Q.   -- issuance of her terminal contract?
23 A.   Uh-huh.

Page 168

1  Q.   Have you ever -- were you aware that she
2        filed this grievance?
3  A.   At -- until yesterday I didn't even know
4        that, you know, until I checked this.  But
5        this -- I've never seen this.  It's not
6        been -- the dean is out of the purview of
7        this.  They don't give this to the dean.
8  Q.   Were you aware that the faculty grievance
9        committee felt that she should be given --
10       she should have started in January '14 and
11       should not be in her terminal year and found
12       in her favor?
13 A.   I did not.
14 Q.   Was it --
15 A.   I have no idea.
16 Q.   Was it your opinion that she should not have
17       been in her terminal year?
18 A.   I recorded it here how I felt at that time.
19       It's clearly recorded.  Yes.
20 Q.   And that was yes.  That is your opinion,
21       also?
22 A.   It's all recorded here.
23 Q.   I just need you to say yes or no if you

Page 169

1        agree.  You recorded it.  Read me --
2  A.   No.  You know, the issue is not that I -- I
3        felt that she was -- she was in her terminal
4        contract.  I requested the provost to
5        reconsider the number of years.  You know,
6        whether she was on the terminal contract was
7        the decision to be made by the provost.  So
8        I was trying to tell the provost through
9        this statement that you need to see what --
10       what the norms are and see the contract.  If
11       that contract -- you know, she -- if she
12       could be put as not in the terminal year.  A
13       decision whether she is in the terminal year
14       is outside my pay grade.
15 Q.   But it was your recommendation that she not
16       be in her terminal year?
17 A.   I said based on other schools and all, we
18       definitely don't -- we should -- but, you
19       know, the decision whether she's on the
20       terminal degree -- terminal year is the
21       decision of the provost.  You know, it's not
22       my decision.  And, you know, the provost, I
23       don't know.  And then HR.  I've got no idea.

Page 170

1   Q.   Let me show you what is marked as Exhibit 24
2        from Pettis. And this is a grievance that
3        Dr. Bell-Haynes filed --
4   A.   Uh-huh.
5   Q.   -- over the --
6   A.   Yeah.
7   Q.   -- denial. Is that the promotion?
8   A.   Promotion and tenure.
9   Q.   Okay. And that was filed in April of 2019
10       asking for a protection from retaliation
11       over her first denial of tenure. Were you
12       aware that she filed that?
13  A.   No. I'm seeing it for the first time.
14  Q.   All right. And then let me show you what
15       was marked as Exhibit 25 which was a
16       grievance filed by Dr. Bell-Haynes for
17       denial of tenure in August of 2019.
18       MS. JONES: That's not her grievance.
19       MS. McGOWAN: That's not her
20       grievance.
21       MS. JONES: No.
22  A.   This is from the -- from the chair of the
23       grievance committee.

Page 171

1   Q.   All right. I'm sorry. That would have been
2        the decisions of the chair of the committee;
3        is that correct?
4   A.   You know, I have never seen this document.
5        You know, I have -- I have never seen this
6        document. They said a carbon copy is to
7        come to me, a copy, but this -- I have never
8        seen this.
9   Q.   So you don't recall receiving a copy of the
10       faculty grievance committee's --
11  A.   Unh-unh. No. No. I have a decent memory,
12       and --
13  Q.   And --
14  A.   And, you know, I was -- you know, I'm of the
15       opinion of why is this not being shared with
16       the dean. You know, you see that. It's at
17       the very top level. You know, I have not
18       seen this paperwork.
19  Q.   All right. So it says that you were copied
20       and Dr. Bell-Haynes?
21  A.   Yeah.
22  Q.   But you don't recall seeing that?
23  A.   No, ma'am.

Page 172

1   Q.   And were you copied on this? I don't think
2        you were.
3   A.   No. No.
4   Q.   All right. And do you recall seeing -- were
5        you copied on the decision of the faculty
6        grievance committee finding in her favor
7        for --
8   A.   No, ma'am. No. No. I've been kept --
9        MR. JONES: Let her finish her
10       question.
11       THE WITNESS: Sorry. Sorry. Sorry.
12  Q.   -- finding in Dr. Bell-Haynes' favor for the
13       awarding that she shouldn't have been
14       awarded a terminal contract?
15  A.   No. No.
16  Q.   All right. Do you know if anyone did any
17       investigation of -- did anyone ever inform
18       you that Dr. Bell-Haynes had made complaints
19       of discrimination regarding her treatment in
20       the College of Business?
21  A.   Not to my knowledge, no.
22  Q.   Do you know if anyone conducted an
23       independent evaluation of Dr. Bell-Haynes'

Page 173

1        tenure application after it was denied the
2        first time?
3   A.   No. I don't know.
4   Q.   Do you know if anyone conducted an
5        independent evaluation of her tenure
6        application after it was denied the second
7        time?
8   A.   No.
9   Q.   Were you made aware that Dr. Haynes made an
10       appeal up to the Board of Trustees over the
11       second denial of her tenure?
12  A.   I was not aware. No.
13  Q.   And were you aware that Dr. Bell-Haynes
14       offered to work as an adjunct instructor
15       when she resigned her employment in January
16       of 2020 if you needed help covering the
17       classes?
18  A.   You know, my memory isn't clear. So I
19       would -- you know, I would not say a firm
20       yes or no.
21  Q.   Okay. Did you get an E-mail from her or a
22       letter from her telling you she was
23       resigning her employment to take another

44 (Pages 170 - 173)

1    position due to the fact that she'd been
2    issued a terminal contract?
3  A.  I think yeah.  You know, when she -- I think
4    yes.
5  Q.  Okay.  And do you know whether or not in
6    that letter she offered to work as an
7    adjunct if you needed help covering classes?
8  A.  I would -- I don't -- you know, I can
9    neither say yes or no.
10 Q.  Do you have any relatives that live in
11   Alabama, say, from Wetumpka south?
12 A.  No.
13 Q.  Do you have any family members?
14 A.  No.
15 Q.  Are you married?
16 A.  Uh-huh.
17 Q.  Is your wife living here?
18 A.  Uh-huh.
19 Q.  Okay.
20 A.  Yes, ma'am.
21 Q.  What is your wife's name?
22 A.  Sudha Hingorani.  Sudha, S-U-D-H-A.
23 Q.  Does she work?

1  A.  She works.  Yeah.  She works at Maxwell Air
2    Force Base for a contractor, Vectrus.
3  Q.  What does she do?
4  A.  She is an accounting manager there.
5  Q.  Do you have any children?
6  A.  I have two children.  Sorry.  Two children.
7  Q.  Where do they live?
8  A.  New York, both of them.
9  Q.  Both in New York?
10 A.  Uh-huh.
11 Q.  Do you have any grandchildren that live here
12   over eighteen?
13 A.  I'm praying for my daughter to get married.
14 Q.  Do you have a son and a daughter?
15 A.  I had a son who passed away.  Yeah.
16 Q.  Oh, I'm sorry.  Your two children, do you
17   have two girls living in New York?
18 A.  Yeah.
19 Q.  And they both live in New York?
20 A.  Separately.
21 Q.  In the city or just the state?
22 A.  One stays in Manhattan and the other one
23   stays in Brooklyn.

1  Q.  Okay.
2  A.  And, you know, if you want to know the rent
3    they pay, it would blow your mind.
4  Q.  Okay.  All right.  And do you belong to any
5    groups or clubs or organizations?
6  A.  No.
7  Q.  Regularly attend any religious services?
8  A.  Not me.
9  Q.  Does your wife?
10 A.  Wife is a little more active in the Indian
11   community.  So she's -- she likes a crowd.
12   I don't.
13 Q.  All right.  Do you belong to any
14   professional organizations?
15 A.  You know, like PMI.  Nothing.
16 Q.  Do you hold any office?
17 A.  No.
18 Q.  Do you belong to any social clubs?
19 A.  Social clubs?  No.
20 Q.  I'm just trying to find out for jury
21   purposes if there would be anybody that
22   would know you on the jury.
23 A.  My younger daughter -- I've never got a jury

1    summons, you know.  But my younger daughter
2    got one.  And she's in New York.  So --
3  Q.  Did your children go to school here, grow up
4    in Montgomery?
5  A.  Yes.  Both of them.  The younger one was
6    born in Montgomery at Baptist East, went
7    through the public high school system.  And
8    she -- she -- she even went to an Ivy
9    League.  Her BS is in finance, and now she
10   works in Wall Street.  The other one is a
11   pure Alabamian.  She went to school in the
12   magnet school system.  She went to South
13   Alabama.  She went to UAB to do medicine.
14   Did residency at UAB.  Did fellowship at
15   Sloan, and now she works for -- she just
16   finished.
17 Q.  Just finished her residency?
18 A.  No.  The fellowship.
19 Q.  Fellowship at Sloan?
20 A.  Yeah.  And now she works in Brooklyn.
21      MS. McGOWAN:  Can we have a moment for
22   me to flip through my notes?  I might be
23   through.

45 (Pages 174 - 177)

1          (Brief recess)
2   Q.   All right.  With regards to Dr. Bell-Haynes'
3        dossier, she submitted the -- for her
4        scholarly research she submitted the actual
5        articles or books or that kind of stuff,
6        correct?
7   A.   Yes, ma'am.  Yeah.
8   Q.   And it was in a -- and all of her stuff was
9        in a big notebook and everything?
10  A.   Most of the faculty have three binders.
11       Hers would have been the same thing.
12  Q.   And your review, each person would review
13       those binders and books and stuff to do
14       their scoring?
15  A.   Generally, you know, in the dean's office
16       they're supposed to go alone and see the
17       entire -- entire dossier.
18  Q.   Is there a -- an area in the dean's office
19       like an office?
20  A.   We have a conference room.
21  Q.   And it's in the conference room?
22  A.   Yeah.
23  Q.   Is that the same conference room where the

1        tenure review committee meets?
2   A.   Yes, ma'am.
3   Q.   Okay.
4   A.   And the conference room is -- the secretary
5        who can get into the room.
6   Q.   Do they -- after they review it, when do
7        they turn the score sheets in?
8   A.   Score sheets are on the day of the committee
9        meeting.
10  Q.   So do they sit there and score during the
11       committee meeting, or are they already
12       filled out?
13  A.   Most of the time they fill it up.  You know,
14       we don't -- some of them do it at that time.
15  Q.   Do any of them fill out their score sheets
16       as they review the stuff?
17  A.   Most of them will do that.
18  Q.   Did you ever tell anyone that you wanted to
19       get rid of everyone up on the third floor?
20  A.   I told you that it's impossible to recruit
21       faculty.  So I'm very possessive of what
22       faculty I have.  Under no circumstance would
23       I tell or make a statement that I want

1        everybody to be rid of.  I want -- you know,
2        I told you I have three Ph.D.s who retired
3        who still work for me.  So anybody who
4        worked and get experience, I will be the
5        last person to let anybody go.  And I have
6        not -- you know, I've got so many temporary
7        people working for me.  I work through their
8        strengths and I don't look at their
9        weaknesses.  People have their own
10       strengths.  And every faculty member is very
11       important to me.  I would never even dream
12       of firing an entire block of faculty.
13  Q.   And up on the third floor, that would be
14       the --
15  A.   Management and marketing.  We have not fired
16       anybody.
17            MS. McGOWAN:  I don't have anything
18       else.
19            MR. JONES:  Just real quick.
20            EXAMINATION
21  BY MS. JONES:
22  Q.   Dr. Hingorani, have you ever received an
23       application from Dr. Bell-Haynes for the

1        position of adjunct?
2   A.   No, ma'am.
3   Q.   And you testified previously that you didn't
4        believe Dr. Pettis would hire
5        Dr. Bell-Haynes as an adjunct.  What did you
6        base that belief upon?
7   A.   Again, you know, I mentioned during my
8        answer and all that in organizations such as
9        ours, we always look for precedent, you
10       know.  So I thought -- what I was thinking
11       would be the same type process in
12       Dr. Pettis' mind.
13  Q.   So the precedent of hiring someone as an
14       adjunct after they had been issued a
15       terminal contract?
16  A.   That's correct.
17  Q.   Okay.  But have you had any discussions with
18       Dr. Pettis about hiring --
19  A.   No.
20  Q.   -- Dr. Bell-Haynes as an adjunct?
21  A.   No.  No.
22            MR. JONES:  No additional questions.
23            EXAMINATION

46 (Pages 178 - 181)

Page 182

1 BY MS. McGOWAN:
2 Q. If the president was -- if it was okay to
3    hire -- if the president was there to hire
4    someone as an adjunct, would you hire
5    Dr. Bell-Haynes as an adjunct?
6 A. You know, that is, again, a very sensitive
7    issue. We are struggling with somebody who
8    has been denied tenure. You know, it's very
9    sensitive. You know, I cannot say yes or
10   no. But, you know, if a request came after
11   -- not immediately but after, say, five
12   years and there's a precedent, that would be
13   okay. At this particular time it would be
14   very difficult, you know.
15 Q. In fact, your own policy says that after so
16   many years of being denied tenure, someone
17   can apply to come back; is that correct?
18 A. Not to my knowledge. I have never seen
19   anything like that. No.
20 Q. Is an adjunct professor considered a faculty
21   position or a non-faculty position?
22 A. Faculty. If you're adjunct, we cannot give
23   more than three classes because then we have

Page 183

1    to get them benefits. So they are just paid
2    the basic pay.
3 Q. Adjunct employees are just contract
4    temporary?
5 A. Contract temporary with no benefits.
6 Q. Are adjunct faculty members, are they
7    covered by the faculty handbook or the HR
8    employee manual?
9 A. Adjunct to the extent of credential, that is
10   -- that goes to the provost office. They
11   are -- they are -- bid for the class they
12   teach. And the process is, again, you know,
13   the salary combination sheet goes from the
14   dean's office to the provost to HR. And
15   they are termed as faculty because they have
16   access to the learning management systems
17   and things of that sort and to the grading
18   system. It's just online.
19 Q. Do adjunct professors have to go through an
20   interview process?
21 A. Interview?
22 Q. With an interview committee?
23 A. No. No formal interview. But informal,

Page 184

1    yes.
2 Q. Does the department chair hire the adjunct?
3 A. Mostly.
4        MS. McGOWAN: That's all I have.
5        MR. JONES: Nothing further.
6        (Whereupon, the deposition was
7         concluded at approximately
8         6:08 p.m.)

Page 185

1              CERTIFICATE
2
3 STATE OF ALABAMA
4 ELMORE COUNTY
5
6    I hereby certify that the above and
7 foregoing deposition was taken down by me in
8 stenotype and the questions and answers thereto
9 were transcribed by means of computer-aided
10 transcription, and that the foregoing
11 represents a true and correct transcript of the
12 testimony given by said witness upon said
13 hearing.
14    I further certify that I am neither of
15 counsel, nor of kin to the parties to the
16 action, nor am I in anywise interested in the
17 result of said cause.
18 Signed the 3rd day of September, 2022.
19
20        *Virginia Denese Barrett*
21        /s/Virginia Denese Barrett
22        ACCR #458, Expires 9/30/23
23        My Commission Expires 9/9/23

47 (Pages 182 - 185)

## &

**&** 5:4

## 0

**000001** 23:1
**00018** 1:4
**000207** 100:5
**000829** 130:3
**002025** 12:23

## 1

**1** 4:9 11:4,8 80:1
  89:17 150:17,18
  151:13,14,14,15
  151:16 153:1,2,9
**10** 151:18 152:14
**103** 23:1
**11** 4:9
**11/6/14** 4:15
**11th** 137:19
**12** 4:11 151:15,15
  151:19 153:9,10
**13** 151:15,18
  152:16,16,17
  153:10,15
**14** 99:4,5 152:18
  152:18 161:5
  162:12 168:10
**15** 99:4,5,11,12
**15th** 131:4
**16** 99:11,12,15,16
**160** 4:14
**17** 99:15,16 106:7
  126:18 152:14,18
  152:20
**18** 106:7 126:18
  137:7,9 164:11
  167:1

**180** 4:4
**182** 4:5
**18315** 185:20
**19** 130:7 133:19
  137:7,8,18,19
  138:10,18,23
  164:11,12 167:17
  167:17
**1974** 16:11
**1979** 17:3
**1987** 18:2
**1990** 109:12
**1992** 17:23
  109:12
**19th** 5:5
**1:00** 1:20

## 2

**2** 4:11 12:16,19
  46:4,6 49:7 71:16
  73:19 107:11
  118:7 119:7
  121:1 122:12,14
  122:18 139:13,15
  142:2 147:23
  152:14 154:22
  155:2,7,7
**2.0** 48:2 117:5,12
  135:23 150:20
**2.23** 141:21
**2.58** 139:5,10
**2012** 103:15
**2013** 25:6 26:4,4
  26:6,12,14 70:14
  103:1
**2014** 61:6,8 70:14
  161:12 162:1

**2016** 8:21 101:11
**2017** 126:8
**2018** 29:7,15
  61:18 62:20
  106:6 163:20
  167:7
**2018/2019** 10:4
  29:4
**2019** 143:2
  149:16 170:9,17
**2020** 30:17,18
  173:16
**2022** 1:19 2:9
  185:18
**211** 101:1
**22** 4:13
**24** 170:1
**25** 170:15
**27** 152:14
**271** 5:10
**28** 143:4,5 159:15
**29** 98:4,6,9,13
**29th** 106:5
**2:21** 1:4

## 3

**3** 4:13 22:16,21
  71:19,21 117:15
  118:22,22 122:8
  151:13,14,15,16
  151:18 152:18,20
  152:20 153:1,2,4
  153:8,9,17,20
  157:7
**3-10** 47:9,10
**3.0** 47:22 49:6
  107:7

**3.0.** 147:17,21
**3.4** 47:11
**3.5** 131:12
**3.50** 139:2
**30** 129:19 130:1
  144:9
**301** 5:5
**30th** 1:18 2:8
**31** 166:23
**32** 111:14
**323** 105:9
**324** 105:14
**33** 166:22
**330** 108:2,21,22
**35203** 5:5
**358** 110:3
**359** 113:8
**36101** 5:10
**36104** 1:22 2:8
**362** 114:10
**368** 116:2
**369** 116:11
**374** 116:14
**376** 116:14
  118:12
**380** 119:11,12
**383** 119:19
**384** 119:21
**385** 119:23
**387** 120:8,10
**392** 120:21,22
**3rd** 185:18

## 4

**4** 4:14 117:23
  119:8 151:13,14
  151:14 153:1,2,2
  153:8 160:22

161:4
**407** 121:19
**409** 122:2
**421** 123:6
**422** 1:21 2:7
123:15
**423** 123:18
**436** 125:14
**437** 126:5
**458** 185:22

**5**

**5** 46:19,22 48:11
49:1 100:10
108:10 119:2
151:14,17 152:14
152:18,18,20
153:2,8
**5.0** 150:13
**562** 126:21,22
**5th** 126:8

**6**

**6** 4:3 152:20
**680** 143:12
159:14
**681** 145:4
**689** 147:4
**697** 165:8
**698** 147:10
**6:08** 184:8

**7**

**7** 150:5 151:14
**7/22/19** 4:12
**71** 108:5
**72** 108:6
**734** 150:6,7
**738** 150:4

**740** 150:8,9
**77** 48:9 137:21,22
**78** 108:11 109:7
137:20 142:8,13
142:14,16 144:18
149:9,12,16,17
149:20 150:11
**79** 17:18 137:22

**8**

**8** 151:14
**80** 137:22
**806** 155:3
**81** 48:9 137:23
**828** 143:12
**843** 131:1,2 133:1
**844** 133:2,3
**845** 134:17
**846** 130:13,15
**847** 135:14,17
139:18,19,20,23
140:5,22
**850** 136:17,18
**857** 137:2,3,22
**86** 18:2
**863** 138:15,16
139:20,23 140:1
140:4,23
**864** 141:7
**868** 142:5,7

**9**

**9** 151:14 152:18
152:18 153:2,9
**9/30/23** 185:22
**9/9/23** 185:23
**91** 100:7,9
**92** 17:22 19:7,8
19:12

**920** 144:11
**923** 130:3
**95** 19:8,13,14
20:11 21:2,3
70:11
**98** 24:21
**99** 24:18,19,21

**a**

**ability** 76:9
**able** 67:4
**abstained** 113:18
**academic** 9:9
71:8,13 104:1
107:15 112:1,17
128:20 143:18
157:10
**academics** 63:16
**accept** 56:19,23
**accepted** 18:12
**access** 183:16
**account** 82:12
**accounting** 9:4
20:20 26:10 33:4
36:11 37:16,18
37:19 38:7 39:3
39:19 42:10,20
43:14 45:13
87:22 90:20 91:2
102:10 175:4
**accr** 185:22
**accurate** 129:4
**acting** 20:17,18
20:19 26:22,23
27:3,10 87:18
88:1,5
**action** 185:16

**active** 176:10
**activity** 116:16
118:8 139:8
**actual** 54:16
123:2 130:20
155:11 178:4
**add** 11:23 146:10
146:10 152:8
153:14
**adding** 153:3
**additional** 181:22
**address** 116:1
**addressed** 157:4
**adjunct** 32:21
36:2,17,18 37:5
38:13 85:5,7,10
85:18,22 86:22
87:4 173:14
174:7 181:1,5,14
181:20 182:4,5
182:20,22 183:3
183:6,9,19 184:2
**adjuncts** 29:16
37:8,11 38:6,19
85:5,12,15
**adjusted** 59:9
**administration**
8:15 9:7 29:19
34:23 38:21
39:18 57:15
83:11 88:10
102:2,9 104:15
**advance** 52:8
**advertise** 27:8
**advertised** 27:6,7
27:12 34:10,11
34:15

advised  18:5
advisees  42:2
advisement  41:23
aea  66:8
affairs  23:11 71:9
  71:13 104:2
  128:20 143:18
affect  154:21
affirmative  17:17
  18:15,23 58:8
  62:11 63:4 74:1
  74:19 106:17,22
  122:6 146:19
affirmed  6:3
african  30:23
  31:1,2,3,16,19,21
  31:23 32:1,8,11
  32:13 37:10,11
  37:12 39:20,21
  40:7 44:18,20
  45:1 74:11 76:12
  95:12,19 97:14
age  47:4
agencies  21:18
ago  28:12
agree  169:1
agreed  2:2,10,17
  3:1
agreement  7:21
  8:2,7
ahead  11:7
aided  185:9
air  175:1
alabama  1:2,8,18
  1:20,22 2:6,8 5:5
  5:9,10 8:15 28:19
  34:20 43:1 79:4,6
  79:16 83:9 146:4

174:11 177:13
  185:3
alabamian
  177:11
albany  145:17,20
alleging  14:15
allow  85:23 87:5
  115:23
allowed  70:2 87:4
altogether  78:1
america  81:10
american  30:23
  31:1,2,3,16,19,22
  31:23 32:2,8,11
  32:14 37:7,10,11
  37:12 39:21 40:2
  40:7 44:20 45:1
  74:11 76:12
  95:12,19
americans  37:9
  39:20 44:18
  97:14
amount  59:6
analytics  42:21
announced  84:11
annual  41:5
anonymous
  52:19 53:2
answer  7:13 8:11
  22:5 29:7 97:18
  181:8
answered  82:21
answers  185:8
anybody  13:19
  34:21 88:19
  93:23 94:3,4 99:7
  176:21 180:3,5
  180:16

anymore  70:3
anywise  185:16
apologize  6:19,21
  71:19 148:15
appeal  173:10
appear  108:4
  130:6 132:20
  136:23
appearances  5:1
appeared  116:23
appears  114:12
  120:15 121:20
  136:19 140:22
  142:16 144:13
  166:23
appendix  110:22
  111:23 112:19
applicable
  125:22
application  44:1
  91:20 103:13
  106:10 109:23
  110:7 130:8
  143:11 144:23
  145:1 155:16
  158:4,23 159:2
  167:7 173:1,6
  180:23
applications
  157:5
applied  45:9,14
  60:22 74:4,9,20
  74:23 89:21
  91:12 98:15
  100:21
applies  50:8
apply  15:12 16:2
  45:15 48:18

67:11,12,14,14
  90:22 107:18
  111:2 158:17
  161:16,23 182:17
applying  16:1
  45:17,19 91:15
  163:19
appointment
  128:12,15
appropriate
  75:13 78:23
  111:23
approve  62:4
  109:16
approved  64:15
  109:14
approves  56:3
approximately
  1:19 36:2 184:7
april  106:5
  133:19 170:9
area  79:1 178:18
areas  81:3 89:2
  107:11 120:13
  136:1 141:13
article  123:5
articles  112:21
  118:19,23 119:3
  119:7,8 123:2
  153:21 178:5
asked  72:19
  82:20 83:3,20
  133:23 156:13
  157:19
asking  7:5 66:4
  78:13 143:17
  156:17 170:10

**assessment** 48:6
**assign** 2:21
**assigned** 51:5
　62:10
**assistant** 16:6
　20:15 25:3 27:14
　41:12,14 44:12
　61:7,11 68:1 69:4
　69:10,13 71:14
　78:15 111:4,7
　112:14
**associate** 20:21
　26:11 70:6,7
　71:14 79:14,18
　83:10 88:15
　161:13
**association** 1:21
　2:7
**assume** 99:22
　141:12
**assumed** 85:2
　94:3
**assuming** 138:20
　141:14
**asterisk** 118:14
　118:14,17 119:6
**asu** 4:13 12:23
　20:12,13,14,23
　22:2,23,23 23:1
　24:14 26:5 28:18
　40:12 53:5,11
　64:20 65:19 66:9
　66:9 67:1 68:5
　85:14,19 86:6
　97:5 100:5
　107:14 128:7
　130:2,3 143:10

**attached** 11:5
　12:20 22:17
　135:19 136:15
　161:1
**attend** 176:7
**attorney** 24:2
**attorneys** 7:1
**auburn** 18:11,16
　19:6,11,21 20:1,6
　28:19 81:2,18
**august** 1:19 2:9
　170:17
**aum** 97:6
**authenticity** 26:3
**authority** 57:3
**automatic** 51:14
**available** 95:14
　135:10
**avenue** 1:21 2:7
**average** 28:3,3
　102:14 115:10
　131:9 139:4
　141:20 154:11,15
　154:15
**averaged** 139:9
**averages** 154:10
　154:14
**averaging** 154:10
**award** 77:2 125:5
　125:9
**awarded** 82:8
　84:10 172:14
**awarding** 104:14
　172:13
**awards** 104:14
　122:17 124:18
　125:1

**aware** 14:3,6
　65:17 66:4,6,7,9
　71:22 73:5 78:2
　78:22 82:6,13,16
　85:17,20 89:9
　92:5 110:22
　127:17 133:19
　145:10 156:3,21
　156:23 160:14,15
　161:21 167:5
　168:1,8 170:12
　173:9,12,13

## b

**b** 8:19 30:21 39:8
　47:13,15,20
**b.s.** 16:18,22 17:2
　17:4
**back** 12:11 14:10
　48:11 64:9 68:22
　79:22 86:12 87:9
　94:8 96:19
　102:22,22 103:15
　104:18 109:19
　111:17 118:16
　133:19 137:14,19
　138:9 139:16
　144:8 151:20
　153:3 161:5
　165:8 182:17
**background** 16:9
**backwards**
　103:15
**bajestani** 30:2,19
**bakir** 38:20 102:8
**balance** 85:11
**band** 98:8

**baptist** 177:6
**barrett** 1:17 2:5
　185:21
**base** 175:2 181:6
**based** 10:10
　63:16 86:3 92:15
　112:3 120:1
　121:6 122:22
　140:3 165:23
　169:17
**basic** 183:2
**basically** 10:3
　23:19 51:23
　113:13 114:1
　127:7
**bates** 12:22 23:1
　24:3,12,17 100:4
　105:7 108:2,21
　113:7 114:10
　116:2,14 125:14
　143:9,12 147:3
　159:9
**battle** 36:9,10
**beginning** 62:20
**behavior** 19:22
　81:4,5 129:17
**belief** 181:6
**believe** 28:5
　64:19 144:12
　181:4
**bell** 1:5 5:13 7:1
　14:3,14 22:3 25:2
　26:18,21 31:17
　32:19 34:5 44:16
　57:17 60:22 61:5
　65:12 66:7 72:21
　73:1,9,11 74:2,9
　75:5,11,15 76:3,8

77:8 78:10 81:22
82:6 83:21 84:6
85:2,21 86:8,21
89:20 92:23 96:9
105:15 109:22
111:22 116:12
120:11 123:1
126:13,19 130:7
130:21 131:8,21
143:11 147:5
155:2 156:3
157:6 161:8,11
161:21 167:19
170:3,16 171:20
172:12,18,23
173:13 178:2
180:23 181:5,20
182:5
**bell's** 77:10 84:21
87:16 89:5 91:20
**belong** 176:4,13
176:18
**benefit** 153:11
**benefits** 183:1,5
**best** 6:21 8:10
12:9 14:9 18:6
22:12 124:1
125:6
**better** 72:17
**beyond** 124:20
160:10
**bias** 121:12
**bid** 183:11
**big** 23:9 32:15
64:3 98:3,7 178:9
**binders** 52:1
178:10,13

**birmingham** 5:5
18:8
**black** 76:9,17
**blessed** 38:3
**block** 180:12
**blow** 176:3
**board** 84:10
173:10
**bob** 103:21
**body** 157:2
**bolted** 39:13 40:8
45:11
**book** 46:14,15,16
48:20 49:1
111:22 112:1,12
112:16 117:2
121:2 122:14
**books** 122:12
123:2 178:5,13
**booth** 4:15 8:23
21:4 26:7 64:10
65:1 74:21 75:1
78:5 160:21
161:11 162:2,8
162:11
**border** 128:5
**born** 18:2,2 37:7
177:6
**bottom** 24:11
108:5 109:4
140:8 141:14
161:9
**box** 5:10
**bradford** 39:7,7
39:8 67:23 69:3
69:10 70:10
**break** 11:1 42:13
54:23 97:21

100:22 154:5
**breakdown** 42:12
**bridge** 78:3 83:21
83:22,22,23
**brief** 55:4 98:1
154:8 178:1
**bring** 32:7
**brings** 17:21
**brooklyn** 175:23
177:20
**brought** 63:19
118:7 151:12
**bs** 177:9
**budget** 33:12
41:7,8,9 164:4,7
**budgetary** 89:4
**bunch** 11:13,14
11:19 23:9
**bureaucrat** 17:8
17:11
**bureaucratic**
89:6
**burgers** 36:20
**business** 8:14 9:2
9:7,10,12 18:22
20:9 22:4 23:11
28:17 29:8,18
31:21 32:8,11
34:14 36:3 38:5
38:20 39:18
40:15,18 50:4,9
51:22 57:15
65:18 67:17
70:19 71:22 74:5
79:7,15,19 80:5,9
80:11,14 81:14
83:11 87:21
88:10 96:22

98:16,17,20 99:8
99:9,12,13 102:2
102:8 104:15
106:20 145:12
146:4,7,12
172:20
**butchered** 6:18

**c**

**c** 8:19
**call** 12:4,11 15:20
71:10,12 90:15
90:16 128:21
**called** 9:6 18:18
42:20 46:9 80:6
81:12
**candidate** 50:17
133:7
**candis** 5:4 6:23
10:21 55:1
**carbon** 171:6
**care** 44:23
**career** 17:8
**careful** 13:18
**caribbean** 44:22
45:2
**carl** 126:6 131:5
135:1
**carlos** 102:6
**carolina** 85:9
145:18
**carr** 78:23
**case** 1:4 14:1
66:14 73:2
101:19 107:2
**cases** 56:16
**categories** 151:2
154:22 155:8

**category** 124:17
**cause** 185:17
**center** 9:10,12
**central** 85:9
**certain** 59:6
**certificate** 83:22
83:23 185:1
**certify** 185:6,14
**chain** 81:12,17,20
161:5
**chair** 20:17,18,19
26:8,8,12,14,15
26:18,22,22,23
27:2,3,5,6,8,10
27:11 40:12,22
50:23 51:5,6,13
51:14,17 55:8,12
55:19 63:17
64:10,23 71:7
75:21 83:4 87:17
87:18,23,23 88:8
88:10,12,13,22
89:1,7 90:1,23
91:8,10,11,16
93:13 94:9
100:18,19 105:1
105:2,4 124:1
125:8,21,23
132:4,9 164:2,3,6
170:22 171:2
184:2
**chairs** 87:19 88:1
88:6 89:10,17
**challenges** 121:4
**change** 128:9
129:14
**changed** 104:18

**changes** 9:17
**chapter** 118:9
**chapters** 121:2
122:11
**charge** 14:15
**charles** 68:11
**charlie** 30:12
31:2,13 68:12,13
68:23
**chart** 130:17
**check** 46:17,21
47:1 99:22 100:2
105:15,21 116:3
123:9 125:16
126:23 127:3,14
128:14 129:2
135:16,21 136:5
136:6 139:16
140:5,12,16
144:3 147:4
149:11 158:12
165:2 167:14
**checked** 135:22
140:6 168:4
**checking** 140:7
**checks** 128:13
**children** 175:5,6
175:6,16 177:3
**childs** 5:4
**china** 40:6
**choice** 50:5
**chun** 102:3,4
105:18 142:18
**chun's** 142:13
**circled** 117:11,15
144:13 151:5,23
152:9 153:8,17
154:2

**circumstance**
179:22
**cis** 9:5,19 20:15
20:18 26:8,13,14
33:2,19 36:4,6
37:2,5,6 38:9
42:10 43:12 65:6
87:23 102:4,6,9
**citizens** 37:8 40:2
**citizenship** 41:16
41:21 150:7
157:11
**city** 175:21
**civil** 16:18,23
17:1
**claims** 13:23
**class** 41:6 183:11
**classes** 36:17,23
41:15,17 62:9,10
62:16,18 77:22
85:10,14 173:17
174:7 182:23
**classified** 68:1,1
**classroom** 131:22
**cleaned** 34:19
35:2
**clear** 60:20
155:14 173:18
**clearly** 35:10
54:18 168:19
**close** 28:9
**closely** 41:3
**clubs** 176:5,18,19
**clueless** 162:20
**coba** 8:17,18,20
9:14 23:15 24:3
26:16 27:16 29:5
56:9 63:20

**cobol** 80:7,7,8,9
80:12,12
**colleague** 22:6
160:13
**colleagues** 76:6
**college** 8:14 9:1
15:15 20:9 21:7
21:11 22:3 23:11
27:21 28:16 29:8
32:22 33:10
34:13 36:3 37:1,2
38:5 39:2 40:15
41:4 42:7,19 43:9
43:21 44:3,19
50:3,9 51:10,22
63:3 65:12,18,20
66:10 67:17
70:18,21 71:22
74:5 75:8 79:7,15
79:18 80:10,14
81:14 83:10,16
87:20 96:22
98:16,17,19 99:8
99:9,12,13,19
101:14 102:7
106:20 118:7
145:12 146:4,6
146:12 172:20
**colleges** 40:17
99:2
**collegiate** 106:18
106:19 107:2
**combination**
183:13
**combined** 120:3
**come** 9:18 18:10
25:15 27:19 28:6
35:1 45:23 52:3

64:7 75:5 87:9
90:10 97:11
101:1 128:2
145:12 156:17
159:6 171:7
182:17
**comes** 45:2
103:18 142:12
163:17
**comfortable**
37:15
**coming** 13:22
24:8 56:17 64:2
65:17 94:8
108:22 163:1,6
**commencing** 1:19
**commendation**
125:3,7
**commensurate**
77:2
**comment** 76:20
131:18 144:4
**comments** 75:12
**commission**
93:22 185:23
**commissioner**
1:17 2:6 3:3
**committed** 42:21
**committee** 10:16
25:7,14,19,23
49:21,22,23 51:3
51:11,14,15,16
52:6 53:8,17 54:4
54:16 55:21
56:17 57:2 58:16
58:20 60:3,4,5,9
60:11 62:4 77:15
78:12,19 82:8,19

89:21 91:7 95:6
95:16 100:19
101:3,16 103:8
105:4 106:19,20
107:2,4 113:5
120:12 126:19
131:6 133:6
134:19 156:10,14
157:1 160:3,8
164:11 167:3
168:9 170:23
171:2 172:6
179:1,8,11
183:22
**committee's**
171:10
**committees** 25:16
42:5 55:7 114:4
145:11
**common** 86:16
**communication**
82:3
**community** 21:16
41:20,22 42:4
119:19 137:17
176:11
**company** 118:5
**compile** 94:9
110:22
**compiling** 51:8
**complain** 93:10
96:9
**complaint** 10:7,8
96:10
**complaints** 75:6
84:20 85:7 93:16
172:18

**complement**
21:13 41:2,3
**completed** 116:12
**completes** 103:1
**compliance** 2:14
**computation** 23:7
162:9 164:1
**computer** 48:22
185:9
**computers** 47:5
**concentration**
79:16
**concept** 35:19
**concern** 58:14,15
78:22 111:9
**concerned** 158:7
**concluded** 184:7
**conducted**
172:22 173:4
**conducting**
105:19
**conference**
178:20,21,23
179:4
**confidential** 14:2
54:20
**confidentiality**
133:8
**confirm** 140:18
**conflicts** 76:3
**confusing** 12:10
**congenital** 18:3
**consider** 125:8
**considered** 40:16
55:9 162:12
182:20
**consists** 51:23

**contain** 22:23
130:3 143:12
**content** 109:2
**contention** 77:12
96:6 115:16
**contentious**
134:14
**contentiousness**
94:17
**context** 76:15
123:22 162:4
**contract** 14:18
15:3,5,22,23
31:20 69:6,7 70:1
70:8,9 81:22 82:9
82:18 84:7,16
86:11 87:9
158:18 167:22
169:4,6,10,11
172:14 174:2
181:15 183:3,5
**contractor** 175:2
**contracts** 15:9
23:18 68:10
**contribution**
110:19 143:20
**control** 53:20
95:9
**converted** 109:9
**convince** 43:7
124:2
**convinced** 133:11
**copied** 171:19
172:1,5
**copies** 23:16,21
72:12 138:5,7,9
**copy** 9:23 10:22
14:9 59:19 83:1

123:4 142:10
148:22 171:6,7,9
**corner**   24:13
109:6
**correct**   6:22 8:12
11:18 39:9 47:23
48:12,19 49:17
49:18 50:18 54:9
60:7 61:1,6 77:19
78:11 80:19 81:1
96:1,21 105:5,5
105:13 106:8,11
106:14,16 107:8
107:9,12,13,19
107:21 108:1,12
109:23 110:8,11
110:13,13,15,17
110:20 112:20
114:1,2 115:22
116:6,9,13 117:4
117:8,13 118:1
118:10,18 119:4
119:4,9,15,16,18
119:22 120:14,17
120:19 121:9,11
121:17,18 122:3
122:9,10,13,16
122:18,19,21,23
125:20 130:4,5,9
130:10,22 131:7
132:23 133:21
134:20 135:5,6
135:20 136:19
138:4 139:6
140:23 141:1,5
141:21,22 143:3
143:13,15,16,19
143:22,23 145:7

147:5,8 148:6,19
149:2 150:14
152:3 154:17,23
155:4,23 156:1
157:8,9,15
158:17 159:21
162:2,10,13,15
163:2 164:16
165:3 171:3
178:6 181:16
182:17 185:11
**corrected**   92:12
**correcting**   92:10
**correctly**   6:16
60:10 75:4
140:16 163:11
**correspondence**
10:19 167:9,12
**counsel**   2:4,20
5:9 185:15
**counseled**   133:7
**count**   29:21,21
60:17 154:3
163:7,9
**counted**   111:11
111:12 154:4
**counts**   163:16
**county**   185:4
**course**   36:19
61:16 62:23
63:12 94:8
**courses**   20:5 38:9
**court**   1:1,17 2:15
7:6 11:17 127:20
**courtesy**   126:9,11
**covered**   183:7
**covering**   173:16
174:7

**covid**   29:1 90:14
**cpa**   69:18
**creativity**   48:6
135:22 137:5
139:5 140:6
141:20 147:23
149:6
**credential**   183:9
**credentialed**
61:12 62:3,7,13
62:17,21 63:9
71:1 77:18,21
**credentialing**
61:15 63:1 70:17
77:19 79:21
**credentials**   70:20
**credit**   127:18,22
127:22 163:15
**credits**   146:11
**crisis**   33:20,21
**criteria**   49:5
139:12 144:22
**critical**   21:11,23
37:20
**crowd**   176:11
**crux**   77:17
**culture**   129:14,15
129:15
**current**   107:15
**currently**   27:17
30:16 67:17
87:19
**cv**   1:4
**cycle**   106:7

**d**

**d**   39:8,8 174:22

**darrington**   36:5
**data**   28:6,19 29:8
42:20 61:2 127:8
**date**   61:8,19
119:15 127:9,11
127:14 128:12,14
**dated**   4:12,15
108:2 119:17
126:8 137:9,18
138:19 161:5
166:23
**dates**   22:7
**daughter**   175:13
175:14 176:23
177:1
**dave**   105:12
125:16 126:10
135:11 148:8
**day**   1:18 2:8 32:6
34:1 38:11 52:5,6
179:8 185:18
**days**   14:10 18:4
**dba**   104:6,9,12,13
104:14,17
**dbas**   104:18
**deal**   78:18
**dealing**   66:6
**dean**   8:14,19 9:11
9:15 20:8,16,21
20:22 21:3,4,5,7
23:19 26:7,11
31:7 40:20 41:4
43:9,20 44:13
50:4,15 51:13,16
55:6,11,14,20,22
55:22 56:9 62:3
63:18,20 64:9,10
64:11,23 65:1,20

**[dean - discretionary]**

66:10 70:21,23
74:12,15,23 75:1
75:18 76:2,11,23
78:5 79:14,18
81:23 83:4,10,15
88:8 89:13 91:19
91:19 92:7 99:19
104:16,16 132:3
132:10 157:3
160:14,18 162:23
164:3,6 168:6,7
171:16
**dean's**  52:2 72:3
178:15,18 183:14
**deans**  35:11 71:5
71:6
**debated**  94:19
**decent**  171:11
**decide**  57:9
157:20
**decided**  57:23
**decides**  66:2
**decision**  44:2
56:2 57:1 59:18
59:22 65:23
66:12 78:18
81:21 84:10
94:15 95:13
114:7 134:15,19
136:10,12 157:21
169:7,13,19,21
169:22 172:5
**decisions**  56:17
171:2
**declined**  33:17
**declining**  28:17
**decorum**  94:10

**decreased**  32:22
**defendant**  1:9 5:7
**defer**  60:19
**definitely**  26:12
164:17 169:18
**degree**  18:18 63:7
67:21 68:3,4,7
69:17 77:2,11,16
77:23 78:3,11
79:1,9,12 83:6,21
83:23 84:7 88:21
92:12,16 94:22
104:4,17 107:23
110:13,15,16
113:10 114:22
115:4,17,17,19
143:15 157:14,18
169:20
**degrees**  42:8 68:9
**delaware**  40:8,10
40:11
**deliberations**
133:5
**demanded**  64:17
**demarcated**
35:10
**denese**  1:16 2:5
185:21
**denial**  14:16,23
82:18 113:10
156:4,22 170:7
170:11,17 173:11
**denied**  43:21,22
43:22 44:1,5,8,14
44:18,21 58:9,10
58:11 59:19
65:19 74:14
145:8 173:1,6

182:8,16
**deny**  115:19
**department**  9:18
15:10 17:13 26:9
26:15,19 29:18
29:19 31:5 36:11
37:3 39:17 40:12
40:13,17 41:8,9
50:11,23 51:2
55:8,12,19 57:14
63:17 64:10,23
65:6 71:7,8 75:21
79:8 80:10 83:4
87:17,19,20 88:8
88:9,11,13,23
89:10 90:22 91:8
91:10,11,16
96:17 102:1
105:1 125:21
132:4,9 164:2
184:2
**departmental**
42:5
**departments**  9:1
9:3,9,14 40:18,20
50:14,14
**depends**  49:23
51:3
**depo**  46:7 98:13
130:1
**deposition**  1:12
1:15 2:4,12,13,22
3:2 4:9 7:3 9:21
11:9 12:12,16
13:20 14:11
22:22 46:22
71:17 111:14
161:4 184:6

185:7
**depositions**  2:16
**descent**  39:22
40:1
**determine**  103:6
157:17
**determined**  59:11
62:16
**develop**  21:16
**development**
9:10,12
**dexter**  1:21 2:7
**diba**  104:5,6,7,10
**dicey**  27:18
**difference**  75:16
76:16
**different**  42:8
59:23 62:9,10
80:19,22 88:15
99:2 108:9,23
109:1,3 144:22
149:19
**difficult**  12:4
29:6,9 32:9 33:15
91:3 97:8 182:14
**direct**  15:19
**direction**  15:6
**directions**  49:16
49:19
**directly**  18:12
**disagreements**
94:12
**discipline**  63:8
77:16 80:14
81:16
**discretionary**
41:9

**discrimination**
14:15 66:16
172:19
**discriminatory**
75:7
**discuss**  54:7
63:21 76:8,16
96:18 124:13
**discussed**  14:22
15:2 76:10 95:4
96:11 160:2
**discussion**  19:10
22:14 54:14
76:15 84:5 94:7
**discussions**  53:16
84:18 90:4
181:17
**dispute**  24:4 92:5
92:11 105:23
158:18,22 165:4
**disputed**  92:5
132:15 158:15
**district**  1:1,2
**divide**  41:15
152:4
**divided**  152:10
**division**  1:3
**doctorate**  78:2
104:15
**document**  10:12
12:11 25:10,22
26:3 46:9 47:6
52:21 59:2 63:13
72:8 100:18
109:9,10,13,14
134:3,4 136:1
140:20 147:15
156:7 159:4,7,20

166:14 171:4,6
**documentation**
24:8
**documented**  84:2
**documents**  10:5
11:13,22 12:2
13:6,9 22:23 23:2
23:5 46:3 72:7,16
97:23 98:3,14
130:2 133:12
143:9 166:1
**doing**  28:20 43:2
55:12 63:1,15
73:3
**dollars**  32:4
41:10,11 42:22
**dossier**  51:22
52:4 90:6 110:23
122:22 123:3,5
124:20,23 125:11
127:7 178:3,17
**double**  118:14
119:6 127:14
**doubt**  25:21
**dr**  1:5 5:13 6:16
7:1 8:23 12:5,6
14:3,14 18:7 21:5
22:3 25:2 26:7,18
26:21 31:17,19
32:19 34:1,5,6
39:17 44:16
57:17 58:3,6
59:18 60:22 61:5
61:20 64:22
65:10,12 66:7
69:6 72:21 73:1,9
73:11 74:9,12,13
74:16,17,20,21

75:1,2,3,5,11,15
76:3,8 77:8,10
78:5,10,23 79:2
79:19,23 81:22
82:6 83:5,7,20,21
84:6,21 85:2,21
86:5,8,21 87:16
89:20 90:3 91:20
92:23 96:9,12,15
99:22 100:20
101:4,23 102:3
105:12,15 109:22
110:4 111:11,19
111:22 113:18
114:15,21 116:12
120:11,23 121:21
121:22 122:2,20
123:1 126:10,12
126:13,19 127:16
127:20,21 130:7
130:21 131:5,8
131:21 135:1
141:10 142:12,13
142:20,20 143:6
143:11 144:6
147:5,18 148:23
149:3 155:2
156:3,10 157:6
160:21 161:8,9
161:11,21 162:2
162:8,11 166:22
167:10,12,19
170:3,16 171:20
172:12,18,23
173:9,13 178:2
180:22,23 181:4
181:5,12,18,20
182:5

**dream**  180:11
**dropped**  38:14,23
**due**  174:1
**duly**  6:2
**duties**  21:8 40:11
41:12 85:2 87:16
101:21
**dying**  32:17
81:11

|     e     |

**e**  4:11,14 10:13
10:14,22 12:16
12:22 13:3,7
30:21 44:11 72:5
72:6,12,15,17,20
72:23 73:6,22
79:3,14,20,22
82:11,14 83:3,5,9
83:13 156:7
160:17 161:4
173:21
**earlier**  71:16
102:13 158:2
**east**  177:6
**easy**  102:20
**ecm**  1:4
**economics**  33:6
34:3 37:22 39:15
40:3,4 44:12
**education**  1:21
2:7
**educational**  16:8
**eeoc**  14:15,21
**effect**  2:13
**eight**  30:2,2,3,5
36:19 48:4 119:6
143:22 144:14,15

144:23 151:5
154:1 155:9
**eighteen**  63:11
77:21 175:12
**eighty**  36:19
**either**  71:11
90:17 93:21
119:11
**electronic**  100:14
**electronically**
72:14
**eligible**  86:13
161:16
**elmore**  185:4
**else's**  165:20
**emphasis**  19:17
19:18,21
**employ**  68:5
**employed**  22:2
65:19 66:8 78:7
**employee**  66:10
68:19 72:14
183:8
**employees**  183:3
**employment**  23:7
92:17 173:15,23
**ends**  23:18 82:1,4
**engineering**
16:18,22,23 17:1
**engineers**  17:15
**enrolled**  27:17
**enrollment**  21:14
27:18 28:14,17
28:21,22
**entire**  52:21
140:15 178:17,17
180:12

**error**  137:13
140:13 151:10
153:11
**essentially**  115:6
**eternity**  35:20
**ethics**  53:13
**evaluate**  49:17
109:22 120:13
**evaluated**  59:5
103:4 123:8
124:7
**evaluating**  49:20
114:23 115:5
123:13
**evaluation**  46:15
46:16 105:20
108:8 109:5
119:12 120:16
172:23 173:5
**evaluator**  95:12
102:7 107:10
119:21 121:7
147:19 165:11
**evaluator's**  120:2
165:12
**evaluators**  95:10
119:14
**everybody**  36:1
51:6 147:18
148:23 165:20
180:1
**evidence**  2:22
**evolving**  81:20
**examination**  4:1
4:2 6:5 180:20
181:23
**excel**  100:15

**executive**  16:6
**exhibit**  4:7,9,11
4:13,14 11:2,3,8
12:16,18 22:15
22:21 46:6,19,22
48:11 49:1 71:16
71:19,21 73:19
82:15,17 98:13
100:10 108:10
111:14 129:19
130:1 143:4
144:9 159:15
160:22 161:3
166:22 167:17
170:1,15
**exhibits**  4:8 22:20
**expect**  33:12
52:16 53:23
**expectations**  64:8
**expected**  54:9
165:5
**experience**  20:6
61:1 78:9 145:19
146:15 180:4
**expires**  185:22,23
**explain**  92:14
102:21
**extent**  95:13
136:16 183:9
**external**  50:5,6
50:15,17 95:10
95:11 102:6
118:2 147:19
165:11,12
**extra**  32:4 129:20
146:13

| **f** |
| --- |

**f**  39:8
**fact**  174:1 182:15
**factor**  117:6
**factors**  21:12,23
**facts**  14:22 15:2
112:4,5
**faculty**  15:19
20:4 21:13,14
23:15 24:7 29:4
29:15,20 30:16
30:22 31:16,22
31:23 32:2,11,17
32:18,20,21 33:7
33:12,14,18
36:16,23 37:3,6
37:13,17,22 39:2
39:10,12,19,23
39:23 40:16,21
41:1,2,3,5 42:1
43:10 45:20 46:5
50:3,10 51:7,10
52:2,11 53:10
54:19 55:13
58:18 59:3,12
61:16 62:2,23
63:3,18,20,21
64:6,12 67:18
70:19 71:1,4 72:1
72:2,9 73:5,7,10
73:23 82:7 86:12
89:10 90:9 91:2
93:10 94:1,13
95:8 96:3,23,23
97:2,13,19
101:10,19 103:2
103:3,11,18
105:21 106:3

108:8 109:5
123:4 126:7
129:13 145:10,11
157:2 163:16
168:8 171:10
172:5 178:10
179:21,22 180:10
180:12 182:20,21
182:22 183:6,7
183:15
**fall** 20:23 21:2,3
29:3 42:18 43:4
**family** 174:13
**far** 26:23 113:19
163:7,7,8
**faster** 32:17
**favor** 168:12
172:6,12
**federal** 21:17
**feel** 20:1 37:15
53:7 86:7 107:22
111:22 121:15
**feeling** 57:1 86:2
92:1,2,4 96:5,20
109:8 114:20
121:16
**fell** 31:20
**fellowship** 177:14
177:18,19
**felt** 58:21 60:5,7
77:14,15 94:23
95:1 133:16
164:15 168:9,18
169:3
**female** 30:5,6,6,7
30:8,10,11 37:4
39:5,11,14

**females** 39:4,16
**field** 80:1 110:16
114:22 148:16
**fifth** 47:7,8 48:18
147:7 158:11,16
159:18 160:17
161:22 164:15,17
164:19 165:2
**fifty** 28:14 42:22
**figure** 27:19
**file** 4:13 15:18
23:10 24:3 72:2
129:11
**filed** 14:4,14 82:6
156:3,21 167:20
168:2 170:3,9,12
170:16
**files** 23:14 71:18
71:21,23 72:18
**filing** 3:2
**fill** 29:13 105:20
105:21 127:6
128:13 179:13,15
**filled** 179:12
**filling** 127:5
**fills** 103:12
**final** 57:3 59:17
65:23
**finance** 9:4 20:20
26:10 36:12
37:16,18,21 38:8
38:17 39:10,12
39:23 42:10
43:14 87:22
102:10 177:9
**find** 12:4 22:20
24:1 37:11 47:4
72:9,17 73:8 98:3

110:2 130:19
139:17 142:22
150:3 165:17
176:20
**finding** 172:6,12
**fine** 12:14 28:20
**finger** 139:20
**finish** 47:8 172:9
**finished** 177:16
177:17
**fired** 180:15
**firing** 180:12
**firm** 173:19
**first** 6:2 7:4,5 9:3
9:11,13 19:4
20:14 44:1 58:9
58:11 60:22 71:6
73:4 90:3 91:20
92:22 93:15,22
94:13 95:2,6,16
98:19,21 104:10
104:19 106:9
109:23 127:1
145:14 156:22
158:3 159:11
160:15 162:6
164:5 167:18
170:11,13 173:2
**fisher** 5:4
**five** 17:3 28:14
32:4 33:6 34:13
36:6,7 42:9,15
43:17 45:21,21
48:3 67:7,9 101:6
144:14,22 145:7
145:19 148:4
150:13,15 151:3
151:17 155:8

163:18 182:11
**fledged** 35:9
**flip** 47:9 116:23
118:11 122:2
134:16 177:22
**flipping** 36:20
**floor** 9:4,5,6,11
9:13 43:16
179:19 180:13
**florida** 83:18
**followed** 49:19
**follows** 6:4 36:1
**force** 2:13 66:20
175:2
**forced** 32:2 66:18
**foregoing** 185:7
185:10
**forever** 9:16
20:10 27:3 62:21
**form** 2:19 24:23
75:9 100:1
102:16 103:1
105:11 106:21
108:9,15,16,23
109:1,5 121:14
127:13 149:19
162:16
**formal** 183:23
**formally** 95:7
**forms** 48:7,23
49:2 59:3 100:13
108:4
**forrest** 36:5
**forward** 41:4
**found** 117:2
141:23 168:11
**founding** 21:5

**four** 20:5 28:15
28:22 29:15
36:16 41:15,17
43:15 45:21
48:15,16,17
60:23 101:6
106:12,23 107:14
107:17 113:15
117:16,18,19
119:2,8 122:8
135:8 145:6,19
146:1,14 148:2,4
151:17
**fourteen** 17:7,9
17:16
**fourth** 47:7,8
**frame** 10:4 29:4
**frankly** 32:23
**friends** 53:19
**front** 61:2
**frozen** 29:12 33:8
33:13 34:9
**full** 2:14 20:4
21:13 32:21 35:9
41:1,2 67:18,20
69:1 161:15
**fully** 37:21
**function** 21:9
**funded** 118:2
**further** 2:10,17
3:1 8:7 184:5
185:14

**g**

**g** 6:15 44:11
**general** 5:9
**generally** 50:6,19
51:4 64:15 86:11

87:12 89:16
90:13 127:9
178:15
**generating** 32:16
**georgia** 39:13
40:9
**getting** 44:4
51:13 97:12,22
157:21 160:10
163:4,5
**gi** 105:18
**girls** 175:17
**gittens** 44:8,9,21
**give** 11:12,14
13:12 15:5 20:1
51:8 52:7 63:7
64:16 81:22
101:21 118:6
125:13 127:17
137:14 141:12
150:2 159:5,9,12
168:7 182:22
**given** 86:10 87:8
109:13 113:9
119:10 126:9
127:21 129:21
146:1 153:10
168:9 185:12
**gives** 46:18
120:23 122:8,12
122:14,18 123:18
128:22,23
**giving** 8:10 15:3
163:15
**gmat** 18:11
**go** 11:7,16 16:3,8
22:13 23:23,23
24:10,16 27:20

28:6 33:1 47:18
54:5 72:19 81:18
86:19 87:15
90:10,13,21
102:22 103:15
105:6 108:2
116:2 117:6
118:16 120:21
122:1 123:15
131:21 132:11,13
135:14 136:13,22
137:19 138:9
139:16 147:10
150:7 155:11
164:20,21 165:8
167:15 177:3
178:16 180:5
183:19
**god** 47:6 142:9
149:5
**goes** 46:14 104:2
128:13 136:16
137:21,22 164:4
164:7,8,18
183:10,13
**going** 7:7,9,18
11:14,20,21 12:9
12:15 15:21
22:21 32:7 46:4
55:18 59:3 93:1,3
93:6 98:2,7,18
105:6,8 124:23
139:21 162:8
166:17 167:16
**goldfarb** 5:4
**good** 15:14 28:8
41:19 43:7 95:17
132:16

**gorman** 36:12
**gotten** 161:21
**government** 17:6
17:11 87:13
**grade** 158:21
169:14
**grading** 183:17
**graduate** 16:10
28:1 63:10,12
**graduated** 16:16
19:7,8,11 20:7
128:3
**graduating** 28:9
42:6
**graduation** 21:15
27:21,22 28:4,7
42:3
**grandchildren**
175:11
**grant** 21:17 56:11
56:11 57:7 118:5
**granted** 43:10
60:13 66:12 74:8
84:12 99:1 141:4
**greater** 97:1
157:6
**grievance** 10:16
10:20 73:5,8,10
73:23 82:7,7,18
82:19,23 83:2
92:22 156:4,10
156:14,21 157:1
167:19 168:2,8
170:2,16,18,20
170:23 171:10
172:6
**grounds** 2:21

**group**  98:14
120:15
**groups**  176:5
**grow**  177:3
**guard**  77:5
**guards**  76:22
**guess**  123:12,23
124:10
**guessing**  124:10
**guesstimate**
124:12
**guidelines**  60:20
**guy**  91:8 95:15

**h**

**h**  6:15 12:5,6 30:1
30:7,18 174:22
**half**  43:6 60:23
106:13 107:1
**hand**  24:13 109:6
166:15
**handbook**  40:16
40:22 45:20 46:5
51:11 52:12
183:7
**handle**  42:2
**handled**  58:20,22
157:2
**handling**  166:12
**handwriting**
123:7
**happen**  53:11
54:1 86:7 92:18
162:22
**happened**  10:3
10:10 17:23 62:8
94:14 138:1

**happening**  97:4,5
97:6
**happens**  59:1
142:8
**hard**  62:5 72:12
**hardy**  30:12,12
31:2,13 68:8,11
68:12,13,23
**haynes**  1:5 5:13
7:1 14:3,14 22:3
25:2 26:18,21
31:17 32:19 34:5
34:6 44:16 57:17
60:22 61:5 65:12
66:7 72:21 73:1,9
74:2,9 75:5,11,15
76:3,8 77:8 78:10
81:22 82:6 83:21
84:6 85:2,21
86:21 89:20
92:23 96:9
105:15 111:22
120:11 123:1
126:13,19 130:7
130:21 131:8,21
143:11 155:2
156:3 157:6
167:19 170:3,16
171:20 172:12,18
172:23 173:9,13
178:2 180:23
181:5,20 182:5
**hbcu**  76:10
**he'll**  90:23
**head**  7:15 13:10
17:17 18:15,23
58:8 62:11 63:4
74:1,19 93:5

96:20 122:6
146:19 160:5
**health**  38:22
**hear**  8:3 96:4
132:18
**heard**  8:9 104:8,9
**hearing**  185:13
**heart**  18:3 113:20
**held**  20:17,19,20
78:11
**hell**  34:6
**help**  47:2 173:16
174:7
**hesitate**  160:1
**hierarchy**  21:21
**high**  16:10,11,17
17:7 18:11 21:14
21:15 64:12 65:4
132:17,19 157:11
177:7
**higher**  64:18
103:9
**hingorani**  1:12
1:15 2:4 4:10,11
6:1,9,14,16 12:3
174:22 180:22
**hire**  24:22 33:16
62:12 69:19
86:12 90:20
127:10,14 128:6
162:12 181:4
182:3,3,4 184:2
**hired**  22:3,10
25:2 27:12 29:23
29:23 30:17
31:10,11,17,22
34:21 61:5,11
64:22 69:23

70:10 78:14,20
85:7 106:15
112:18 127:11
145:13,17 146:20
147:1 160:18,20
161:12 163:18
**hiring**  22:8,9,11
23:8,18 29:8
72:10,13 78:19
91:2 145:15
181:13,18
**historical**  69:15
**history**  80:4,4
**hodge**  36:9,10
**hold**  176:16
**holifield**  36:5
**honest**  52:17 53:9
53:21
**honesty**  53:14
**hotly**  94:19
**hours**  63:11
77:21
**hr**  23:23 35:3,5,6
35:7,11,13,14
60:19 66:18
129:8 164:8
169:23 183:7,14
**huh**  7:8,12,15,17
9:13 12:4 16:15
17:20 23:3 25:1,4
26:20 30:4 31:9
34:12 43:19 45:7
46:8 47:12 48:1,5
48:8,10,13 49:8,8
49:10,12 58:1,5
65:2 67:10 69:3
69:12 73:20 81:1
83:17 85:16 88:2

91:14 99:6,17,23
100:3,6,8 101:5,8
102:15 103:14,16
103:19,22 104:3
105:3,10,16
107:5 108:3,7,14
110:6,11 113:6
113:19 114:14
116:4 117:4
118:15 119:1
120:19 121:23
122:4,21 123:19
124:12 125:18
129:3 131:13
133:4 134:21,23
135:15 137:1,6
138:22 139:1,3
139:11,20 140:9
141:3,8,11
144:16 145:5,23
147:6,9,14 148:3
150:12 151:4,4
155:13 161:10
163:13 167:21,23
170:4 174:16,18
175:10
**hundred** 27:23
28:2,5,9,12,15
42:6,22
**huntsville** 118:6
**hurdles** 89:6
**hurt** 66:2

**i**

**idea** 101:12 134:7
137:13 161:7
163:3,22 165:21
167:13 168:15

169:23
**identification**
11:5 12:20 22:17
160:23
**immediately**
182:11
**impacted** 29:1
**important** 21:9
80:13 112:16
139:14 180:11
**impossible** 90:20
97:15 144:4
179:20
**improve** 90:5
**include** 88:12
160:12
**includes** 9:7
**including** 86:17
88:13
**increase** 103:11
**increased** 32:22
33:17
**independent**
75:22 172:23
173:5
**index** 4:1,7
**india** 16:13,14,20
16:21 17:3,6,12
**indian** 16:19
17:15 176:10
**indication** 82:23
**indicator** 28:8
**individual** 51:19
57:16 58:2 65:9
65:15 93:10
107:22 121:7,12
121:16 140:19

**individually**
52:13 54:5 93:11
**individuals** 30:16
62:8
**inform** 172:17
**informal** 183:23
**information**
18:20 19:15,18
63:2 72:20 73:1
80:16,18,23
83:19 103:23
122:22 126:21
127:5 128:19,22
128:23 129:4
133:11,14 156:19
162:10
**ingrained** 54:18
**initial** 71:6
158:18 164:5
**initiate** 63:6
**initiated** 70:22
**institution** 50:21
**institutions** 35:22
**instruct** 76:17
**instructor** 68:6
69:5,20 70:4 78:7
78:9 85:19 111:5
132:16 161:15
173:14
**instructors** 67:22
68:10 69:1
**integrity** 133:10
**intellectual**
110:19 143:20
**interested** 185:16
**internal** 89:15
**international**
40:6 95:8 96:3

97:2,8,13,19
118:20
**interview** 183:20
183:21,22,23
**interviewed**
156:11
**investigation**
172:17
**involved** 22:8,11
25:11 81:21 85:1
**issuance** 167:22
**issue** 16:3 18:1,3
23:16 28:7 35:6
53:6 59:7 64:3
77:5 78:1,20
86:10 93:19 96:1
132:14 143:18
148:16,17 157:19
158:5,20 160:3
160:11 163:4
165:6 169:2
182:7
**issued** 167:2
174:2 181:14
**issues** 77:7,10
78:17 87:10,11
89:4 135:12
157:12,13
**item** 58:19 59:5
132:15 142:1,2
151:15,16,17
**items** 48:3 49:9
59:4 92:5 106:2
107:11 139:9,13
143:21 144:1
**ivy** 177:8

**j**

**j**  30:21
**janel**  1:5 5:13
  31:23 74:2 89:5
**january**  19:7
  30:17 60:17 61:6
  161:12 162:12
  168:10 173:15
**jiin**  38:15,16
  104:23 123:10,16
  123:17,19 124:5
  124:10,11,13
**job**  8:13 16:5
  20:8,14 21:8 26:5
  40:11 41:12 77:8
  84:21 166:12
**jobs**  77:1
**johnson**  29:22
  30:7 31:1,9 68:8
  68:13,14 69:1
**joined**  35:7 128:1
**jones**  4:4 5:8
  10:21 11:12,16
  13:3,12 19:1,3
  54:23 55:3 73:15
  75:9 88:3 102:23
  111:16 113:7
  121:14 127:13
  154:5 159:9,12
  162:16,18 170:18
  170:21 172:9
  180:19,21 181:22
  184:5
**journals**  112:15
  118:20
**jr**  126:10
**judgment**  112:2,3
  112:10

**jury**  176:20,22,23

**k**

**k**  6:14 43:13,13
  58:4
**kakar**  43:13
  79:23 83:20
**kakar's**  83:5
**kamal**  1:12,15
  2:4 4:10,11 6:1,9
**keep**  15:11,12
  23:14,16 53:22
  138:7 139:20
  166:8,9
**keeper**  163:23
**keeping**  23:21
**kenneth**  5:8
**kept**  23:10,13
  71:23 142:10
  172:8
**kim**  29:22 30:1,6
  30:18 31:2,4
  43:14,22 44:5
  58:3,4,6 59:18
  65:10 68:7,11,23
  90:3
**kin**  185:15
**kind**  23:14 87:11
  105:7 178:5
**kirklin**  18:7
**kiser**  29:22 39:17
  64:22 74:7,20
  96:15 99:15,16
  100:20 101:4
  121:21 142:20
  144:6,16
**kiser's**  99:22
  121:22 122:2,20

**knew**  78:16 92:1
**know**  9:22 10:1
  10:15,17 14:12
  14:14 15:14,18
  15:21 16:2 17:13
  18:1 19:20 20:1,2
  21:9,20 23:5,17
  23:21 24:5,5
  25:10,20 26:6,9
  26:21,23 27:1,3,4
  27:8,11,18,19,20
  28:5,13,18 29:6
  29:12,14 30:12
  31:6,14,18,20
  32:1,3,5,12,23
  33:1,9,11,19 34:1
  34:7,19,21 35:1,8
  35:10,16,20,21
  35:22 36:14,18
  37:5,9,13,14,19
  38:2,3,3,10,23
  40:6,13,14,21
  41:6,7,7,10,14,15
  41:18 42:4,18
  43:6 44:20,21,22
  44:23 45:1,14,16
  45:16,23 46:8,16
  46:23 47:3,7 50:1
  50:19,22 51:2,2,7
  51:11,21 52:1,3,6
  52:8,14,14,20
  53:3,6,19,19,20
  53:23 54:10,11
  54:11,12,18
  55:21,23 56:16
  57:8,9 58:11,14
  58:17 59:1,6,15
  60:3,6,12,14

61:19,19,20,22
61:23 62:20,22
63:6 64:14,20
65:22,22 66:17
67:3,5 68:4,14
69:16,18 70:1,10
71:11 72:2,3,5,9
72:15 73:11 74:4
74:7 76:5,23 77:3
77:4,13,23 78:4,4
78:4 79:6,13 80:3
80:3,4,6,11,12,13
81:7,8,23 82:4
84:1,1,8,11,14
85:1,4,13 86:4,10
86:16 87:6,12,12
87:13 88:14 89:3
89:6,16,18 90:7,8
90:8,14,14,19,19
91:1,4,5,6,7,12
91:17 92:3,4,9
94:1,15,16,18
95:5,7,13,22,22
96:18,19 97:3,6,9
97:14 98:21
100:15,19 101:18
102:7,20 104:7,8
104:13,21 105:17
108:15 109:3,11
109:13 111:1,10
112:6,13,23
114:6,8,19,20
115:1 116:16
118:4 120:3,4,5
121:1,3 123:1,6
123:10,11,22,22
124:9 125:23
126:17,20 127:7

127:9,17,23
128:8 129:6,10
131:16 133:16,22
134:1,1,6,14
135:8 136:2,3,4,8
136:9,11,12,15
137:15 138:1,4,6
140:13,17 142:1
142:3 144:16
145:17 146:3,4,9
147:20 148:10
152:1 153:11
156:5,5,14,23
157:3,9,23,23
158:2,5,7,13
159:3,4,11,23
160:1,8,9,12,20
161:18 162:18
163:3,3,4,5,6,10
163:21 164:8,18
164:20 165:4,10
166:4,14 167:8
167:11 168:3,4
169:2,5,11,19,21
169:22,23 171:4
171:5,14,14,16
171:17 172:16,22
173:3,4,18,19
174:3,5,8 176:2,2
176:15,22 177:1
178:15 179:13
180:1,6 181:7,10
182:6,8,9,10,14
183:12
**knowledge**  14:9
22:12 35:15
44:15 172:21
182:18

**known**  165:6
**knows**  13:22
50:22
**korean**  39:22
40:1
**kpmg**  42:20,21
43:3

**l**

**l**  2:1 5:8 6:14
30:10
**lack**  110:15,18
143:15,20
**lady**  128:20
**language**  80:6
**large**  1:18
**law**  1:20 2:6
**laws**  2:14 66:16
**lawsuit**  14:4,12
14:21
**lawyer**  36:9
**le**  4:15 8:23
**lead**  40:13
**leading**  2:19
**league**  177:9
**leak**  53:9 133:10
**leaked**  54:21
133:6
**learn**  76:9
**learned**  14:20
**learning**  183:16
**leave**  12:1
**left**  31:17 32:6,20
34:2,4 37:23
65:13 85:3,4,14
87:18 152:5,6
153:5,6

**letter**  85:17 110:4
111:18 116:8
125:3,5,7 131:4,4
135:18 136:15
143:8,14 157:19
161:22 162:15
173:22 174:6
**letters**  133:1
**level**  23:19 27:22
44:3 94:16
171:17
**library**  1:20 2:6
**likes**  176:11
**lines**  81:6
**list**  46:17,21,23
47:1 84:14 99:22
100:2 105:15
116:3 123:9
125:16 126:23
128:14 135:16,21
136:6 139:17
140:5 147:4
158:12 165:2
**listed**  25:7,9
148:13 160:16
**lists**  105:22
**little**  24:12 37:15
81:13 158:7
176:10
**liu**  30:1,7,10,18
31:10
**live**  129:15
174:10 175:7,11
175:19
**living**  174:17
175:17
**llc**  5:4

**load**  36:15
**long**  8:16,19
15:16 22:6 28:12
28:22 30:15 31:4
31:6,13,14,15
32:10,12,12 61:3
62:7 64:19 74:17
**look**  10:5 11:21
13:6 18:19 21:11
21:22 24:11
28:13,19 36:14
37:14 40:15 41:8
45:22 46:3,19
47:20 59:1 63:14
79:9 80:3 81:1,14
86:18 97:3
102:11 104:4
108:8,9,10
109:21 110:2,3
111:13 114:10
116:14 117:3
120:8 121:19
122:1 123:6
124:17 125:14
126:5,21 127:11
130:20 131:1
136:17 137:2,19
137:21 138:15
140:21 141:7
142:4,21,22
143:3 144:6,11
145:3 147:3
150:8 155:2,3,9
157:9,10 165:5
166:5 180:8
181:9
**looked**  87:14

**looking** 10:6
  21:12 33:7 46:20
  73:7 77:4 92:17
  108:20 112:14
  124:22 125:2,4
  140:4 149:22
  155:1,6 159:15
  166:1
**looks** 55:23
  116:19,19,21,22
  120:4 123:9,10
**lose** 129:12
**losing** 64:6
**lost** 33:20,21,22
**lot** 6:18 20:6
  29:11,11,16 33:8
  33:14 34:20 35:3
  36:21 62:5 64:6
  66:18,20 72:4
  78:8 79:2,20 85:6
  85:10 87:10 97:3
  134:15 162:5
**louisiana** 85:6
**lower** 36:20 65:4
**lucky** 38:3,23

**m**

**m** 6:14 58:4
**ma'am** 8:6 13:21
  14:2 15:1 20:13
  47:14 48:18
  49:15 50:16 58:5
  79:2 80:17,20
  81:23 83:17
  89:23 90:2 103:5
  103:7,14,14,22
  105:16 110:1,8
  117:17 126:14

128:16 130:13
  143:7 147:11
  148:6 150:9
  151:8,13 154:20
  155:5 158:13
  161:7 162:14
  165:9,21 167:13
  171:23 172:8
  174:20 178:7
  179:2 181:2
**magnet** 177:12
**mail** 4:11,14
  10:22 12:16,22
  72:6,12,15,17
  73:6 79:14,22
  82:11,14 83:3,5,9
  83:13 156:7
  160:17 161:4
  173:21
**mailed** 13:3
**mails** 10:13,14
  13:7 72:5,20,23
  73:22 79:3,20
**main** 41:22
  115:18
**mainstay** 80:9
**maintain** 15:18
  133:9
**maintained** 71:18
  71:21 94:11
  165:1
**major** 42:1
**majority** 77:14
  77:14 95:1
**majors** 42:15
**maker** 65:23
**making** 44:2 65:5
  66:1 72:13 81:13

82:1 93:23 95:13
  125:3 138:5
**male** 30:13,14
**males** 65:6
**management** 9:8
  18:19,20 19:14
  19:18,20 36:8
  42:10 79:8,10,12
  80:15,18,21,22
  80:23 81:3,4,8,10
  81:12,15,17,19
  81:20 180:15
  183:16
**manager** 17:7
  175:4
**mandatory** 47:18
  47:18
**manhattan**
  175:22
**manual** 183:8
**manuscripts**
  117:15
**march** 106:5
  130:7 131:4
  137:8,9,18,18
  138:10,17,23
  164:12 166:23
**mark** 11:1 12:15
  22:21 140:12,16
**marked** 11:4,22
  12:19 22:16
  71:16 98:12
  100:10 108:20
  111:13 129:18
  143:3 160:23
  166:16,21 167:16
  170:1,15

**market** 29:10
  64:4,17
**marketing** 9:8
  25:3 33:5,21,22
  33:23 42:11
  68:18 69:22
  77:22,22 86:23
  88:14,16,20 89:1
  89:8 161:13
  180:15
**marking** 11:8
  161:3
**markus** 4:12
**married** 174:15
  175:13
**marylyn** 4:14
  162:3
**master's** 18:13,14
  42:20 69:17
**match** 29:9 64:6
  64:7
**matched** 61:17
  62:23
**materials** 104:1
**math** 81:9 153:16
**mathematical**
  81:13,16
**matter** 7:2
**maxwell** 175:1
**mba** 33:10 42:16
**mcat** 18:11
**mcgowan** 4:3,5
  5:4 6:6,23 10:23
  11:18 13:1,4 19:9
  22:13 55:2 97:21
  113:8 129:20
  154:7 170:19
  177:21 180:17

182:1 184:4
mcgriff   31:19
    34:1,8
mcneal   29:21
    43:16,18 44:7
    103:21 111:11
    113:18 114:3,15
mean   20:12 46:12
    58:23 66:8 87:20
    102:21 136:6
    147:20
meaning   128:17
meaningless
    146:11
means   135:23
    161:18 185:9
medical   135:11
medicine   177:13
meet   88:21
meeting   53:17
    54:8,17 63:19
    82:20 93:1,12,12
    93:15 94:10,17
    133:8,14,20
    134:5,10,12,14
    134:16 179:9,11
meetings   26:15
meets   52:7 179:1
member   51:5,15
    51:16 54:3 55:13
    59:3,12 71:4
    89:20 103:3,12
    103:18 131:17
    145:10 180:10
members   23:15
    29:5,20 30:17,22
    31:17 32:20
    33:18 37:3,17

39:2,19 43:10
    49:21,22,23 50:4
    50:10 51:20
    52:15 53:7 54:19
    63:3,18,20,21
    64:12 72:1 89:11
    93:10,16 96:3
    97:1 101:10
    126:8 133:7,9,12
    167:3 174:13
    183:6
memo   126:6,11
    134:22 148:23
memory   166:11
    171:11 173:18
men   37:6
mentioned   60:11
    133:22 181:7
met   124:15
    135:23 136:7
    140:10
methods   75:16
mexico   128:4
michael   4:12
michelle   30:7
    31:1,9 68:8,14,23
middle   1:2
mind   25:15 176:3
    181:12
mine   134:2
    142:18 150:4
    165:18
minimum   146:6,7
    146:8,10
mis   18:18 19:21
    19:22 79:10,11
    79:16 80:1,2,5,10
    80:12 81:3

misery   85:10
missed   30:11
missing   137:21
    142:8,14,17,19
    149:4,9,13
mistake   152:23
mistaken   116:19
mistakes   35:14
mixed   129:12
    132:20
moment   177:21
monetary   125:4
money   64:13
    118:7 146:13
montgomery
    1:22 2:8 5:10
    38:16 97:10
    177:4,6
morrison   102:6
move   41:4 72:5
multiplied
    117:10
multiply   28:2
mumble   8:4

**n**

n   2:1 6:15,15
    30:21 44:11 69:9
    69:9 125:22
name   6:7,22 25:7
    25:20,22 58:3
    74:14 84:13
    98:23 114:18
    116:16 119:11,20
    155:17 174:21
names   128:10
national   118:20

nc   85:8
necessary   2:18
need   7:9,18 11:23
    15:12 33:11 43:8
    48:22 73:2 78:14
    84:4 96:21 133:9
    149:11 158:9
    166:11 168:23
    169:9
needed   90:5
    161:23 173:16
    174:7
needing   65:4
negative   13:10
    93:5 160:5
neither   174:9
    185:14
never   27:6 45:9
    45:14 76:10 83:1
    92:15 94:2,2
    104:8 132:14,15
    162:21 168:5
    171:4,5,7 176:23
    180:11 182:18
new   11:23 24:22
    32:18 33:9,11,12
    34:23 43:1 62:14
    63:18,21 64:2
    66:18,19 72:14
    97:7 109:9,14
    162:12 175:8,9
    175:17,19 177:2
ngo   43:12 44:6
nice   46:8 128:21
nikki   95:21
nine   30:22
nodding   17:17
    18:15,23 58:8

**[nodding - outside]**

62:11 63:4 74:1
74:19 122:6
146:19
**non** 97:2,19
154:14 182:21
**normal** 36:15
**norms** 169:10
**north** 5:5 85:8
145:18
**northern** 1:3
**note** 94:4
**notebook** 178:9
**notes** 52:4 93:6
93:23 94:3,5
166:6,8,23
177:22
**notice** 3:2 4:9
11:9 14:11 32:6
34:2
**noticed** 58:15
**november** 25:6
26:4 161:5
**nowadays** 44:4
72:5
**number** 1:4 11:4
12:12,19 16:20
16:21 21:6 22:16
24:18 25:9 32:19
32:20 33:17 46:1
46:4,6,19 71:16
73:19 96:22,23
97:1 98:4 100:4
105:7 109:6
113:7 117:3,6,16
117:18,19 118:2
118:17 119:5,6
120:23 122:8,15
127:15 137:2

144:9 145:15
149:20,21 150:15
151:16,16,17,23
153:18,23 158:19
159:9,10,12
165:7 169:5
**numbering** 24:14
**numbers** 24:3,12
32:21 60:1 108:5
109:4,7 153:14
**numerical** 98:4

**o**

**o** 2:1 6:15 8:19
39:8 69:9,9
**object** 64:11 75:9
121:14 127:13
162:16
**objecting** 65:3
**objection** 64:1
**objections** 2:18
2:20 65:8
**objective** 121:10
157:13
**obligation** 158:5
**observe** 93:23
131:21
**obtain** 49:6
**obviously** 109:3
**offer** 31:18 81:2
88:17
**offered** 2:22 20:8
32:3 64:2,13
85:18 173:14
174:6
**office** 5:9,10
15:15 16:4 23:23
24:1,9 40:20 52:2

61:21 70:23
71:10 72:3,11
82:2 138:7,18
143:10,17 165:1
176:16 178:15,18
178:19 183:10,14
**offices** 90:13
**oh** 13:18 30:11
37:18 46:5 47:6
67:7 84:19 142:9
144:8 148:13
149:5 162:4
175:16
**okay** 7:20 11:15
12:8,13 13:4,4,9
13:16 17:13 18:9
18:16 19:3 23:4
26:1 31:1 37:7
39:15 41:2 42:16
43:5,12 53:7
73:17 83:8 94:23
95:1 98:2 99:7,21
100:4 103:11,20
105:14 107:6,22
114:11 120:15,21
124:13,22 126:2
126:4 128:17
139:21 141:4
143:2 144:10,21
146:23 147:23
149:8 150:13
151:5,22 152:12
152:14 153:7,23
154:4,7 159:21
165:12 166:3,19
170:9 173:21
174:5,19 176:1,4
179:3 181:17

182:2,13
**old** 18:4 104:18
109:11
**once** 62:20 86:10
124:15
**ones** 11:23 55:8
62:5 108:2 144:1
**online** 183:18
**open** 33:3 34:10
34:11 52:23 53:5
88:4
**operating** 80:20
**operation** 80:19
81:8,10,15
**operations** 80:20
80:22 81:6,19
**opinion** 76:17
113:2 116:7
122:20 159:22
168:16,20 171:15
**opinions** 75:16
**opposed** 85:21
**order** 98:5
**ordinary** 76:5
**organization**
19:22 35:8 66:19
129:13
**organizational**
81:4,5 129:17
**organizations**
86:17 117:23
176:5,14 181:8
**original** 11:6
12:21 22:18
161:1 166:18
**osman** 45:8,9
**outside** 67:2
128:6 158:21

**[outside - policy]**

160:9 163:6
169:14
**overall**  47:21
107:7 147:12,17
154:11,18 157:7
**overheard**  95:6
95:23 96:2
**overload**  36:21
**overruled**  56:12
66:12
**overrules**  134:1
**oversight**  135:13

**p**

**p**  2:1
**p.m.**  1:20 184:8
**package**  149:7
**packet**  132:22
**pad**  94:4
**page**  4:2,8 99:10
99:14 100:9
101:1 102:11
103:1,15 105:14
108:5,9,11,18
109:4,5 111:17
113:4 116:11
118:11,16 120:9
120:21 126:5
130:13 137:20,21
141:17 142:5,16
144:7 149:12,16
149:17,20 159:11
**pages**  24:17 48:9
109:7
**paid**  183:1
**pantazis**  5:4
**paper**  72:6 125:6
166:10

**paperwork**  35:14
171:18
**par**  35:22
**paragraph**
159:16 161:19
164:23
**part**  23:10 25:6
25:22 42:19 43:3
63:15 71:2 80:5
100:11,17 101:20
134:8
**participate**  114:3
**particular**  52:10
142:2 182:13
**parties**  2:3,20
185:15
**party**  112:9
**passed**  175:15
**pay**  36:18 64:5
146:1 158:21
169:14 176:3
183:2
**paying**  64:11
**pdf**  72:16
**peak**  28:1,1
**peaked**  28:11
**peer**  112:7,12,15
**pen**  6:10 166:10
**people**  49:20
52:12 71:15
80:11 89:15 96:7
96:8 97:10,11
98:15,23 101:7,9
113:15 114:12
115:11 126:17
135:3,8 148:2,5
148:17 163:1
180:7,9

**percentage**  103:6
103:17
**percy**  21:5 74:16
104:16
**perfect**  6:17
**performance**
47:22 77:8 84:21
107:7 131:11
132:8 147:13
**period**  10:10
**permanent**  27:1
**person**  15:16
30:11 33:23 34:3
35:7 45:2 51:12
52:22 54:21
55:18 57:10,11
59:14 62:6 84:12
91:11,15,17
105:19 107:3
127:5 145:17
146:14,20 163:5
163:15 178:12
180:5
**person's**  121:12
127:4
**personal**  18:1
92:4
**personally**  53:6
78:13 91:22
**pettis**  12:2 46:7
46:22 49:2 61:20
86:5 98:13 110:4
111:14 126:6,12
130:1 131:5
135:1 143:6
148:23 166:22
167:10,12 170:2
181:4,12,18

**pettway**  4:14
15:17 16:4
127:15 128:21
161:11 163:22
164:21
**pettway's**  16:5
**ph.d.**  18:10,13
19:14 20:3 34:22
38:4 68:19 69:22
79:10,10,12 81:2
104:14,19 128:9
145:18
**ph.d.s**  32:16
180:2
**ph.d.s.**  52:15
**philosophy**  75:23
**phonetic**  74:13
127:16,21
**pick**  127:9
**pictures**  133:12
**place**  53:17 61:14
67:3
**placed**  52:1
145:14,15 159:18
**plaintiff**  1:6 5:3
**plaintiff's**  4:8
11:3 12:18 22:15
49:1 160:22
**play**  121:12
**please**  6:8 117:17
135:18 154:6
**pleased**  24:9
**pmi**  176:15
**point**  37:12 99:19
**pointing**  73:19
**policies**  35:23
**policy**  27:4 46:12
60:16 115:23

116:1 182:15
population 76:12
position 17:8
  20:18,19,21 26:5
  27:5,6,9,11 33:4
  33:5,6 34:7,8
  88:7,9,18 89:5,8
  161:12 174:1
  181:1 182:21,21
positions 29:11
  29:12 33:2,6,8,13
  33:15 34:11,15
  89:6
possessive 179:21
possible 8:11
  25:18
post 5:10 78:2
posted 88:7,9
posting 88:11
powerpoint
  112:9
practice 54:1
prater 74:8,23
  79:2,19 83:7
  96:12 101:23
  120:23 142:20
  144:16
prater's 120:16
  142:12 155:3
praying 175:13
precedent 86:15
  86:16,18,19 87:8
  87:14,15 181:9
  181:13 182:12
predecessor
  161:6
premiere 16:20

prepare 9:20
  147:15
prepares 164:1
present 5:12
presentation
  112:10 125:4
presentations
  112:22 117:22
presented 112:4
  112:5
president 56:3,6
  71:11,12 98:22
  182:2,3
presume 101:12
presumed 84:14
prevent 53:15
previous 111:8
  111:10 120:4
  156:7
previously 74:10
  108:21 129:18
  133:22 166:21
  181:3
printed 47:6 72:7
  72:8 109:1
prior 2:23 65:15
  120:2 127:22
  144:9 146:1,15
  157:17,21 161:14
  163:14
private 21:18
prizes 122:17
  124:18 125:1
probation 137:4
probationary
  34:16 45:23
  106:12 126:7
  127:3 145:21,22

158:19 159:19
  161:14 163:19
problem 60:1
  77:17 85:13
  97:13 166:13
procedure 47:11
procedures 35:23
process 15:14
  22:8,9,11 23:8,18
  51:1,19,21 52:19
  54:3 55:5,14,17
  55:20 61:13,15
  62:1,14,19 63:5
  63:15 72:10 93:9
  126:18 129:1
  138:5 155:16
  157:18 181:11
  183:12,20
processes 49:13
produce 23:22
produced 13:1
  22:23 98:14
  130:2 143:9
producing 12:17
  112:16
production 32:18
profession 52:17
  53:9,21
professional
  53:14 54:10
  101:20 133:10
  176:14
professor 20:15
  25:3 27:14 38:17
  41:13,14 44:11
  44:12 50:21 61:7
  61:11 65:17 68:2
  68:18 69:4,11,13

70:6 78:15 88:12
  88:14,16 95:17
  111:5,7 112:14
  161:13 182:20
professors 36:2
  38:4 64:2 183:19
program 17:3
  18:13,16 33:10
  33:11 42:17,23
  43:4 63:10 77:19
progress 21:10
prohibit 53:12
prohibited
  157:16,21
promoted 44:6
  111:4
promotion 23:6
  49:3,5 53:8 56:20
  56:21,23 57:4,5,7
  57:10 59:4 66:7
  67:11,15 84:9,13
  110:7,7,10,12
  111:3 113:5,10
  113:23 116:3,10
  120:12,13,18
  121:22 122:5
  123:8 130:8,22
  130:23 131:6,10
  131:15 132:5,21
  132:22 135:16,21
  136:23 137:5
  138:21 140:4,11
  141:4,23 143:2
  144:2,8 145:1
  149:10,12,17
  170:7,8
properly 58:19
  58:22 59:10

61:12
**proposals** 118:3
**protection**
170:10
**provide** 83:19
156:12,18
**provided** 67:1
**provost** 15:7,15
16:7 21:20 23:20
44:2,3 56:1,2,5
56:13 57:7,23
59:14,17 60:8,20
61:20 65:11,23
66:2,11 70:2,23
71:10,10,12,13
71:14,15 72:11
82:2,3 85:23 87:4
87:7 104:2
109:18 138:3,18
143:10 157:2,4
157:17 159:3
160:11 163:21
164:3,7 165:1,5
169:4,7,8,21,22
183:10,14
**provost's** 16:4
24:1
**prs** 131:9,9 157:7
**public** 177:7
**pull** 98:2 166:17
167:16
**pure** 177:11
**purely** 63:16
**purpose** 92:13,14
**purposes** 176:21
**purview** 160:10
168:6

**put** 69:23 73:18
73:22 74:2
100:12 111:17
113:21 115:11
123:1,4 129:11
163:9 166:10
167:9 169:12
**putting** 166:15

**q**

**qualification**
78:6
**qualified** 21:13
38:10 62:17
86:21 88:20
141:23
**question** 7:22,23
8:9,9 29:6 84:17
97:17,17 102:23
126:4 133:23
136:5 156:13
172:10
**questioning** 26:2
79:20,21,21
106:2
**questions** 2:19
7:6 82:21 121:3
156:15,16 181:22
185:8
**quick** 97:21
180:19
**quickly** 129:7
**quita** 4:15 8:23
**quite** 151:21

**r**

**r** 6:15 39:8,8
43:13

**raise** 78:20
**raised** 93:19
158:1,3
**ramadanah** 5:8
**range** 103:9
**rank** 50:21
**ranking** 48:23
**rate** 124:1,2
155:19
**rates** 29:10
**rating** 47:22
107:7 131:11,11
141:10 147:13,17
151:19 155:9,12
**ratings** 154:12,13
**ray** 36:6
**reach** 43:8
**read** 9:22 10:8
45:20 46:11 97:3
124:19 159:16
169:1
**reading** 2:11
**reaffirmation**
61:23 71:3
**real** 158:20
180:19
**realized** 82:12
**really** 21:18
27:20 38:10
44:23 53:23
60:12 62:12
80:13 82:10
161:19
**reason** 24:4 87:3
153:15
**reasoning** 52:23
69:15

**reasons** 38:22
92:1 110:14
113:9,13,14
**recall** 25:13,19
26:11 48:19
64:22 65:3,7
94:12,18 111:18
113:20 114:5,9
115:1 126:14,15
156:17 164:10
171:9,22 172:4
**receive** 17:2
66:15 84:20
131:15
**received** 17:4
48:2 66:15 78:2
99:15 107:6
131:8 137:8,17
138:18 157:6
180:22
**receiving** 111:18
111:21 126:15
171:9
**recess** 55:4 98:1
154:8 178:1
**recognize** 23:2
120:6
**recollect** 10:9
67:4 128:8
**recollection**
25:12 27:7,15
57:15 73:12
114:20 115:1
124:21 125:10
156:9 160:19
**recommend** 57:4
57:21 62:3

**recommendation**
55:22,23 56:1,5
56:19,22 57:9
58:16 59:16 66:1
82:1 84:9 131:3
131:14,20 169:15
**recommendatio...**
23:20 44:4 56:10
56:12 106:18,23
**recommended**
56:18 57:22
59:13 60:13
64:15 65:10,11
65:16,21 66:11
130:21 145:4,8
**recommending**
89:13 135:3,4
159:17
**reconsider** 169:5
**record** 6:7 19:9
19:10 22:13,14
30:20 44:10
72:17 73:18 78:6
79:14 80:2,15
93:1,3 130:4
158:9,14 160:1
163:22 165:22
**recorded** 112:23
133:13,16,17,20
134:5,13 158:10
159:23 160:13
168:18,19,22
169:1
**recording** 94:1
134:10
**records** 23:8 97:7
97:7 128:21
129:6 142:15

164:20,21,23
167:14
**recruit** 179:20
**refer** 12:1,10
**referred** 118:19
**referring** 48:11
100:3
**reflected** 131:17
**reflective** 100:9
**refresh** 9:23 10:2
**refused** 115:2
**regarding** 14:22
70:19 73:1 131:5
167:20 172:19
**regards** 126:11
126:12,13 157:13
178:2
**regularly** 176:7
**rehire** 86:13
**reinstated** 33:14
**relating** 2:15
82:17
**relationship**
21:16
**relatives** 174:10
**religious** 176:7
**remarking** 11:19
**remember** 22:7
60:12 66:13 74:7
74:13 75:4,10,14
82:10 90:12,15
94:14,18 96:5
101:13 111:20
113:1 114:5
118:4 124:4
136:11 156:1
166:13

**rent** 176:2
**repeat** 7:23 8:5,8
55:15
**rephrase** 7:23 8:8
**replace** 8:22
81:11
**replaced** 34:5
81:17
**replacement** 34:6
**replied** 156:16
**report** 21:20 60:5
**reported** 1:16
**reporter** 1:17 7:6
11:17 127:20
**reports** 9:11 41:5
**represented** 24:2
71:17
**representing** 7:1
**represents** 101:6
116:7 185:11
**reprimand**
101:22
**request** 24:22
72:13 120:12
156:11 182:10
**requested** 151:1
151:6 169:4
**require** 52:12
**required** 45:17
45:19 107:23
**requirement**
107:16
**requirements**
21:22 47:20 70:9
88:21 113:22,23
115:18 140:11
**research** 41:16
41:19 48:6 63:14

103:9 108:11,22
109:7 112:18
113:11 118:3,8
122:1,3,17 125:1
135:22 137:5,20
138:13 139:5,7
140:5 141:20
142:5 147:23
148:10 149:6,23
178:4
**researched** 159:2
**researcher** 80:1
**researching**
116:15
**residency** 177:14
177:17
**resignation** 85:17
**resigned** 45:11
173:15
**resigning** 173:23
**resolve** 89:4
**resolved** 163:11
163:17
**respected** 50:20
**respective** 2:3
**response** 7:19
**responsibilities**
21:8
**responsibility**
35:12 40:22 51:8
61:10
**rest** 135:12
**resubmit** 137:10
137:12
**result** 185:17
**retaliation**
170:10

**retention** 28:7
**retired** 34:1 38:4
 38:12,15,18,20
 180:2
**retiring** 34:2
**review** 47:11,15
 47:19 49:13 54:4
 54:5 55:7,17
 89:21 92:22 93:9
 93:22 94:13
 100:13 101:15
 105:4 116:10,15
 126:18 131:10
 132:1,8,11,13
 136:3 145:11
 164:11 178:12,12
 179:1,6,16
**reviewed** 10:12
 10:22 54:22 60:4
 108:13 112:8,12
 112:15
**reviewer** 50:5
**reviews** 117:2
 122:14
**rf** 24:14 147:10
**rfpd** 12:23 23:1
 100:5 130:3
**rid** 85:12 179:19
 180:1
**right** 8:17 10:23
 11:11 12:3,7,15
 13:5,15 22:19
 24:10,13,22
 27:16 45:22 46:3
 46:6 48:14 50:8
 54:23 57:18
 59:14 69:10
 82:17 88:1 90:10

98:10,12 99:10
99:13,18,21
100:12,20 101:23
103:20 104:4
105:6 106:22,23
107:6 108:23
109:6,21 110:3,9
113:15,22 116:7
116:10 117:9
118:16 120:11
121:19,19 123:6
123:18 125:14
126:5 128:11
129:11 130:11,17
130:17,19 131:3
131:8 135:14,18
136:21,22 137:2
137:16,22 138:15
139:7,10,16
140:3 141:7
142:4,12,16
143:1 144:6
145:9 147:3,10
147:12,22 148:8
148:16,22 150:3
150:7 151:9,20
152:2,17 153:12
153:17,22 154:9
155:6,14,15,17
155:18 159:17
160:2 162:7
165:17,22 166:5
167:11 170:14
171:1,19 172:4
172:16 176:4,13
178:2
**robertson** 147:18

**robinson** 95:21
**role** 20:4 50:23
 52:18 55:11,13
 55:19 63:5 82:4
 92:7 94:9
**roles** 42:1
**room** 178:20,21
 178:23 179:4,5
**rotate** 89:18
**rotation** 89:18
**round** 95:14
 96:21
**route** 64:20
**rubber** 98:8
**rule** 143:18
**rules** 2:15 53:12
 53:14 54:13
**running** 60:18

**s**

**s** 2:1 5:8 30:21
 44:11 174:22
 185:21
**sacs** 61:23 62:15
 63:1 71:2 77:19
**salaries** 64:1 65:8
**salary** 23:6 63:22
 64:3,8,16,18 65:3
 146:5,6,7,8 162:9
 164:1 183:13
**sara** 64:22
**sat** 25:16
**satisfied** 142:2
**save** 11:20
**saves** 38:11
**saw** 57:2 134:9
 155:20,22 156:6
 158:14

**saying** 6:16 12:6
 46:13 96:4
 112:17 140:10
 143:14 155:16
 160:18 163:12
 164:12
**says** 18:20 24:14
 34:2 47:13 48:14
 51:12 79:9
 106:12,15,17,18
 106:22 107:14
 123:8 124:7
 125:6,21 126:6
 135:18,21 140:12
 147:7 150:20
 161:8 162:8,8,15
 165:23 171:19
 182:15
**schedule** 36:14
**scheduling** 41:6
**scholarly** 107:12
 117:23 118:19
 119:5 121:1,5,15
 122:7,11 140:7
 157:14 178:4
**school** 16:10,11
 16:17,19,21
 18:22 31:21
 40:19 80:5 106:7
 177:3,7,11,12
**schools** 16:20
 28:21 86:17
 89:16,17 97:12
 104:14 128:5
 169:17
**sciences** 80:8
**score** 47:22 48:2
 49:6 51:20 52:12

54:5 115:14
117:5 121:3,6
124:14,23 125:13
131:9,9,10,11,11
131:17,19 132:16
139:2,4 140:6
141:14,21 142:4
150:20,21,22,23
151:13 152:2,10
152:15 154:1,11
154:18 157:6,7
179:7,8,10,15
**scored** 18:11
114:12 117:1
123:19 139:8
144:2,15,19
151:2,6,22 155:7
157:11
**scores** 51:9 52:7
54:8 94:2,9
114:17 115:2,11
118:21 120:1,2
123:18 132:19
136:2,13,23
137:4 138:1
140:4,19 141:13
147:20 150:10
151:12 152:8
**scoring** 54:16
93:11,16 115:21
121:10,13 122:3
130:6,11,14
132:21 136:19
137:20 138:10,20
141:2,9,15,16
142:10 144:22
148:10 149:3,23
155:3 178:14

**scorings** 121:5
**se** 28:14
**search** 25:7,13,16
25:18,23 47:5
72:20,23 73:10
73:23
**searched** 73:22
**second** 9:5 24:21
68:22 92:22 93:9
93:22 95:2 96:21
102:22 159:1
173:6,11
**secret** 13:21
53:22
**secretary** 179:4
**section** 47:15
125:8
**security** 76:22
77:5
**see** 10:14,18
23:16 24:13,20
27:21 34:12
46:23 47:2,16
48:20 52:4 73:6
77:20 81:19,19
94:4,6 97:6 99:1
99:7 100:7 102:8
106:13 108:5
109:19 110:2
111:3 114:15
123:8 124:19
127:7 130:11,19
133:1 135:18
138:9 139:4,17
140:3,18 142:22
144:18 148:12,13
148:14,14,15
149:16 151:13

152:16,19,21,22
153:1,5,13 155:1
155:6 161:8
162:19 163:22
169:9,10 171:16
178:16
**seeing** 104:11,19
111:20 162:5
165:19,19 167:18
170:13 171:22
172:4
**seen** 10:13 11:9
11:10,10 28:17
73:12 162:21
166:14 167:1
168:5 171:4,5,8
171:18 182:18
**select** 50:6,19
58:18 59:4
**selected** 89:10
**selecting** 50:5
**selects** 49:22
50:15
**sending** 23:19
**senior** 17:7 51:4
51:9
**sense** 161:20
162:5
**sensitive** 182:6,9
**sent** 58:16 79:22
83:5 84:6 156:15
162:2,7
**separate** 78:1
81:7 141:9
**separately** 27:9
93:17 175:20
**september** 126:8
185:18

**series** 7:5
**seriously** 52:18
62:2
**serve** 76:12 85:18
88:23
**served** 55:7
**serves** 55:11
**service** 17:15
41:20 42:4
100:22 119:20
137:17
**services** 176:7
**serving** 85:22
**set** 116:8
**seven** 42:21 48:3
76:14 101:7,9
118:17 143:22
144:14,15,23
150:18 151:3
153:18 155:8
**shake** 7:15
**shaking** 13:10
93:5 160:5
**shared** 171:15
**sharp** 166:11
**she'd** 174:1
**sheet** 46:8,10
98:19,21 99:21
141:2,9,10,16
149:9 183:13
**sheets** 23:7 130:6
138:10 141:15
149:3 155:12
164:1 179:7,8,15
**shinanol** 127:16
127:21
**shops** 66:21 67:1

short 8:16 64:21
  154:5
shortage 32:1,10
  97:10
shorter 67:7
shortfall 91:1,4
  92:10
shortfalls 91:13
  91:18,21 92:8
show 11:7 22:19
  111:13 125:5
  129:18 161:3
  166:18,21 167:15
  170:1,14
showed 108:19
showing 22:20
shows 165:2
shunt 113:21
sick 135:9
side 153:5,6
sign 70:17,22
  71:4 72:16
  100:17,19 119:14
  123:21 141:17,17
  141:19 164:9
signature 2:11
  104:21 105:17
  116:5 125:19
  135:19 137:23
  165:10,13,16
  185:20
signatures
  140:21,23
signed 25:5 98:22
  106:4,5 113:1,18
  119:17 120:7,19
  120:21 128:12
  133:18 134:2

135:7,8,9 138:19
  145:6 148:20
  149:1 166:4
  167:4 185:18
signing 119:21
signs 128:15
  164:3,3,4
similar 20:4
single 51:7 52:11
sit 156:18 179:10
six 8:21 28:3,4
  36:17,23 48:3
  67:8,9 120:23
  126:7 143:21
  144:22 145:7,8
  146:21 155:8
sixth 47:17
  158:16 164:13,17
size 27:20
skills 81:9
skip 130:23
sloan 177:15,19
small 9:10,12
smith 29:22 30:6
  31:3,4 68:8,11,23
social 176:18,19
softly 8:4
somebody 50:19
  50:22 62:13
  64:21 87:8 92:13
  95:16 106:1
  109:8,12 128:15
  182:7
somebody's
  116:15 124:22
son 18:2 175:14
  175:15

sorry 6:10 13:14
  13:14,18 15:23
  17:18 19:2,2
  41:20 47:3 49:12
  49:15 55:16 60:2
  66:9 71:18 73:17
  113:8 127:20
  132:18 148:14
  153:1 171:1
  172:11,11,11
  175:6,16
sort 18:1 54:22
  76:1 88:13
  183:17
sought 111:8
south 39:22
  174:11 177:12
southeast 85:6
speaking 15:9
speculation 134:8
spell 30:20 44:10
  69:8
spend 41:11
split 44:4 56:17
  57:1 58:13 59:22
  94:15 106:1
  134:15,19 136:10
  136:12 143:21
spreading 32:14
spreadsheet
  100:16
spring 106:15
stack 22:22 46:3
  46:20 98:3
  111:15
staffed 37:21
stamp 12:22 23:1

stamped 138:17
start 19:6 20:23
  21:1 60:18 92:16
  97:22 163:2
started 19:7
  20:15 33:9 42:18
  43:4 61:18,21
  80:10 127:18,23
  145:20,22 146:15
  146:22,23 160:15
  168:10
starting 16:9
  42:16 119:19
  145:14
starts 60:16
  142:6 143:8
  164:5
state 1:8,18 5:9
  6:7 8:15 34:20
  40:8,10,11 43:1
  140:15 145:18
  146:5 175:21
  185:3
statement 114:21
  133:17 134:2
  169:9 179:23
states 1:1
status 106:12
  127:3 161:14
stays 175:22,23
stenotype 185:8
stent 113:21
stick 112:11
  134:3
sticks 76:6
stipulated 2:2,10
  2:17 3:1

**stopped** 79:23
**story** 59:20
**stream** 12:22
**street** 5:5 177:10
**strengths** 180:8
  180:10
**strict** 61:15 62:12
**strong** 21:16 35:3
  35:5,13 63:10
  101:21
**strongly** 159:17
**structured** 40:19
**struggling** 28:21
  182:7
**stuck** 20:10 111:1
**student** 20:3
**students** 21:19
  27:17,19,23 28:2
  28:6,8,10 37:14
  41:23 42:7 75:13
  75:17 76:9,18,21
  77:1 81:9
**study** 137:14
**stuff** 11:20 123:2
  128:18 178:5,8
  178:13 179:16
**sub** 19:23
**subjective** 121:6
**submission**
  105:11
**submit** 63:2
  138:3
**submits** 103:12
**submitted** 70:18
  104:1 112:6
  178:3,4
**success** 21:12,19
  21:23

**sudha** 174:22,22
**summation**
  152:13
**summons** 177:1
**sun** 105:18
**super** 166:11,11
**supply** 81:12,17
  81:20
**support** 110:5
**supported** 136:8
**supporting** 29:17
**supposed** 42:2
  49:16 51:20
  52:15 53:16 54:4
  54:7,19,20 91:6,8
  91:11,17 118:21
  119:14 132:4,7
  163:1 178:16
**supposedly** 111:5
**sure** 7:10 8:1
  12:6 15:21 21:10
  40:23,23 41:19
  55:2 61:12 94:10
  95:11,15 138:4
  140:13 150:2
**surgeons** 18:6
**surgery** 18:4
  113:20
**surprise** 24:6
**surprised** 40:14
  79:5
**survey** 17:15
**suwanakul** 102:9
  114:19,21 124:2
  141:10 142:18
  155:16
**suwanakul's**
  124:4

**swan** 114:17
**sworn** 6:2
**system** 52:23
  56:8 62:22 80:18
  80:19,23 82:5
  84:8 177:7,12
  183:18
**systems** 18:21
  19:15,19 80:16
  183:16

**t**

**t** 2:1,1 30:21
  44:11,11
**table** 136:8
  140:15
**take** 7:7 10:23
  52:17 53:17
  54:23 97:21
  154:5,14 166:6
  173:23
**taken** 1:16 2:5
  7:3 62:2 185:7
**talk** 7:10 8:4
  13:11,19,23
  27:16 73:15
  75:22 90:9,22
  156:18
**talked** 73:16
  160:8
**talking** 55:5 92:9
  92:13 102:13,16
  154:9
**talks** 133:5
**tammy** 120:16
  155:2
**taught** 80:8 85:9
  85:15 128:7

**teach** 20:5 38:6,9
  38:13,21 41:14
  41:17 45:12
  62:17 63:12
  77:22 87:9
  183:12
**teaching** 20:3,6
  36:15,16,23
  41:16 62:6,15
  63:9 75:16,23
  77:16 79:1 85:2
  86:9 110:16
  131:21 132:8,14
  132:15,16,19
  146:2,10,15
  148:16
**tech** 104:17
**technology** 16:19
**tell** 6:3 23:14,22
  29:14 31:21
  32:23 75:11
  79:11 90:18,23
  91:21 92:7,23
  123:10 129:13
  134:6,9 169:8
  179:18,23
**telling** 124:8
  161:22 173:22
**tells** 98:23
**temporary** 34:22
  35:17,18 68:10
  68:19 69:6,7 70:1
  70:8,8 161:15
  180:6 183:4,5
**ten** 67:5 74:6
  117:3 122:15
  151:3

**tend**  8:3 37:10
**tenth**  100:21
**tenure**  14:16,23
  15:11,13 16:1
  22:10 23:6 32:5
  34:17,18 35:2,19
  41:18 43:11,12
  43:13,13,14,15
  43:15,17,21,22
  43:22,23 44:6,7,7
  44:8,14,19 45:9
  45:14,18 47:11
  47:15 49:3 50:8
  50:18 51:1,3,12
  52:19 53:2,8,17
  54:4 55:7,17,18
  56:11,11,20,21
  57:18,19,21,22
  57:23 58:7 59:4
  59:13,19 60:13
  60:18,23 61:5
  65:10,11,16,20
  66:11,12 67:12
  67:14,19 68:15
  68:15,20 69:2,11
  69:14 70:9 74:5,9
  74:9,14,20,23
  77:13,23 78:8,12
  78:15 84:9,12
  89:20,22 90:3
  91:12,16,20
  92:15 93:22
  98:16 99:1,22
  100:2,13 101:3
  104:1 105:2,15
  105:21 106:7
  107:4,7,20
  109:23 110:9

112:19 113:23
114:7,13 125:16
126:1,18,23
127:18,22 128:14
129:2 132:5,21
133:6 134:19
135:4,4 143:11
144:23 145:3,13
145:16 146:18
147:4,12 149:12
149:18 151:1
155:15,21 156:4
156:22 157:5
158:12,22 159:1
161:17,23 163:8
163:17 164:11
166:7 170:8,11
170:17 173:1,5
173:11 179:1
182:8,16
**tenured**  50:1,3,10
  50:11,20 51:13
  57:12 95:17
  96:23 97:19
  101:10,15
**term**  20:23 64:19
  73:23
**termed**  183:15
**terminal**  14:18
  15:3,5,9,22,23
  60:15 67:21 68:2
  68:7,9 69:17
  77:11,15,23
  81:22 82:8,18
  84:7,7,15,16
  86:11 87:9 92:11
  94:22 110:15
  113:10 114:22

115:4,17,18
143:15 158:6,9
167:22 168:11,17
169:3,6,12,13,16
169:20,20 172:14
174:2 181:15
**terminally**  159:5
**terms**  92:9
**testified**  6:4
  181:3
**testimony**  156:12
  185:12
**texas**  104:17
  128:4
**thailand**  40:4,5
**thank**  11:15
  47:10,10 55:3
  109:21 138:15
**thereto**  2:23
  185:8
**thing**  9:22 37:20
  41:22 43:2 59:16
  98:7 110:21
  112:6 142:8
  149:10 162:22
  178:11
**things**  23:8 34:20
  35:3 54:22 75:23
  132:3 183:17
**think**  8:21 10:3,3
  10:6 12:9 20:16
  27:9 29:13 31:22
  34:8 35:16 36:10
  42:11 43:16
  45:15,21 46:2
  47:7 48:14 56:2,7
  57:17 59:8,21,22
  60:9 61:22 65:14

66:13 67:22
70:13 71:2 74:10
75:2 78:10 85:23
86:1,21 87:2,3
100:15,18 103:8
111:16,20 115:8
116:18 117:1
124:5,10,11
132:6,12 134:5
134:12 135:10
136:10 140:19
142:11,15 144:3
144:4 160:10
164:19 172:1
174:3,3
**thinking**  64:12
  115:20 129:21
  181:10
**third**  9:6 38:14
  43:16 112:8
  163:5 179:19
  180:13
**thirteen**  17:18,19
**thirty**  14:10
**thomas**  5:8 43:12
**thompson**  43:15
  44:6 105:12
  125:17 126:10
  135:11 148:7,8,9
**thompson's**
  149:3
**thought**  59:10
  69:13 75:7,12
  88:4 156:5
  164:13 165:23
  181:10
**thoughts**  10:9

**thousand**   28:15
    28:23 32:4 36:19
    41:10,11 42:22
**three**   9:3,14 18:4
    24:17 29:2,3
    30:10,18 31:3,11
    37:5,21,23 38:9
    38:12 39:2,19
    40:19 50:14
    51:23 52:1 71:15
    85:10 101:6
    107:11 118:23
    119:7 145:6,8,9
    148:1,4 151:3,16
    153:21 163:15
    178:10 180:2
    182:23
**thrown**   6:13
**tied**   89:5,7,8
**tier**   80:1 89:17
**time**   2:21,22 7:4
    7:5 10:4 15:17
    19:4 20:4 21:3
    22:6 28:1,4 29:4
    31:14,15 32:12
    32:21 36:15
    52:10 58:9,12
    60:22 61:3,13
    62:7 63:9 64:14
    64:21 67:18,20
    69:1 70:1 73:4
    74:17 79:19
    83:10,15 90:4
    95:11 99:18
    100:20 101:9
    104:10,19 113:3
    114:4 115:16
    127:16 137:14

**155**:19,23 156:22
    158:8 161:15
    162:6 163:19
    167:18 168:18
    170:13 173:2,7
    179:13,14 182:13
**times**   64:17 89:21
    90:1 117:6
**title**   8:13
**today**   6:22 9:21
    13:2,3 29:14,15
    29:19 30:3 33:1
    68:4 69:19
**toggle**   139:21
**told**   21:23 26:6
    31:10 33:19 40:8
    50:1 52:3 66:20
    73:14 77:20 86:8
    90:19,20 95:22
    101:19 134:11
    179:20 180:2
**top**   7:10 24:11,12
    24:14 100:5
    101:1 109:6
    139:5 171:17
**total**   151:12
    154:16
**track**   15:11 19:23
    22:10 32:5 34:17
    34:18 35:2 46:1
    61:6 67:19 68:15
    68:16,20 69:2,11
    69:14 78:8,16
    112:19 145:13,16
    146:18 158:20
**trained**   66:21,22
    97:15

**training**   66:16,19
    66:23
**transcribed**
    185:9
**transcript**   11:6
    12:21 18:20
    22:18 63:7 79:11
    161:2 185:11
**transcription**
    185:10
**treatment**   172:19
**trees**   11:21
**trial**   2:21
**tried**   9:23 10:9
    85:11 124:1
**troy**   146:21
**true**   185:11
**trustees**   84:11
    173:10
**truth**   6:3,3,4
**try**   6:21 10:2
    37:10 149:16
**trying**   10:18
    85:12 165:17
    169:8 176:20
**turn**   109:22
    179:7
**tuskegee**   38:17
    38:18
**twenty**   29:15
    32:4 42:2 76:14
**two**   16:21 19:21
    24:16 28:1,11
    29:1,3 33:2,20
    36:13,18 37:20
    37:22,23 38:1,4
    39:21,23 45:6
    52:1 56:16 74:8

**81**:2 82:21 93:21
    101:6 118:2
    119:5 133:1
    139:22 140:7
    145:6 148:1,4,17
    151:2,16,23
    156:15 175:6,6
    175:16,17
**type**   181:11

|         u         |

**u**   2:1 30:10
    174:22
**u.s.**   37:8
**uab**   18:9 177:13
    177:14
**uh**   7:8,12,15,17
    9:13 12:4 16:15
    17:20 23:3 25:1,4
    26:20 30:4 31:9
    34:12 43:19 45:7
    46:8 47:12 48:1,5
    48:8,10,13 49:8,8
    49:10,12 58:1,5
    65:2 67:10 69:3
    69:12 73:20 81:1
    83:17 85:16 88:2
    91:14 99:6,17,23
    100:3,6,8 101:5,8
    102:15 103:14,16
    103:19,22 104:3
    105:3,10,16
    107:5 108:3,7,14
    110:6,11 113:6
    113:19 114:14
    116:4 117:4
    118:15 119:1
    120:19 121:23

122:4,21 123:19
124:12 125:18
129:3 131:13
133:4 134:21,23
135:15 137:1,6
138:22 139:1,3
139:11,20 140:9
141:3,8,11
144:16 145:5,23
147:6,9,14 148:3
150:12 151:4,4
155:13 161:10
163:13 167:21,23
170:4 174:16,18
175:10
**ultimate** 84:23
**undergraduate**
27:22 42:9 63:11
**understaffed**
29:10
**understand** 7:22
8:10 76:14 79:5
136:13 149:22
151:21 163:11
**understanding**
56:7
**unfortunately**
31:18
**unh** 94:6,6
171:11,11
**unique** 28:16
**unit** 40:16,21
50:2,2
**united** 1:1
**universities**
28:18 32:15
52:18 53:1 89:9
97:4

**university** 1:8 5:9
8:15 18:12 20:2
27:5 28:13 34:20
42:23 50:7 62:6
64:5 70:16 79:4,6
79:15 81:2 83:8
83:18 85:3,4,8,8
85:9 86:14 128:4
146:5 163:14
**unpublished**
117:14,21 122:7
**unweighted**
150:21,23
**use** 49:2 80:6
**uses** 80:12

**v**

**vacancy** 34:4
**vacant** 29:11
**validity** 25:21
**variation** 109:15
109:16
**vaughn** 74:12,16
74:16,17 75:2,3
104:16
**vectrus** 175:2
**verbal** 7:18 13:13
**verdict** 58:13
106:1
**verified** 104:22
**verify** 61:4
**versus** 145:1
**vice** 71:11,12
**view** 121:7
**virginia** 1:16 2:5
185:21
**vote** 51:6,7 52:11
115:12,13,15

160:6
**voted** 52:22
115:21 160:7
**voting** 52:20 53:2
53:3,18
**vouch** 54:1
**vs** 1:7

**w**

**wait** 153:3,3
**waiting** 126:1
**waived** 2:12 3:3
**walk** 151:20,22
152:17 166:17
**wall** 177:10
**wang** 36:13 38:15
38:16,16 102:6
104:23 123:16,17
123:19 124:13
**wang's** 123:11
124:10,11
**want** 11:1 12:6
21:13,14,14,15
21:15,19 27:20
42:11 52:5 64:7
83:11 86:8 97:11
97:14 101:15,16
121:4 149:10,12
176:2 179:23
180:1
**wanted** 155:14
179:18
**wants** 59:5 64:4
**watson** 36:4
**way** 12:9 18:9
39:1 40:18 82:5
84:8 90:17 109:1
115:20 146:3

163:20
**ways** 92:10
**we've** 29:15
33:20,21 38:1
100:10 108:20
129:18 148:8
167:15
**weaknesses** 180:9
**website** 33:2
34:12 81:18
**weight** 59:6,7
**weighted** 60:10
102:14 117:5
118:22 119:2,7
150:21 152:2,10
154:13,14,21
**weighting** 154:19
155:4
**weights** 58:18,19
58:22 59:8,11,23
60:2 103:17
116:11 152:5,6
152:11,13 153:5
153:6
**went** 39:13 40:9
40:10 60:4 62:14
70:16,23 71:8
73:21 77:13
104:18 126:17
144:8 167:11
177:6,8,11,12,13
**wetumpka**
174:11
**wife** 174:17 176:9
176:10
**wife's** 174:21
**wiggins** 5:4

**williams** 36:4
**willing** 64:5
**wish** 89:19
**witness** 2:12 6:2
  13:10 17:17
  18:15,23 58:8
  62:11 63:4 73:17
  74:1,19 93:5
  122:6 146:19
  160:5 162:20
  172:11 185:12
**women** 74:4
**wondering**
  128:18
**word** 109:10
**work** 6:12 35:19
  41:1,3 63:12
  66:21 67:1 72:4
  76:6 110:23
  111:3,6,8,8,10
  115:6 121:5,8,15
  129:10 163:8,14
  173:14 174:6,23
  180:3,7
**worked** 17:6
  35:18 39:1 79:6
  85:5 86:4 87:13
  146:21 180:4
**working** 6:10
  41:21 76:13 77:4
  160:15 180:7
**works** 38:17,18
  52:9,10 56:4 82:5
  146:3 175:1,1
  177:10,15,20
**worksheet** 162:9
**world** 18:6

**worried** 94:7
**write** 7:14 41:4
  52:9 59:15 73:11
**writing** 79:20
  94:4 116:18,19
  116:20,21,22
  120:4,6 122:11
  123:11,21 124:5
  142:5
**writings** 107:12
  118:19 119:5
  121:1 122:7
  140:7
**written** 47:3
  53:14 105:8
  133:17 134:4
  159:4
**wrong** 6:22
**wrote** 58:21 60:8
  79:2 159:3
  161:11 164:22

**y**

**ye** 43:12 44:6
**yeah** 6:11,17 8:12
  23:3 24:9,15 25:9
  25:9 26:20 30:14
  31:12 39:9 42:18
  46:5,5,16,21 49:4
  49:18 60:11 61:8
  63:23 66:17
  70:21 71:20,20
  72:15 78:4 83:17
  87:2,22 88:5,5,13
  89:12,14,23
  92:18 98:6,11
  100:11,11 101:2
  101:12,18 106:14

107:2,13 117:19
118:10 119:13,16
119:18 120:10,20
121:18 123:14,22
125:15,23 127:2
130:16,18 131:2
131:7 132:6
134:18 135:2,2
135:17,20 136:20
136:21 137:3
138:12 139:14,23
140:2 141:6,16
141:19 142:21,23
144:12,13,16,20
147:19 150:2,16
150:19 152:7
153:15,19 155:5
155:10,18,20,22
156:1 159:16,16
162:4 163:21
165:14,19 166:2
166:20 167:8,8
170:6 171:21
174:3 175:1,15
175:18 177:20
178:7,22
**year** 15:20 16:1,9
  17:1,3 19:6 20:5
  20:16 27:23 28:2
  28:10 33:3 42:7
  43:2,23,23 44:5,9
  47:7,8,8,17 48:18
  51:23 60:15
  84:15 90:21
  100:21 106:7
  107:15 126:7
  127:4 145:15
  147:2,3,7 158:6,9

158:11,16,16,17
159:18 160:4,17
161:22 163:5
164:13,15,17,17
164:19 165:2
168:11,17 169:12
169:13,16,20
**years** 8:21 17:7,9
  17:16,18,19 21:6
  29:2,3 43:7 45:16
  45:19,21 46:1,10
  48:15,16,17
  60:23 67:6,9 74:6
  76:14 86:5,6
  87:13,14 106:13
  107:1,14,17
  127:15,19 128:1
  129:5 145:15,19
  146:2,14,21
  158:19 163:16,18
  165:7 169:5
  182:12,16
**yesterday** 6:12,18
  11:22 73:3 82:12
  82:15 129:22
  156:6 168:3
**york** 175:8,9,17
  175:19 177:2
**young** 129:13
**younger** 176:23
  177:1,5

**z**

**z** 69:9,9
**zaino** 29:22 68:15
  68:18,18 69:6,8
  69:21,22 70:12
  70:13

**zata**   74:13
**zero**   115:6 127:18
  128:1 145:20,22
  146:16,17,22,23
  151:11 154:2
  159:6 163:2,10

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.