IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DIAELDIN OSMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO. 2:21-cv-525-RAH |
| ) | |
| ALABAMA STATE UNIVERSITY, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is presently scheduled for a pretrial conference on April 6, 2023, and jury selection and jury trial on May 22, 2023. The Defendants' Motion for Summary Judgment (Doc. 60) remains pending before the Court. Accordingly, for good cause, it is

ORDERED that all unexpired deadlines tied to the trial of this case, including the pretrial conference, jury selection and jury trial, are CONTINUED GENERALLY pending resolution of the motion for summary judgment (Doc. 60). The Court will reset any unexpired pretrial deadlines and the trial date, if applicable, following its ruling on the pending motion for summary judgment.

DONE on this the 24th day of March, 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE