IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DIAELDIN OSMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:21-cv-525-RAH |
| | ) |
| ALABAMA STATE UNIVERSITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the Defendants and against the Plaintiff, and this case is DISMISSED with prejudice. Costs are taxed against the Plaintiff, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE on this the 24th day of April, 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE