AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

MIDDLE DISTRICT OF ALABAMA

DIAELDIN OSMAN,
Plaintiff,
v.
ALABAMA STATE UNIVERITY, et al.,
Defendants.

Case No.: 2:21-cv-525-RAH

## BILL OF COSTS

Judgment having been entered in the above entitled action on 04/24/2023 (Date) against Plaintiff Diaeldin Osman, the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ 0.00 |
| Fees for service of summons and subpoena | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 2,956.95 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | 1,045.60 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs *(please itemize)* | 0.00 |
| TOTAL | $ 4,002.55 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: [signature]

Name of Attorney: Kenneth L. Thomas

For: Defendant Alabama State University (*Name of Claiming Party*) Date: 05/02/2023

### Taxation of Costs

Costs are taxed in the amount of ____________ and included in the judgment.

____________ *Clerk of Court* By: ____________ *Deputy Clerk* ____________ *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



# INVOICE

Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208

Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
| --- | --- | --- |
| 759671 | 11/8/2022 | 419924 |
| **Job Date** | **Case No.** | |
| 10/14/2022 | 2:21-CV-00525-RAH | |
| **Case Name** | | |
| Diaeldin Osman v Board of Trustees for Alabama State University et al | | |
| **Payment Terms** | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Ramadanah Salaam-Jones, Esq.
Alabama State University
915 South Jackson Street
Montgomery, AL 36104

ORIGINAL TRANSCRIPT OF:
Diaeldin Osman, Ph. D. 1,427.60

**TOTAL DUE >>> $1,427.60**

Location of Job : Huseby Alabama
250 Commerce Street
Third Floor, Suite One
Montgomery, AL 36104

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Ramadanah Salaam-Jones, Esq.
Alabama State University
915 South Jackson Street
Montgomery, AL 36104

Job No. : 419924 BU ID : Alabama
Case No. : 2:21-CV-00525-RAH
Case Name : Diaeldin Osman v Board of Trustees for Alabama State University et al
Invoice No. : 759671 Invoice Date : 11/8/2022
**Total Due : $1,427.60**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**

**Alabama Court Reporting, Inc**
717 Church Street NW
Huntsville, AL 35801
Phone: (877) 478-3376

Ramadanah Jones, Esq.
Alabama State University Office of General Counsel
P.O. Box 271
Montgomery, AL 36101

## *Invoice #39588*

| Date | Terms |
|---|---|
| 11/04/2022 | Due on receipt |

**Depo/Job #36542 on 10/18/2022**

**Case:** Diaeldin Osman v. Alabama State University, Kamal Hingorani
**Court Docket#:** 2:21-cv-525-RAH-JTA
**Location:** Conference Room: ACR Montgomery Conf Rm Front
1019 South Perry Street
Montgomery, AL 36104

**Shipped On:** 11/04/2022
**Shipped Via:** Electronic Only
**Tracking #:** 1Z028W764293110596
**Delivery Type:** Normal
**Resource:** Groves, Jordan

| Description | Amount |
|---|---|
| **Dr. Dave Thompson** | |
| Transcript Copy-Condensed Only | $ 283.55 |
| Exhibits, Scanned | $ 28.50 |
| | $ 312.05 |
| **Dr. Adarsh Kakar** | |
| Transcript Copy-Condensed Only | $ 111.30 |
| Exhibits, Scanned | $ 0.00 |
| | $ 111.30 |
| **Dr. Thomas Ngo-Ye** | |
| Transcript Copy-Condensed Only | $ 79.50 |
| Exhibits, Scanned | $ 36.00 |
| Shipping | $ 32.00 |
| | $ 147.50 |

| | |
|---|---|
| Amount Due: | $ 570.85 |
| Paid: | $ 0.00 |

***Electronic Delivery + 2 Original exhibits #15 & 17, returned to your office via UPS***
***Read & Signs of NGO-YE & THOMPSON sent to Ramadana Jones - rsjones@alasu.edu***

| | |
|---|---|
| **Balance Due:** | **$ 570.85** |
| **Payment Due:** | **Upon Receipt** |

*******PLEASE NOTE NEW MAILING ADDRESS ABOVE!!******

**Tax ID - 47-3910921**

**Due on receipt. As a reminder, invoices are not contingent upon client payment. If paying by check, please include invoice number. YOU CAN NOW PAY ONLINE! (There will be a $45.00 fee on all returned checks.)**

**Alabama Court Reporting, Inc.**
717 Church Street NW
Huntsville, AL 35801
Phone: (877) 478-3376

Ramadanah Jones, Esq.
Alabama State University Office of General Counsel
P.O. Box 271
Montgomery, AL 36101

## *Invoice #39618*

| Date | Terms |
|---|---|
| 11/08/2022 | Due on receipt |

**Depo/Job #36541 on 10/17/2022**

**Case:** Diaeldin Osman v. Alabama State University, Kamal Hingorani
**Court Docket#:** 2:21-cv-525-RAH-JTA
**Location:** Conference Room: ACR Montgomery Conf Rm Front
1019 South Perry Street
Montgomery, AL 36104

**Shipped On:** 11/08/2022
**Shipped Via:** Electronic Only
**Delivery Type:** Normal
**Resource:** Groves, Jordan

| Description | Amount |
|---|---|
| **Dr. Kamal Hingorani** | |
| Transcript Copy-Condensed Only | $ 461.10 |
| Exhibits, Scanned | $ 107.50 |
| | $ 568.60 |
| **Derrick Carr** | |
| Transcript Copy-Condensed Only | $ 212.00 |
| Exhibits, Scanned | $ 1.50 |
| | $ 213.50 |
| **Carl Pettis** | |
| Transcript Copy-Condensed Only | $ 174.90 |
| Exhibits, Scanned | $ 1.50 |
| | $ 176.40 |

Amount Due: $ 958.50
Paid: $ 0.00

***Electronic Delivery***
***Read & Signs sent via email to Ramadanah Jones - rsjones@alasu.edu***

| Balance Due: | $ 958.50 |
|---|---|
| Payment Due: | Upon Receipt |

*****PLEASE NOTE NEW MAILING ADDRESS ABOVE!!****

**Tax ID - 47-3910921**

**Due on receipt. As a reminder, invoices are not contingent upon client payment. If paying by check, please include Invoice number. YOU CAN NOW PAY ONLINE! (There will be a $45.00 fee on all returned checks.)**

GRAPHIC SERVICES

COPY EXCHANGE

May 1, 2023

Attn ASU Legal Department:

:Below you will find the cost breakdown of services rendered by our department

Reproduction of Documents: 2614 pages @ $0.25 each - $653.50
Scanning of Documents: 2614 pages @ $0.15 each - $392.10

Total: $1,045.60

ALABAMA
STATE
UNIVERSITY
P.O. Box 271
MONTGOMERY,
ALABAMA
36101-0271
334.229.4216
www.alasu.edu