EXHIBIT A



Huseby.com
Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE
1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 760251 | 11/8/2022 | 419924 |
| Job Date | Case No. | |
| 10/14/2022 | 2:21-CV-00525-RAH | |

**Case Name**

Diaeldin Osman v Board of Trustees for Alabama State University et al

**Payment Terms**

Due upon receipt, after 30 days 1.5% fee

Leslie A. Palmer
Palmer Law, LLC
Suite 100
104 23rd Street
Montgomery, AL 36104

1 COPY OF TRANSCRIPT OF:
- Diaeldin Osman, Ph. D.            191.00 Pages   @   4.300   821.30  821.30
- Exhibits 11-15                    1.00           @   125.000   ∅    125.00
- Litigation Support Services       1.00           @   250.000  100   250.00
- Read & Sign                       1.00           @   75.000    45    75.00

TOTAL DUE  >>>                                                    $1,271.30

Location of Job : Huseby Alabama
250 Commerce Street
Third Floor, Suite One
Montgomery, AL 36104

966.30

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Leslie A. Palmer
Palmer Law, LLC
Suite 100
104 23rd Street
Montgomery, AL 36104

Job No.     : 419924          BU ID      : Alabama
Case No.    : 2:21-CV-00525-RAH
Case Name   : Diaeldin Osman v Board of Trustees for Alabama
              State University et al
Invoice No. : 760251          Invoice Date : 11/8/2022
**Total Due** : **$966.30**

Remit To: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE



2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 760251 | 11/8/2022 | 419924 |
| Job Date | Case No. | |
| 10/14/2022 | 2:21-CV-00525-RAH | |

| Case Name |
|---|
| Diaeldin Osman v Board of Trustees for Alabama State University et al |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Leslie A. Palmer
Palmer Law, LLC
Suite 100
104 23rd Street
Montgomery, AL 36104

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

| | |
|---|---|
| (-) Payments/Credits: | 305.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $966.30 |

Tax ID: 31-1763752

*Please detach bottom portion and return with payment.*

Leslie A. Palmer
Palmer Law, LLC
Suite 100
104 23rd Street
Montgomery, AL 36104

Job No.      : 419924          BU ID      : Alabama
Case No.     : 2:21-CV-00525-RAH
Case Name    : Diaeldin Osman v Board of Trustees for Alabama
               State University et al
Invoice No.  : 760251          Invoice Date : 11/8/2022
Total Due    : $966.30

Remit To: **Huseby Global Litigation**
          **P.O. Box 6180**
          **Hermitage, PA 16148-0922**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

**To:** Leslie Palmer <Leslie@palmerlegalservices.com>
**Subject:** RE: Invoice: Diaeldin Osman, Ph. D., Taken 10/14/2022

Hi Leslie,

I hope your day is going well. My name's Taylor – your Alabama market manager. April forwarded your email regarding the invoice you recently received. After checking on it, it does look like a few billing errors were made.

The read & sign fee should be adjusted to $45.
The exhibit charge should not apply to your invoice, therefore removed the $150 charge.
The litigation support charge covers the electronic storage/access, word-searchable PDF transcripts all the other formats provided. However, the wrong rate was applied – that should be $100.

Please let me know if you have any questions and confirm receipt. Once that's done I'll have billing provide you with an updated invoice. We appreciate your business.

Thank you,
Taylor



**Taylor Boysen**
Alabama Market Manager
Huseby Global Litigation



(800) 333-2082, ext. 548
(334) 301-4559
http://www.huseby.com

Schedule with us!
Give us feedback!  Please complete a short 2-minute survey



Thank you for voting us one of the top two providers, nationally!
Huseby.com

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---

**From:** April Trentham <AprilTrentham@huseby.com>
**Sent:** Tuesday, November 15, 2022 3:22 PM
**To:** Taylor Boysen <TaylorBoysen@huseby.com>
**Subject:** FW: Invoice: Diaeldin Osman, Ph. D., Taken 10/14/2022
**Importance:** High

Hi Taylor,

Please see below.

 April Trentham
Billing Assistant
Huseby Global Litigation
📞 (855) 622-7859
🌐 www.huseby.com


**Discovery Litigation Services is now part of the Huseby family of companies.**

Our mission is simple, "Excellence in every interaction".

Schedule with us!

Give us feedback! Please complete a short 2-minute survey



IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

**From:** Leslie Palmer <Leslie@palmerlegalservices.com>
**Sent:** Tuesday, November 15, 2022 4:20 PM
**To:** April Trentham <AprilTrentham@huseby.com>
**Cc:** Heather Leonard <heather@heatherleonardpc.com>
**Subject:** Re: Invoice: Diaeldin Osman, Ph. D., Taken 10/14/2022

April,
After reviewing the invoice, I have a couple of questions. Is $75 your normal charge for a read and sign? This seems significantly higher than other reporting services, especially in light of us actually ordering a copy. Also, can you tell me what the "Litigation Support Services" is? This deposition was noticed by and taken by Ms. Jones, we were merely defending and did not introduce any exhibits, use any audio files, etc. Our order should just have been limited to a copy.
Thanks,
-Leslie

Leslie Palmer
104 23rd Street South, Suite 100
Birmingham, AL 35233
Phone: (205) 285-3050
E-Mail: leslie@palmerlegalservices.com
Rate me on Google

Pronouns: She/Her
See why I list my pronouns

Confidentiality Notice: This email and any attachments thereto may contain privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and

destroy any copies. Any disclosures, copying, distribution, or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

**From:** April Trentham <atrentham@huseby.com>
**Date:** Tuesday, November 8, 2022 at 4:49 PM
**To:** Leslie Palmer <Leslie@palmerlegalservices.com>
**Subject:** Invoice: Diaeldin Osman, Ph. D., Taken 10/14/2022

Please find the attached itemized invoice for Diaeldin Osman, Ph. D..

Case Name: Diaeldin Osman v Board of Trustees for Alabama State University et al
Invoice Number: 760251

Your invoice(s) can also be viewed and downloaded anytime online using your secure Resource Center. If you have any questions, please contact the billing department at (800) 333-2082.

Thank you for your business!

The Huseby Team

Call us anywhere nationally! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.