IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DIAELDIN OSMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:21-cv-525-RAH |
| | ) |
| ALABAMA STATE UNIVERSITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the Court is the Defendants' Bill of Costs, (Doc. 73), and the Plaintiff's Objections to the Bill of Costs, (Doc. 74). For good cause, it is hereby

ORDERED as follows:

1. The parties shall confer in good faith as soon as practicable to resolve the Plaintiff's Objections, to stipulate to points of agreement, and to narrow the remaining issues;

2. The Defendants shall file a response to the Plaintiff's Objections **on or before May 25, 2023**. In their response, the Defendants shall indicate any points of agreement and address any remaining disputed issues.

DONE on this the 11th day of May, 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE