IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DIAELDIN OSMAN, | ) | |
| | ) | |
| PLAINTIFF, | ) | Civil Action Number: |
| | ) | |
| v. | ) | 2:21-cv-525-RAH-JTA |
| | ) | |
| ALABAMA STATE UNIVERSITY BOARD OF TRUSTEES, | ) ) | |
| | ) | |
| DEFENDANT. | ) | |

**JOINT NOTICE REGARDING DEFENDANT'S BILL OF COSTS**

COME NOW the Parties and file this Joint Notice with the Court regarding the resolution of Plaintiff's Objections to Defendant's Bill of Cost.

1. Defendant filed a Bill of Cost seeking recovery for transcripts and print/copy/scan costs. (Doc. 73).

2. Plaintiff filed objections to Defendant's cost bill. (Doc. 74).

3. On May 11, 2023, the Court ordered the parties to confer in an effort to resolve objections, make stipulations, and narrow the remaining issues.

4. The parties conferred on May 12, 2023 and were able to resolve the issues and negotiated a cost bill payment payable by Plaintiff to Defendant.

WHEREFORE PREMISES CONSIDERED the Defendant's cost bill (Doc. 73) and Plaintiff's objections (Doc. 74) are moot as this matter is now resolved.

                                                  Respectfully submitted,

                                                  ATTORNEYS FOR PLAINTIFF
*/s/ Leslie A. Palmer*
Leslie A. Palmer

OF COUNSEL
Palmer Law, LLC
104 23rd Street South, Ste. 100
Birmingham, AL 35233
(205) 285-3050
leslie@palmerlegalservices.com

                                                  */s/ Heather Newsom Leonard*
Heather Newsom Leonard

OF COUNSEL:
HEATHER LEONARD P.C.
2105 Devereux Circle, Suite 111
Vestavia Hills, AL 35243
(205) 977-5421
Heather@HeatherLeonardPC.com

                                                ATTORNEYS FOR DEFENDANT
*/s/ Kenneth L. Thomas*
Kenneth L. Thomas
Ramadanah S. Jones

OF COUNSEL:
Alabama State University
Office of General Counsel
P.O. Drawer 271
Montgomery, AL 36101
kthomas@alasu.edu
rsjones@alasu.edu