IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DIAELDIN OSMAN, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:21-cv-525-RAH |
| ALABAMA STATE UNIVERSITY, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

Before the Court is the Defendants' Bill of Costs, (Doc. 73), and the Plaintiff's Objections to the Bill of Costs, (Doc. 74). The parties have notified the Court that they have resolved the matter and that the Bill of Costs and Objections are now moot. (*See* Doc. 76.) Accordingly, it is hereby

ORDERED that the Bill of Costs (Doc. 73) and Objections (Doc. 74) are MOOT.

The Clerk of Court is DIRECTED to take no action with respect to the Bill of Costs.

This case remains closed.

DONE on this the 26th day of May, 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE